

Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
901 New York Ave., NW
Washington, DC 20001

goodwinlaw.com
+1 202 346 4000

July 30, 2019

**BY CM/ECF ONLY**

The Honorable George G. Hazel
U.S. District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane, Suite 445A
Greenbelt, MD 20770

**RE:** ***J.O.P., et al. v. U.S. Department of Homeland Security, et al.*, Case No. GJH-19-1944**

Dear Judge Hazel:

We write today to inform the Court of developments since the hearing held on July 19, 2019 regarding Plaintiffs' motion for a temporary restraining order ("TRO") relating to Defendant USCIS's May 2019 policy

At the hearing, counsel for USCIS proposed an agreement to enter a temporary restraining order, one version of which would enjoin the agency from applying its new policy to any individuals who had filed applications before the new policy's effective date. Nevertheless, since the July 19 hearing, USCIS has continued to apply the procedures set forth in the May 2019 policy to deny asylum applications of individuals previously determined to be "unaccompanied alien children" on jurisdictional grounds, including with respect to individuals who had filed before the effective date. For example, on July 20, USCIS issued the attached Notice of Lack of Jurisdiction to a child who was formerly determined by the government to be an "unaccompanied alien child" (UAC), stating that the applicant failed to establish that she was unaccompanied at the time of filing her asylum application. *See* Ex. A.

In addition to these formal rejections of jurisdiction, Plaintiffs' counsel are also aware of several interviews of UAC asylum applicants this month where the interviewing asylum officer conveyed that a UAC's application would be denied based on the new policy. In some of these cases, the asylum officer terminated the interview without addressing merits issues. Plaintiffs' counsel reasonably believe that hundreds of applicants have been adversely affected by either a formal or an informal notice of jurisdictional rejection since July 1.

In short, without entry of a TRO, the number of asylum applicants directly harmed by the May 2019 USCIS policy continues to grow each day.



Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
901 New York Ave., NW
Washington, DC 20001

goodwinlaw.com
+1 202 346 4000

    /s/ Brian Burgess
Brian Burgess
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-1432
T: 202-346-4215
F: 202-346-4444
BBurgess@goodwinlaw.com

Cc: Counsel of Record, via CM/ECF