**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| **J.O.P, et al.** | * |
| **Plaintiffs,** | * |
| **v.** | *        **Case No.: GJH-19-1944** |
| **U.S. DEPARTMENT OF HOMELAND** | * |
| **SECURITY et al.,** | * |
| **Defendants.** | * |
| * * * * * * * * * * * * * | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is ordered by the

United States District Court for the District of Maryland that:

1. Plaintiffs' Motion for Temporary Restraining Order, ECF No. 14, is **GRANTED**, and Defendants are immediately and for 14 days from the issuance of this Order:

   a. enjoined and restrained from applying their new asylum eligibility policy, as set forth in USCIS's May 31, 2019 memorandum, to bar individuals previously determined to be unaccompanied alien children ("UACs") from seeking asylum before the agency; and

   b. enjoined and restrained from rejecting jurisdiction over the application of any UAC (as defined in the Homeland Security Act, 6 U.S.C. § 279(g)(2)) under the Trafficking Victims Protection Reauthorization Act ("TVPRA") whose application would have been accepted under the USCIS policy predating the May 31, 2019 memorandum;

   c. The Court has determined that provision of a security bond under Federal Rule of Civil Procedure 65(c) is unnecessary.

2. Defendant United States Citizenship and Immigration Services will retract any adverse decision already rendered in an individual case applying the 2019 UAC Memorandum within one week following entry of this Order, and reinstate consideration of such case applying the 2013 UAC Memorandum;

3. Plaintiffs' motion to proceed under pseudonym, ECF No. 12, is **GRANTED**;

4.    The pending Motions to Appear Pro Hac Vice, ECF Nos. 46 & 47 are **GRANTED**; and

5.    The Parties shall contact chambers to set a status call to discuss further proceedings.


Dated: <u>August 2, 2019</u>                                          /s/_____
                                                                                GEORGE J. HAZEL
                                                                                United States District Judge