## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

**J.O.P. (by and through Next Friend G.C.P.)**,
**M.A.L.C.**, **M.E.R.E.**, and **K.A.R.C.,** on behalf
of themselves as individuals and on behalf of
others similarly situated,

        Plaintiffs,

        v.

Civil Action No. 8:19-CV-01944-GJH

**U.S. DEPARTMENT OF HOMELAND
SECURITY**, **KEVIN MCALEENAN** (in his
official capacity as Acting Secretary of
Homeland Security), **U.S. CITIZENSHIP &
IMMIGRATION SERVICES**, and
**KENNETH CUCCINELLI** (in his official
capacity as Acting Director of U.S. Citizenship
& Immigration Services)

        Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF
## TEMPORARY RESTRAINING ORDER

Plaintiffs J.O.P. (by and through next friend, G.C.P.), M.A.L.C., M.E.R.E., and K.A.R.C.

("Plaintiffs") hereby move the Court to extend the temporary restraining order entered in this

case from its current expiration date of September 3, 2019, until September 24, 2019.

The Court granted Plaintiffs' Motion for Temporary Restraining Order on August 2,

2019.  D.I. 55.  Following a telephone conference with the parties, the Court extended the

temporary restraining order until September 3, 2019, based on the representation by Defendants

that they were interested in negotiating a final judgment in this case.  D.I. 60.  The parties remain

in discussions about potential resolution of the case, but have not yet been able to agree on the

language of a final judgment.  In order to allow the parties additional time to confer on a

potential resolution of the case, Plaintiffs request that the temporary restraining order be extended three weeks in order to maintain the status quo.

Accordingly, Plaintiffs move the Court to extend the temporary restraining order by three weeks, until September 24, 2019.   In accordance with Local Rule 105(9), Plaintiffs have conferred with counsel for Defendants regarding this proposed extension, to which Defendants have consented.   A proposed order is attached.

Dated: August 28, 2019


Respectfully submitted,

/s/ Brian T. Burgess

Brian T. Burgess (Bar No. 19251)
Stephen R. Shaw*
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001-4432
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com
SShaw@goodwinlaw.com


Elaine Herrmann Blais*
Sarah K. Frederick*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
SFrederick@goodwinlaw.com
KDejong@goodwinlaw.com


Scott Shuchart*
Kids in Need of Defense
1201 L Street, NW, Floor 2
Washington, DC 20005
Phone: 202-318-0595
Fax: 202-824-0702
sshuchart@supportkind.org


Wendy Wylegala*
Kids in Need of Defense
1251 Avenue of the Americas (c/o
Lowenstein Sandler LLP)
New York, NY 10020
Phone: 862-926-2069
Fax: 202-824-0702
wwylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
Catholic Legal Immigration Network
(CLINIC)
8757 Georgia Avenue, Suite 850
Silver Spring, MD 20910
Phone: 301-565-4824
Fax: 301-565-4824
mmendez@cliniclegal.org


Rebecca Scholtz*
Catholic Legal Immigration Network
(CLINIC)
30 S. 10th Street (c/o University of St.
Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 651-962-4833
Fax: 301-565-4824
rscholtz@cliniclegal.org


Kristen Jackson*
Mary Tanagho Ross*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
kjackson@publiccounsel.org
mross@publiccounsel.org


*Attorneys for Plaintiffs*

* admitted pro hac vice

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| **J.O.P. (by and through Next Friend G.C.P.)**, **M.A.L.C.**, **M.E.R.E.**, and **K.A.R.C.**, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, **KEVIN MCALEENAN** (in his official capacity as Acting Secretary of Homeland Security), **U.S. CITIZENSHIP & IMMIGRATION SERVICES**, and **KENNETH CUCCINELLI** (in his official capacity as Acting Director of U.S. Citizenship & Immigration Services)<br><br>         Defendants. | Civil Action No. 8:19-CV-01944-GJH |

**[PROPOSED] ORDER**

With the consent of all parties, it is ordered by the United States District Court for the District of Maryland that the Temporary Restraining Order issued on August 2, 2019, ECF No. 55, and extended until September 3, 2019, ECF No. 60, is further extended until September 24, 2019.

Dated: _____        _____
                                       GEORGE J. HAZEL
                                       United States District Judge