19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **J.O.P. (by and through Next Friend G.C.P.)**, **M.A.L.C.**, **M.E.R.E.**, and **K.A.R.C.,** on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, **KEVIN MCALEENAN** (in his official capacity as Acting Secretary of Homeland Security), **U.S. CITIZENSHIP & IMMIGRATION SERVICES**, and **KENNETH CUCCINELLI** (in his official capacity as Acting Director of U.S. Citizenship & Immigration Services)<br><br>      Defendants. | Civil Action No. 8:19-CV-01944-GJH |

## UNOPPOSED MOTION FOR EXTENSION OF
## TEMPORARY RESTRAINING ORDER

Plaintiffs J.O.P. (by and through next friend, G.C.P.), M.A.L.C., M.E.R.E., and K.A.R.C. ("Plaintiffs") hereby move the Court to extend the temporary restraining order entered in this case from its current expiration date of September 24, 2019, until October 15, 2019.

The Court granted Plaintiffs' Motion for Temporary Restraining Order on August 2, 2019. D.I. 55. Following a telephone conference with the parties, the Court extended the temporary restraining order until September 3, 2019, based on the representation by Defendants that they were interested in negotiating a final judgment in this case. D.I. 60. The Court then granted Plaintiffs' unopposed motion for extension of the temporary restraining order to

September 24, 2019, based on the parties' continuing discussions regarding a resolution of the case. D.I. 62.

The parties remain in discussions about potential resolution of the case, but have not yet been able to agree on the terms of a final judgment. In order to allow the parties additional time to confer on a potential resolution of the case, Plaintiffs request that the temporary restraining order be extended three weeks in order to maintain the status quo.

Accordingly, Plaintiffs move the Court to extend the temporary restraining order by three weeks, until October 15, 2019. In accordance with Local Rule 105(9), Plaintiffs have conferred with counsel for Defendants regarding this proposed extension, to which Defendants have consented. A proposed order is attached.

Dated: September 20, 2019

Respectfully submitted,

/s/ Brian T. Burgess

Brian T. Burgess (Bar No. 19251)
Stephen R. Shaw*
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001-4432
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com
SShaw@goodwinlaw.com

Elaine Herrmann Blais*
Sarah K. Frederick*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
SFrederick@goodwinlaw.com
KDejong@goodwinlaw.com

Scott Shuchart*
Kids in Need of Defense
1201 L Street, NW, Floor 2
Washington, DC 20005
Phone: 202-318-0595
Fax: 202-824-0702
sshuchart@supportkind.org

Wendy Wylegala*
Kids in Need of Defense
1251 Avenue of the Americas (c/o Lowenstein Sandler LLP)
New York, NY 10020
Phone: 862-926-2069
Fax: 202-824-0702
wwylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
Catholic Legal Immigration Network (CLINIC)
8757 Georgia Avenue, Suite 850
Silver Spring, MD 20910
Phone: 301-565-4824
Fax: 301-565-4824
mmendez@cliniclegal.org

Rebecca Scholtz*
Catholic Legal Immigration Network (CLINIC)
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 651-962-4833
Fax: 301-565-4824
rscholtz@cliniclegal.org

Kristen Jackson*
Mary Tanagho Ross*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
kjackson@publiccounsel.org
mross@publiccounsel.org

*Attorneys for Plaintiffs*

* admitted pro hac vice

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **J.O.P.** (by and through Next Friend **G.C.P.**), **M.A.L.C.**, **M.E.R.E.**, and **K.A.R.C.,** on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, **KEVIN MCALEENAN** (in his official capacity as Acting Secretary of Homeland Security), **U.S. CITIZENSHIP & IMMIGRATION SERVICES**, and **KENNETH CUCCINELLI** (in his official capacity as Acting Director of U.S. Citizenship & Immigration Services)<br><br>Defendants. | Civil Action No. 8:19-CV-01944-GJH |

## [PROPOSED] ORDER

With the consent of all parties, it is ordered by the United States District Court for the District of Maryland that the Temporary Restraining Order issued on August 2, 2019, ECF No. 55, and extended until September 24, 2019, ECF No. 60 and 62, is further extended until October 15, 2019.

Dated: _____        _____
                                                                    HON. GEORGE J. HAZEL
                                                                    United States District Judge