# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **J.O.P.**, **M.A.L.C.**, **M.E.R.E.**, **K.A.R.C.**, and **E.D.G.**, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY** et al.<br><br>Defendants. | Civil Action No. 8:19-CV-01944-GJH |

## **PLAINTIFFS' REQUEST FOR A HEARING**

Pursuant to Local Rule 105(6), Plaintiffs hereby request a hearing on Plaintiffs' Motion to Enforce the Preliminary Injunction (D.I. 75). Plaintiffs respectfully request a hearing as soon as practicable because, as explained below, plaintiff E.D.G. faces a risk of deportation and this Court's decision on the pending motion will likely affect whether plaintiff E.D.G. may continue to seek relief from deportation with USCIS.

Briefing is completed on Plaintiffs' Motion to Enforce the Preliminary Injunction. Plaintiffs filed their opening brief (D.I. 76) and supporting papers on November 22, 2019, Defendants filed an opposition brief (D.I. 88) and supporting papers on December 19, 2019, and Plaintiffs filed their reply brief (D.I. 107) and supporting papers on January 24, 2020.

Defendants have also filed a Motion to Dismiss the First Amended Complaint, and briefing on that motion will be completed on February 10, 2020. If the Court would like argument on that

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **J.O.P.**, **M.A.L.C.**, **M.E.R.E.**, **K.A.R.C.**, and **E.D.G.**, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY** et al.<br><br>Defendants. | Civil Action No. 8:19-CV-01944-GJH |

## **PLAINTIFFS' REQUEST FOR A HEARING**

Pursuant to Local Rule 105(6), Plaintiffs hereby request a hearing on Plaintiffs' Motion to Enforce the Preliminary Injunction (D.I. 75). Plaintiffs respectfully request a hearing as soon as practicable because, as explained below, plaintiff E.D.G. faces a risk of deportation and this Court's decision on the pending motion will likely affect whether plaintiff E.D.G. may continue to seek relief from deportation with USCIS.

Briefing is completed on Plaintiffs' Motion to Enforce the Preliminary Injunction. Plaintiffs filed their opening brief (D.I. 76) and supporting papers on November 22, 2019, Defendants filed an opposition brief (D.I. 88) and supporting papers on December 19, 2019, and Plaintiffs filed their reply brief (D.I. 107) and supporting papers on January 24, 2020.

Defendants have also filed a Motion to Dismiss the First Amended Complaint, and briefing on that motion will be completed on February 10, 2020. If the Court would like argument on that

1

motion, it may be efficient to address Defendants' motion at the same time as a hearing on Plaintiffs' motion.

As set forth in Plaintiffs' opening brief (D.I. 76), USCIS rejected jurisdiction over plaintiff E.D.G.'s asylum application on grounds that an immigration judge had made an "affirmative act" to terminate his status as an "unaccompanied alien child." D.I. 76 at 6-7. The immigration judge denied E.D.G.'s asylum application, and E.D.G. has appealed that decision to the Board of Immigration Appeals ("BIA"). *Id.* The BIA has not yet issued a decision. While E.D.G.'s appeal is pending before the BIA, his removal is stayed. But if the BIA affirms the immigration judge's decision, E.D.G. will have a final, immediately executable removal order. E.D.G. seeks prompt resolution of the pending Motion to Enforce the Preliminary Injunction before he has such an order, as this Court's decision will impact whether USCIS is allowed, as it did in E.D.G.'s case, to defer to an immigration judge's jurisdictional determination. In short, the Court's decision on the pending motion will affect whether plaintiff E.D.G. may seek relief from deportation with USCIS before he is removed from the United States to Honduras, the country where he fears persecution.

Accordingly, Plaintiffs request a hearing date on one of the dates listed below, or in the alternative, a date as early as practicable at the Court's convenience. Plaintiffs' counsel has conferred with Defendants' counsel, and hereby confirms that both parties are available on any of the following days: February 17, 18, 19, 20, 21, 24, 25, and March 2, 3, 4, 5, and 6.

Dated: February 3, 2020

Respectfully submitted,

/s/ *Brian T. Burgess*

| | |
|---|---|
| Brian T. Burgess (Bar No. 19251)<br>Stephen R. Shaw*<br>Goodwin Procter LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4432<br>Phone: 202-346-4000<br>Fax: 202-346-4444<br>BBurgess@goodwinlaw.com<br>SShaw@goodwinlaw.com | Michelle N. Mendez (Bar No. 20062)<br>Catholic Legal Immigration Network (CLINIC)<br>8757 Georgia Avenue, Suite 850<br>Silver Spring, MD 20910<br>Phone: 301-565-4824<br>Fax: 301-565-4824<br>mmendez@cliniclegal.org |
| Elaine Herrmann Blais*<br>Sarah K. Frederick*<br>Kevin J. DeJong*<br>Goodwin Procter LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Phone: 617-570-1000<br>Fax: 617-523-1231<br>EBlais@goodwinlaw.com<br>SFrederick@goodwinlaw.com<br>KDejong@goodwinlaw.com | Rebecca Scholtz*<br>Catholic Legal Immigration Network (CLINIC)<br>30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)<br>Minneapolis, MN 55403<br>Phone: 651-962-4833<br>Fax: 301-565-4824<br>rscholtz@cliniclegal.org |
| Scott Shuchart*<br>Kids in Need of Defense<br>1201 L Street, NW, Floor 2<br>Washington, DC 20005<br>Phone: 202-318-0595<br>Fax: 202-824-0702<br>sshuchart@supportkind.org | Kristen Jackson*<br>Mary Tanagho Ross*<br>Public Counsel<br>610 South Ardmore Avenue<br>Los Angeles, CA 90005<br>Phone: 213-385-2977<br>Fax: 213-201-4727<br>kjackson@publiccounsel.org<br>mross@publiccounsel.org |
| Wendy Wylegala*<br>Kids in Need of Defense<br>1251 Avenue of the Americas (c/o Lowenstein Sandler LLP)<br>New York, NY 10020<br>Phone: 862-926-2069<br>Fax: 202-824-0702<br>wwylegala@supportkind.org | *Attorneys for Plaintiffs*<br><br>* admitted pro hac vice |