# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **J.O.P.**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*, <br><br> Defendants. | Civil Action No. 8:19-CV-01944-GJH |

## JOINT MOTION FOR SCHEDULING ORDER

Pursuant to this Court's June 3, 2020 Order that the parties meet and confer "to set a schedule for production of an administrative record and the filing of appropriate motions once the record is produced," D.I. 116-1, the Parties hereby jointly move the Court to enter the accompanying proposed scheduling order. The Parties propose the following deadlines, with any motions not identified below to be governed by the timing requirements of the ordinary rules:

- Production of the administrative record due on July 24, 2020;

- Plaintiffs' motion for summary judgment due on August 21, 2020;

- Defendants' motion for summary judgment and/or opposition to Plaintiffs' motion for summary judgment due on September 18, 2020;

- Plaintiffs' reply in support of their motion for summary judgment and/or opposition to Defendants' motion for summary judgment due on October 2, 2020;

- Defendants' reply in support of their motion for summary judgment due on October 16, 2020.

1

The Parties believe that, if the full administrative record is produced on this schedule with briefing proceeding as described above thereafter, the proposed deadlines will advance the case expeditiously. A proposed order is attached.

Dated: June 22, 2020

Respectfully submitted,

/s/ *Brian T. Burgess*

Brian T. Burgess (Bar No. 19251)
Stephen R. Shaw*
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com
SShaw@goodwinlaw.com

Elaine Herrmann Blais*
Sarah K. Frederick*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
SFrederick@goodwinlaw.com
KDeJong@goodwinlaw.com

Scott Shuchart*
Kids in Need of Defense
1201 L Street, NW, Floor 2
Washington, DC 20005
Phone: 202-318-0595
Fax: 202-824-0702
SShuchart@supportkind.org

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
Catholic Legal Immigration Network
(CLINIC)
8757 Georgia Avenue, Suite 850
Silver Spring, MD 20910
Phone: 540-907-1761
Fax: 301-565-4824
MMendez@cliniclegal.org

Rebecca Scholtz*
Catholic Legal Immigration Network
(CLINIC)
30 S. 10th Street (c/o University of St.
Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 651-962-4833
Fax: 301-565-4824
RScholtz@cliniclegal.org

Kristen Jackson*
Mary Tanagho Ross*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org
MRoss@publiccounsel.org

*Attorneys for Plaintiffs*

\* *admitted pro hac vice*

Robert K. Hur
United States Attorney

*/s/ Allen Loucks*

Allen Loucks
Vickie LeDuc
Matthew Haven
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4800

Counsel for Defendants