IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 8:19-CV-01944-GJH |

## [~~PROPOSED~~] ORDER

With the consent of all parties, it is ordered that the following deadlines be set for filings in this case:

| | |
|---|---|
| Production of the administrative record | July 17, 2020 |
| Plaintiffs' motion for summary judgment | August 17, 2020 |
| Defendants' motion for summary judgment and/or opposition to Plaintiffs' motion for summary judgment | September 16, 2020 |
| Plaintiffs' reply in support of their motion for summary judgment and/or opposition to Defendants' motion for summary judgment | October 1, 2020 |
| Defendants' reply in support of their motion for summary judgment | October 16, 2020 |

Dated: 6/22/2020

GEORGE J. HAZEL
United States District Judge