IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **J.O.P.** et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, et al.,<br><br>        Defendants. | Civil Action No. 8:19-CV-01944-GJH |

**DECLARATION OF KEVIN J. DEJONG IN SUPPORT OF PLAINTIFFS'
MOTION TO AMEND THE PRELIMINARY INJUNCTION**

I, Kevin J. DeJong, hereby declare as follows:

1.     I am an attorney at law, a member of the bars of the Commonwealth of Massachusetts, the State of New Hampshire, and the U.S. Patent and Trademark Office, and an Associate at the law firm of Goodwin Procter LLP.  I am admitted *pro hac vice* to practice in the U.S. District Court for the District of Maryland.

2.     I have personal knowledge of the facts herein.  I make this declaration in support of Plaintiffs' Motion to Amend the Preliminary Injunction.

3.     Attached hereto as **Exhibit A** is a true and correct copy of a redacted email from Kevin DeJong to Allen Loucks, dated April 3, 2020.

4.     Attached hereto as **Exhibit B** is a true and correct copy of a redacted email from Allen Loucks to Kevin DeJong, dated April 22, 2020.

5. Attached hereto as **Exhibit C** is a true and correct copy of a redacted U.S. Citizenship and Immigration Services ("USCIS") Notice of Lack of Jurisdiction (Non-UAC) for prospective class member L.M.Z, dated March 13, 2020, attached to the email in Exhibit B.

6. Attached hereto as **Exhibit D** is a true and correct copy of a redacted USCIS's Interoffice Memorandum regarding prospective class member L.M.Z., dated February 19, 2020, attached to the email in Exhibit B.

7. Attached hereto as **Exhibit E** is a true and correct copy of the April 16, 2020 declaration of Asylum Officer Saya U. Austin, attached to the email in Exhibit B.

8. Attached hereto as **Exhibit F** is an excerpt of a true and correct copy of the USCIS Asylum Division Affirmative Asylum Procedures Manual, dated May 2016.

I declare under penalty of perjury that to the best of my knowledge, information, and belief, the foregoing is true and correct.

Dated: July 7, 2020

Respectfully submitted,

*/s/ Kevin J. DeJong*
Kevin J. DeJong
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
KDeJong@goodwinlaw.com


*/s/ Brian T. Burgess*
Brian T. Burgess (Bar No. 19251)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
BBurgess@goodwinlaw.com

(signed by Brian Burgess with permission of Kevin DeJong)