# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **J.O.P.,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*, <br><br> Defendants. | Civil Action No. 8:19-CV-01944-GJH |

## JOINT MOTION TO STAY SUMMARY JUDGMENT SCHEDULE

Pursuant to this Court's June 29, 2020 scheduling order, summary judgment briefing was scheduled to begin on August 21, 2020 and to be completed on October 16, 2020. D.I. 120; D.I. 122.

Pursuant to the scheduling order, Defendants produced the administrative record on July 24, 2020. Plaintiffs have raised issues with Defendants regarding what Plaintiffs believe to be deficiencies with the administrative record as produced. The parties are working to narrow or resolve these disputes regarding the administrative record, but have not yet come to an agreement. The parties believe that resolution of these issues is necessary before summary judgment briefing can proceed.

Accordingly, the parties respectfully request that the Court stay the summary judgment briefing schedule to allow the parties additional time to attempt to resolve the disputes. The parties have agreed to submit a joint status report by no later than September 10, 2020. A proposed order is attached.

Dated: August 10, 2020

Respectfully submitted,

/s/ *Brian T. Burgess*

Brian T. Burgess (Bar No. 19251)
Stephen R. Shaw*
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com
SShaw@goodwinlaw.com

Elaine Herrmann Blais*
Sarah K. Frederick*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
SFrederick@goodwinlaw.com
KDeJong@goodwinlaw.com

Scott Shuchart*
Kids in Need of Defense
1201 L Street, NW, Floor 2
Washington, DC 20005
Phone: 202-318-0595
Fax: 202-824-0702
SShuchart@supportkind.org

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
Catholic Legal Immigration Network
(CLINIC)
8757 Georgia Avenue, Suite 850
Silver Spring, MD 20910
Phone: 540-907-1761
Fax: 301-565-4824
MMendez@cliniclegal.org

Rebecca Scholtz*
Catholic Legal Immigration Network
(CLINIC)
30 S. 10th Street (c/o University of St.
Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 651-962-4833
Fax: 301-565-4824
RScholtz@cliniclegal.org

Kristen Jackson*
Mary Tanagho Ross*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org
MRoss@publiccounsel.org

*Attorneys for Plaintiffs*

* *admitted pro hac vice*

Robert K. Hur
United States Attorney

*/s/ Allen Loucks*

Allen Loucks
Vickie LeDuc
Matthew Haven
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4800

Counsel for Defendants