IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **J.O.P.**, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*,<br><br>      Defendants. | Civil Action No. 8:19-CV-01944-GJH |

## JOINT STATUS REPORT

On August 10, 2020, the Parties filed a Joint Motion to Stay Summary Judgment Briefing, D.I. 135, requesting that the Court stay the existing schedule for summary judgment briefing in this case. Although the Court has not yet ruled on that motion, the Parties agreed therein to provide the Court with a joint status report by September 10, 2020.

At this time, although the Parties are continuing to discuss what Plaintiffs believe to be deficiencies in the administrative record, the Parties have not yet come to an agreement. The Parties hope to resolve these issues regarding the administrative record without the Court's involvement.

In addition to the Joint Motion to Stay Summary Judgment Briefing, there are three fully-briefed motions pending before the Court: Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, D.I. 117; Plaintiffs' Motion to Amend the Preliminary Injunction, D.I. 124; and the Parties' Joint Motion for Entry of Parties' Proposed Protective Order, D.I. 136. These motions, the resolution of which could potentially provide guidance to

the Parties regarding the scope of this case and the proper scope of the administrative record, await decision by the Court.

Because discussions are continuing between the Parties, the Parties have agreed to submit a joint status report by no later than October 9, 2020.

Dated: September 10, 2020

Respectfully submitted,

/s/ Brian T. Burgess

Brian T. Burgess (Bar No. 19251)
Stephen R. Shaw*
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com
SShaw@goodwinlaw.com

Elaine Herrmann Blais*
Sarah K. Frederick*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
SFrederick@goodwinlaw.com
KDeJong@goodwinlaw.com

Scott Shuchart*
Kids in Need of Defense
1201 L Street, NW, Floor 2
Washington, DC 20005
Phone: 202-318-0595
Fax: 202-824-0702
SShuchart@supportkind.org

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
Catholic Legal Immigration Network (CLINIC)
8757 Georgia Avenue, Suite 850
Silver Spring, MD 20910
Phone: 540-907-1761
Fax: 301-565-4824
MMendez@cliniclegal.org

Rebecca Scholtz*
Catholic Legal Immigration Network (CLINIC)
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 651-962-4833
Fax: 301-565-4824
RScholtz@cliniclegal.org

Kristen Jackson*
Mary Tanagho Ross*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org
MRoss@publiccounsel.org

*Attorneys for Plaintiffs*

* *admitted pro hac vice*

Robert K. Hur
United States Attorney

<u>/s/ Allen Loucks</u>

Allen Loucks
Vickie LeDuc
Matthew Haven
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4800

Counsel for Defendants