IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J.O.P., et al.,                                    :

    Plaintiffs,                              :

v.                                                 :       CIVIL NO. GJH-19-1944

THE DEPARTMENT OF HOMELAND   :
SECURITY, et al.,
                                                   :
    Defendants.                              :

...o0o...

### MOTION FOR EXTENSION OF TIME
### TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Now come the defendants, by the undersigned counsel, and respectfully request that the Court extend the time in which the defendants may move, answer or otherwise respond to the plaintiffs' Second Amended Complaint up through and including February 15, 2021.

In support whereof, the defendants state:

1. By Order dated December 21, 2020, the Court granted plaintiffs leave to amend the Complaint. The Court gave the plaintiffs 21 days in which to file the amendment.

2. The plaintiffs filed the Second Amended Complaint on January 11, 2021.

3. Undersigned counsel for the government has been working with agency staff to prepare a response. It has become apparent that it will not be possible to file a response within the time permitted under the Rules. The Second Amended Complaint adds new allegations and new theories of liability not present in

earlier versions of the Complaint. These new allegations involve separate sub-agencies of the Department of Homeland Security and require a measure of coordination. That process is underway as staff at USCIS and ICE are reviewing the Second Amended Complaint to prepare a response.

4. No unfair prejudice will attend the granting of this request.

5. Undersigned counsel has communicated this request to counsel for the plaintiffs. Undersigned counsel understands that plaintiffs oppose this motion.

WHEREFORE the defendants respectfully request that the Court extend the time in which the defendants may move, answer, or otherwise respond to the Second Amended Complaint up through and including February 15, 2021.

        Respectfully submitted,

        Robert K. Hur
        United States Attorney

By:_____/s/_____
        Allen Loucks
        Assistant United States Attorney
        36 South Charles Street
        Fourth Floor
        Baltimore, Maryland 21201
        (410) 209-4800

Certificate of Service

I certify that on January 22, 2021 a copy of the foregoing motion for extension of time was served on counsel through the ECF system.

/s/
Allen Loucks
Assistant United States Attorney