IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **J.O.P.**, *et al.*, <br><br>             Plaintiffs, <br><br>     v. <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*, <br><br>             Defendants. | Civil Action No. 8:19-CV-01944-SAG |

### JOINT MEDIATION STATUS REPORT

In accordance with the Joint Mediation Status Report filed on February 23, 2023 (Dkt. No. 176), the parties, through their undersigned counsel, submit the following Joint Mediation Status Report.

The parties remain optimistic that some or all claims in this case will be resolved through settlement. The parties have participated in several virtual settlement conferences beginning in May 2022. The parties have agreed to hold a virtual settlement conference on Monday, March 27, 2023 from 1:00 p.m. to 4:00 p.m. EST and an in-person conference at the Court in April 2023 subject to the availability of all participants. On March 16, 2023, Plaintiffs' counsel notified counsel for Defendants that Plaintiffs' counsel are available for the in-person conference on April 21, 24, 26, and 28. Defendants' counsel is unable to verify dates at this time, as a settlement official on behalf of Defendants is out of office.

The parties understand that Your Honor will attend the virtual settlement conference on March 27, and the in-person conference in April 2023.

The parties agree to submit a joint mediation status report by April 28, 2023 or 10 business days after the in-person meeting, whichever is earlier.

Dated: March 23, 2023

Respectfully submitted,

*/s/ Brian Burgess*

| | |
|---|---|
| Brian T. Burgess (Bar No. 19251)<br>Goodwin Procter LLP<br>1900 N Street, NW<br>Washington, DC 20036<br>Phone: 202-346-4000<br>Fax: 202-346-4444<br>BBurgess@goodwinlaw.com | Fax: 617-227-5495<br>michelle@nipnlg.org<br><br>Rebecca Scholtz*<br>National Immigration Project of the<br>National Lawyers Guild<br>30 S. 10th Street (c/o University of St.<br>Thomas Legal Services Clinic) |
| Elaine Herrmann Blais*<br>Kevin J. DeJong*<br>Goodwin Procter LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Phone: 617-570-1000<br>Fax: 617-523-1231<br>EBlais@goodwinlaw.com<br>KDeJong@goodwinlaw.com | Minneapolis, MN 55403<br>Phone: 202-742-4423<br>Fax: 617-227-5495<br>rebecca@nipnlg.org<br><br>Kristen Jackson*<br>Mary Tanagho Ross*<br>Public Counsel<br>610 South Ardmore Avenue<br>Los Angeles, CA 90005 |
| Wendy Wylegala*<br>Kids in Need of Defense<br>252 West 37th Street, Suite 1500W<br>New York, NY 10018<br>Phone: 646-970-2913<br>Fax: 202-824-0702<br>WWylegala@supportkind.org | Phone: 213-385-2977<br>Fax: 213-201-4727<br>KJackson@publiccounsel.org<br>MRoss@publiccounsel.org<br><br>*Attorneys for Plaintiffs* |
| Michelle N. Méndez (Bar No. 20062)<br>National Immigration Project of the<br>National Lawyers Guild<br>2201 Wisconsin Ave. NW, Suite 200<br>Washington, DC 20007<br>Phone: 540-907-1761 | *\* admitted pro hac vice* |

*/s/ Matthew Haven*

Matthew Haven
Vickie LeDuc
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4800

*Counsel for Defendants*