IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **J.O.P.**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*, <br><br> Defendants. | Civil Action No. 8:19-CV-01944-SAG |

## PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE

Plaintiffs request a telephonic status conference with the Court, to be held during the week of October 23 or on an acceptable day thereafter at the Court's convenience. Since the last telephonic status conference held on March 6, 2023, the parties have participated in several virtual mediation sessions and have exchanged drafts of a settlement agreement. The parties are currently scheduled to participate in additional mediation sessions on October 16 and 17, 2023, and have agreed to exchange revised drafts of the settlement proposal beforehand.

Plaintiffs believe that a status conference with the Court will help to promote resolution of a settlement of this class action case. If, during the October mediation sessions, the parties are able to agree on the remaining substantive terms of a settlement agreement, then Plaintiffs propose to use the status conference to discuss next steps in seeking the Court's approval of a final settlement agreement. If the parties are unable to agree on the remaining substantive terms during the October mediation sessions, then Plaintiffs would like to discuss with the Court whether an alternative mediator is available to assist the parties in reaching a final agreement.

Plaintiffs have conferred with Defendants on this request. Defendants responded that they "take no position" on the request.

Dated: September 26, 2023

Respectfully submitted,

<u>/s/ Brian T. Burgess</u>

Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Méndez (Bar No. 20062)
National Immigration Project of the
National Lawyers Guild
2201 Wisconsin Ave. NW, Suite 200
Washington, DC 20007
Phone: 540-907-1761
Fax: 617-227-5495
michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project of the
National Lawyers Guild
30 S. 10th Street (c/o University of St.
Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5495
rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: (323) 939-0506
Fax: (213) 471-4568
mross@bettzedek.org

*Attorneys for Plaintiffs*

* *admitted pro hac vic*