**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812
MDD_SAGchambers@mdd.uscourts.gov

September 28, 2023

LETTER ORDER

       Re:  J.O.P., et al v. U.S. Department of Homeland Security, et al.
           Civil Case No. SAG-19-1944

Dear Counsel:

       This is to confirm that a telephonic status conference has been scheduled for **Tuesday, October 31, 2023 at 9:30 a.m.** Counsel may call into the conference using the following numbers:

           877-336-1280
           Access Code: 8324569

       Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

       Sincerely yours,

         /s/

       Stephanie A. Gallagher
       United States District Judge