

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **J.O.P.**, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*,<br><br>      Defendants. | Civil Action No. 8:19-CV-01944-SAG |

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT

In consideration of the Parties' joint motion for final approval of the settlement agreement dated June 17, 2024 (the "Agreement"), and having considered the entirety of the record in this case, and having held a Fairness Hearing on the Settlement Agreement on November 25, 2024, this Court hereby finds that:

    1.    The class action settlement of all claims asserted against Defendants in this action, as reflected in the Agreement, constitutes a fair, reasonable, and adequate settlement of all claims and is hereby given final approval under Fed. R. Civ. P. 23(e).

    2.    As amended in Paragraph 4 of the Preliminary Approval Order (ECF No. 203), the definition of the certified Class is: All individuals nationwide who prior to the effective date of the superseding memorandum discussed in Section III(A) of the Settlement Agreement: (1) were determined to be a UAC; and (2) who filed an asylum application that was pending with USCIS; and (3) on the date they filed their asylum application with USCIS, were 18 years

of age or older, or had a parent or legal guardian in the United States who is available to provide care and physical custody; and (4) for whom USCIS has not adjudicated the individual's asylum application on the merits.

3. The Agreement was reached through arms-length negotiation and provides significant and certain benefits for the certified Class, and protects and serves the interests of the members of the certified Class.

4. The record shows, and this Court finds, that the notice to the Certified Class has been implemented in the manner approved by the Court in its Preliminary Approval Order (ECF No. 203).

5. Due and adequate notice of the proceedings having been given to the Certified Class, and a full opportunity having been offered to class members to participate in the Fairness Hearing, it is hereby determined that all class members are bound by this Final Approval Order.

6. This Court finds that the Agreement is reasonable because (i) the negotiations were extensive, contentious, arms-length, and facilitated by this Court; and (ii) the proponents of the Agreement are represented by experienced counsel.

7. The Court hereby finally approves in all respects the Agreement, and finds that the Agreement, the benefits to Class members, and all other aspects of the Agreement are fair, reasonable, adequate, and in the best interests of the certified Class, and within a range that responsible and experienced attorneys could accept considering all relevant factors and the relative merits of Plaintiffs' claims and Defendants' defenses, and are in full compliance with all applicable requirements of the Federal Rules of Civil Procedure, the U.S. Constitution, and the Class Action Fairness Act. Therefore, the Agreement shall be consummated with its terms and provisions.

8.      In making all of its findings, this Court has exercised its discretion in granting final approval of the Agreement based upon the entirety of the record, including all facts and circumstances of this litigation as presented to the Court in the submissions in support of preliminary approval of the Agreement.

**ACCORDINGLY, IT IS HEREBY ORDERED, THAT:**

A.      The motion for final approval of settlement is GRANTED;

B.      All claims asserted in this action against Defendants are hereby DISMISSED WITH PREJUDICE;

C.      The Preliminary Injunction is hereby DISSOLVED;

D.      The Agreement is hereby incorporated by reference in this Order, and the Parties are hereby directed to implement and consummate the Agreement according to the terms and provisions of the Agreement;

E.      Should any party to the Agreement fail to honor the terms of this Order, the non-breaching party may petition for enforcement of this Order; and

F.      The Court retains jurisdiction to enforce the Agreement during the term of the Agreement, and to resolve any request for attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this 25th day of Nov, 2024.

_____
U.S. District Judge Stephanie A. Gallagher