IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**J.O.P., et al.**                                         *

**Plaintiff,**
                                                          *

v.                                                  Case No.  **8:19-CV-01944-SAG**
                                                          *
U.S. Department of Homeland Security, et al.
                                                          *
**Defendant.**                                             *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐   Exhibit _____ which is an attachment to _____

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☒   Declaration of Maria J. Bocanegra in Support of Class Counsel's Emergency Motion to Enforce and Supporting Exhibits 1 and 2 - Redacted Version Attached

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **Email to Richard Ingebretsen at Richard.Ingebretsen@usdoj.gov**.

**4/14/2025**                                              */s/ Brian T. Burgess*
Date                                                       Signature

                                                           Brian T. Burgess (Bar No. 19251)
                                                           Printed Name and Bar Number

                                                           Goodwin Procter LLP, 1900 N Street, NW, Washington, DC 20036
                                                           Address

                                                           **bburgess@goodwinlaw.com**
                                                           Email Address

                                                           **202-346-4000**
                                                           Telephone Number

                                                           **202-346-4444**
                                                           Fax Number

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **J.O.P.**, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, et al.,<br><br>        Defendants. | Civil Action No. 8:19-CV-01944-SAG |

### DECLARATION OF MARIA J. BOCANEGRA IN SUPPORT OF CLASS COUNSEL'S EMERGENCY MOTION TO ENFORCE

I, Maria J. Bocanegra, declare:

1. I am an attorney licensed to practice before the courts of the State of Texas and the State of Washington. I have personal knowledge of the facts in this declaration, and if called upon to testify, I could and would testify competently to the facts herein.

2. I make this declaration in support of Class Counsel's Emergency Motion to Enforce the *J.O.P. v. DHS* Settlement Agreement.

3. I am the Supervising Attorney of the Unaccompanied Children Program at YMCA International Services ("YMCA"), a nonprofit organization in Houston, Texas. YMCA offers comprehensive programming to Houston's significant refugee and immigrant communities. In particular, the YMCA's Unaccompanied Children Program provides Know-Your-Rights presentations, legal screenings, and, in some situations, direct representation services to locally detained and released children who have been determined to be unaccompanied minors.

1

4. Along with my colleagues at YMCA, I represent *J.O.P.* Class Member ███████ ███████ in his immigration proceedings.

5. ███████ was born in Venezuela on ███████ ███████ he was determined by federal immigration officials to be an "Unaccompanied Alien Child" ("UAC") and transferred to the custody of the Office of Refugee Resettlement ("ORR"), Division of Unaccompanied Children Operations. Exhibit 1, ORR Unaccompanied Child Placement Authorization Form, at 2 (July 5, 2022) (providing as the "reason for placement" the fact that ███████ is "[a]n unaccompanied minor who meets the definition of an unaccompanied alien child, 6 U.S.C. 279(g)(2), and is in Federal Custody by reason of his or her immigration status"). ███████ was released from ORR custody on his ███████ in the ███████.

6. On December 20, 2022, when he was 18 years old, ███████ filed an asylum application (Form I-589) with U.S. Citizenship and Immigration Services ("USCIS"). Exhibit 2, USCIS Asylum Application Receipt Notice. ███████ asylum application has been pending with USCIS since ███████ and he has yet to be scheduled for an interview.

7. Until his detention, ███████ had been living in ███████ with his U.S. citizen partner and her three-year-old daughter, whom he has been raising as his own child, and working detailing vehicles.

8. On about January 7, 2025, ███████ was taken into custody of Immigration and Customs Enforcement ("ICE") ███████ ███████.

9. On or about January 8, 2025, the Department of Homeland Security ("DHS") commenced removal proceedings against ███████ by filing a Notice to Appear in the Conroe,

2

Texas Immigration Court. Due to ▮▮▮ removal from the United States, he was prevented from attending his ▮▮▮ master calendar hearing. The government did not oppose a request on ▮▮▮ behalf for a continuance of those proceedings. ▮▮▮ removal proceedings are ongoing, with his next master calendar hearing scheduled for ▮▮▮.

10. On multiple occasions after ▮▮▮ was detained, YMCA counsel communicated with ICE Enforcement and Removal Operations ("ERO") officers about ▮▮▮ requesting his release and flagging repeatedly his status as a *J.O.P.* class member.

11. On Monday, March 17, 2025, a week before our upcoming immigration court hearing, an ICE ERO official confirmed that ▮▮▮ had been removed to El Salvador over the previous weekend. The YMCA received no advance notice that our client would be removed, nor notice of the basis for his removal, nor an opportunity to contest his impending removal.

12. My colleagues and I have not been able to communicate with ▮▮▮ since the government removed him to El Salvador in mid-March, nor has ▮▮▮ family been able to communicate with him. We are all extremely worried about his well-being.

13. I support Class Counsel's motion before this Court for leave to proceed under pseudonym and thereby protect the identity and sensitive personal information of ▮▮▮ a young person seeking asylum. I fear that if ▮▮▮ identity became public, he might face retaliatory harm in the Salvadoran prison where he is detained, or in the future in the event that he is ever removed to Venezuela where he fears persecution, or upon his return to the United States given publicly reported allegations that all Venezuelans removed to El Salvador are dangerous criminals and pervasive anti-immigrant rhetoric.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2025 in Houston, Texas.

                                                      */s/ Maria Bocanegra*
Maria J. Bocanegra
YMCA International Services
3110 Hayes Road, Suite 300,
Houston, Texas 77082
(713) 758-9280
maria.bocanegra@ymcahouston.org

# Exhibit 1





THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104.13) Public reporting burden for this collection of information is estimated to average .10/ hour per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

Page 2 of 2

# Exhibit 2



Case 8:19-cv-01944-SAG   Document 227-3   Filed 04/14/25   Page 10 of 10