## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. <br> 8:19-CV-01944-SAG |

## ORDER

As discussed on the record today, Defendants are hereby ORDERED to provide the Court by 11:59 p.m. on April 16, 2025 their position on whether they will agree not to remove any Class Member, as defined in Section II.E of the Settlement Agreement, ECF 199-2, pending the hearing in this matter on Tuesday, April 22, 2025.

Dated: <u>April 16, 2025</u>

<u>             /s/             </u>
Stephanie A. Gallagher
United States District Judge

Case 8:19-cv-01944-SAG     Document 239     Filed 04/16/25     Page 2 of 2