IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

J.O.P., *et al.*,

    Plaintiffs,

v.

U.S. Department of Homeland Security, *et al.*,

    Defendants.

Civil Action No.
8:19-CV-01944-SAG

**ORDER**

Upon consideration of Class Counsel's Emergency Motion for Temporary Restraining Order, ECF 235, this Court finds that:

1.    The Settlement Agreement provides that "[w]ith respect to any Class Member with a final removal order, ICE will refrain from executing the Class Member's final removal order until USCIS issues a Final Determination on one properly filed asylum application under the terms of this Agreement." ECF No. 199-2 at 9, Section III.I.

2.    Javier is a Class Member.

3.    For the reasons set forth in Class Counsel's Memorandum, ECF 235-1, Class Counsel is likely to succeed on the merits in showing that the removal of Javier would be a violation of the Settlement Agreement; Javier will be irreparably harm if he is removed; and the balance of the equities and public interest all favor maintaining the status quo.

Therefore, for good cause shown, and for the reasons set forth in Class Counsel's motion, ECF 235, it is hereby ORDERED that Defendants shall not remove Javier from the United States.

Dated: April 16, 2025

                                              /s/
                                      Stephanie A. Gallagher
                                      United States District Judge