IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **J.O.P.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY**, et al., <br><br> Defendants. | **REDACTED** <br> Civil Action No. 8:19-CV-01944-SAG <br><br> ▇▇▇▇▇▇▇▇▇▇ |

**DECLARATION OF MARISA TILLMAN IN SUPPORT OF
CLASS COUNSEL'S EMERGENCY MOTION
FOR A TEMPORARY RESTRAINING ORDER**

I, Marisa Tillman, declare:

1. I am an attorney licensed to practice before the courts of the State of Maryland and the State of Texas. I have personal knowledge of the facts in this declaration and, if called upon to testify, I could and would testify competently to the facts herein.

2. I make this declaration in support of Class Counsel's Emergency Motion for a Temporary Restraining Order.

3. I am a Senior Attorney with the Immigration Legal Services program at Catholic Charities of the Archdiocese of Washington. The Immigration Legal Services team at Catholic Charities of the Archdiocese of Washington represents noncitizens who reside in Maryland, Virginia, and Washington, D.C. on immigration matters, trains lawyers to provide pro bono services, and educates community groups on the latest immigration issues. Many of our current and past clients are unaccompanied children.

1

4. I represent *J.O.P.* Class Member ▉▉▉▉▉▉▉▉▉▉ in his immigration proceedings.

5. ▉▉▉ was born in Venezuela on ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

6. After federal immigration officials determined ▉▉▉ to be an "Unaccompanied Alien Child" ("UAC"), they transferred him to the custody of the Office of Refugee Resettlement ("ORR"), the federal agency responsible for the care of UACs. After spending several weeks in a shelter for children run by ORR, ▉▉▉ was released to his mother's care in ▉▉▉▉▉. Exhibit 1, ORR Verification of Release Form (▉▉▉▉▉▉).

7. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, I helped him file an asylum application (Form I-589) with U.S. Citizenship and Immigration Services ("USCIS"). Shipping confirmation reflects that the application was delivered to USCIS on December 3, 2024, after he had reached 18 years of age. USCIS subsequently issued ▉▉▉ a receipt notice. Exhibit 2, USCIS Asylum Application Receipt Notice (reflecting December 12, 2024 receipt date). ▉▉▉'s asylum application remains pending with USCIS, and USCIS has not yet scheduled an asylum interview.

8. On December 23, 2024, I filed a motion to dismiss ▉▉▉'s removal proceedings based on the pending asylum application with USCIS, which DHS did not oppose. An Immigration Judge at the Hyattsville Immigration Court dismissed ▉▉▉'s removal proceedings on January 6, 2025 based on his asylum application being pending with USCIS and because he is a *J.O.P. v. DHS* class member. DHS did not appeal the dismissal of ▉▉▉'s removal proceedings.

9. Baltimore Immigration and Customs Enforcement ("ICE") detained ▉▉▉ at his place of employment, a hair salon in Washington, D.C., on March 19, 2025.

10. After ▮'s detention, I informed a Baltimore ICE officer that ▮ had a pending asylum application with USCIS and is a *J.O.P. v. DHS* class member. The Baltimore ICE officer said that they planned to place ▮ into expedited removal proceedings. Then, on March 20, 2025, Baltimore ICE informed me that instead ICE would "reopen" his proceedings in immigration court. However, that same day Baltimore ICE transferred ▮ to Winn Correctional Center in Oakdale, Louisiana and later informed him that they planned to remove him.

11. I communicated with *J.O.P. v. DHS* class counsel about my fears that ICE would remove ▮ and they raised my concerns with Defendants on March 21, 2025.

12. On March 25, 2025, DHS re-instituted removal proceedings against ▮, this time in the Oakdale, Louisiana Immigration Court, charging the same removal grounds of being present in the United States without being admitted or paroled as they had charged in the prior dismissed proceedings. I have asked ICE to release ▮, but they have denied him release and opposed ▮'s request to the Immigration Judge that a bond be set, as described below.

13. I filed a 72-page bond motion in the Immigration Court in Oakdale. At the ▮ bond hearing, the ICE attorney alleged that ▮ is a Tren de Aragua member. The ICE attorney based this argument on ▮ tattoos, t-shirt with an Air Jordan logo, and the fact that he allegedly was speaking with another Venezuelan male detainee while he was detained in the Baltimore ICE holding room. The ICE attorney also alleged without providing any evidence that they have a "source of information" that ▮ was involved in crimes in Caracas, Venezuela, a place where I understand from ▮ that he has never lived. ▮ ▮ In reply, I filed 121

3

pages of argument and evidence to rebut ICE's allegations. The Immigration Judge denied ▮ a bond based on ICE's allegations.

14. On April 14, 2025, ICE transferred ▮ to Bluebonnet Detention Facility in Anson, Texas. I am concerned that ICE plans to remove ▮ to El Salvador. The Venezuelan men who were removed to El Salvador were detained in Texas before ICE sent them to El Salvador and that is where ICE has moved ▮. For these reasons, I fear that ICE transferred ▮ to Bluebonnet in order to stage him for removal to El Salvador under the Alien Enemies Act.

15. I support Class Counsel's motion before this Court for leave to proceed under a pseudonym and thereby protect the identity and sensitive personal information of ▮, a young person seeking asylum. I fear that ▮ may face retaliatory harm in the United States given publicly reported allegations that all Venezuelans removed to El Salvador are dangerous criminals and pervasive anti-immigrant rhetoric. I also fear that if ▮ is removed to El Salvador, he might face retaliatory harm both for being presumed to be a dangerous criminal and for exercising his rights as a *J.O.P v. DHS* class member.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2025 in Silver Spring, Maryland.

*Marisa Tillman*

Marisa Tillman
Catholic Charities of the Archdiocese of Washington
12247 Georgia Avenue
Silver Spring, MD 20902