IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**CLASS COUNSEL'S MOTION TO SEAL**

Class Counsel seek a temporary restraining order ("TRO") to prevent the imminent removal of another Class Member in violation of the Settlement Agreement. The Settlement Agreement, approved by this Court in November 2024, prohibits removal of any Class Member from the United States, provided that the Class Member has a pending asylum application with Defendant U.S. Citizenship and Immigration Services ("USCIS"). Javier[1] is an 18-year old Class Member from Venezuela with an asylum application pending with USCIS. A TRO should issue because Class Counsel are likely to succeed on the merits in showing that removal of Javier would be a violation of the Settlement Agreement; Javier will be irreparably harmed if he is removed to a prison in El Salvador; and the balance of the equities and public interest all favor maintaining the status quo.

Pursuant to Local Rule 105.11, Class Counsel respectfully request that this Court enter an order sealing portions of the Declaration of Marisa Tillman ("Tillman Declaration") and supporting exhibits, which contain information regarding the Class Member and his pending application for asylum. Class Counsel respectfully requests that the Court order that the portions of the Tillman Declaration and supporting exhibits be sealed rather than appear on the public docket.

Under Local Rule 105.11, courts may grant motions to seal if the moving party includes "(a) proposed reasons supported by specific factual representations to justify the sealing and (b) an explanation why alternatives to sealing would not provide sufficient protection." The decision

---

[1] Class Counsel has filed, contemporaneously with this motion, a motion to proceed using a pseudonym for the Class Member's real name.

1

to seal is "best left to the sound discretion of the [district] court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case." *Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004) (citation omitted).

In support of this motion, Class Counsel state as follows:

1. Marisa Tillman is a Senior Attorney with the Immigration Legal Services program at Catholic Charities of the Archdiocese of Washington. The Immigration Legal Services team at Catholic Charities of the Archdiocese of Washington represents noncitizens who reside in Maryland, Virginia, and Washington, D.C. on immigration matters, trains lawyers to provide pro bono services, and educates community groups on the latest immigration issues. Ms. Tillman represents the Class Member subject to Class Counsel's motion for a TRO, in his immigration proceedings.

2. Ms. Tillman's declaration identifies the full name of the Class Member at issue in Class Counsel's Emergency Motion for a Temporary Restraining Order, his birthday, and information related to his asylum application pending before United States Citizenship and Immigration Service ("USCIS").

3. There is a "strong public interest in restricting asylum seekers' identities from the public." *A.B.T. v. U.S. Citizenship & Immigr. Servs.,* 2012 WL 2995064, at *5 (W.D. Wash. 2012). By federal regulation, a person seeking asylum has the right to keep confidential any information contained in or relating to their asylum application. *See* 8 CFR §§ 208.6, 1208.6. Moreover, Defendants in this case have agreed to a Protective Order to maintain the confidentiality of identity of Class Members and their personal information. ECF No. 136; ECF No. 144 (so ordered).

4. Contemporaneously with this motion, Class Counsel have also filed a Motion to Proceed by Pseudonym, requesting that this Court permit the Class Member to proceed

pseudonymously in light of his privacy interests and potential for retaliatory harm. Class Counsel have addressed the justifications for maintaining the Class Member's anonymity to the public, and thus for sealing the documents in question here, in their Motion to Proceed by Pseudonym.

5. Sealing the relevant portions of the Tillman Declaration containing the Class Member's full name, birthday, and information concerning his asylum application is the only available method to protect him from needless disclosure of his identity on the public docket.

6. Class Counsel recognize that this Court and the Defendants in this action must receive copies that include the Class Member's full name. Accordingly, attached to this motion, Class Counsel have provided a copy of the Tillman Declaration and supporting exhibits to be filed under seal. In order to protect the Class Member's privacy and safety, Class Counsel respectfully request that this Court maintain this document under seal.

7. Class Counsel will serve the sealed version of the Tillman Declaration and supporting exhibits upon Defendants through their counsel, and will file a redacted version of the declaration on the public docket.

8. The Court previously granted motions to seal similar information. ECF No. 233; ECF No. 181; ECF No. 116; ECF No. 114.

Accordingly, Class Counsel respectfully request that this Court enter an order sealing the the Tillman Declaration and supporting exhibits.

Dated: April 16, 2025

Respectfully submitted,

*/s/ Brian T. Burgess*

Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: 540-907-1761
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project of the
National Lawyers Guild
30 S. 10th Street (c/o University of St.
Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5494
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*