IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 8:19-cv-01944-SAG |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* ) | |
| Defendants. ) | |

**DEFENDANTS' POSITION IN RESPONSE TO COURT ORDER**

Pursuant to the Court's April 16, 2025 Order, ECF No. 239, Defendants provide the Court with their position as to whether Defendants will agree not to remove any Class Member, as defined in Section II.E of the Settlement Agreement, ECF 199-2, pending the hearing in this matter on Tuesday, April 22, 2025. At this time, Defendants do not agree to not remove any Class Member, as defined in Section II.E of the Settlement Agreement, ECF 199-2, pending the hearing in this matter on Tuesday, April 22, 2025, given the parties' disagreements concerning Plaintiffs' pending Motion to Enforce, ECF No. 227, addressing the applicability of the Settlement Agreement.

//

Dated: April 16, 2025                                Respectfully submitted,

                                                            YAAKOV M. ROTH
                                                            Acting Assistant Attorney General
                                                            Civil Division

                                                            WILLIAM C. PEACHEY
                                                            Director
                                                            Office of Immigration Litigation

                                                            YAMILETH G. DAVILA
                                                            Assistant Director

                                                            */s/Richard Ingebretsen*
                                                            RICHARD G. INGEBRETSEN
                                                            Trial Attorney (DC Bar No. 1736200)

                                                            U.S. Department of Justice
                                                            Civil Division
                                                            Office of Immigration Litigation
                                                            P.O. Box 868, Ben Franklin Station
                                                            Washington, DC 20044
                                                            Telephone: (202) 616-4848
                                                            Fax: (202) 305-7000
                                                            richard.ingebretsen@usdoj.gov

                                                           Attorneys for Defendants