IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**[PROPOSED] ORDER ON CLASS COUNSEL'S MOTION FOR A
CLASS-WIDE TEMPORARY RESTRAINING ORDER**

Upon consideration of Class Counsel's Motion for a Class-Wide Temporary Restraining Order, this Court finds that:

1.  The Settlement Agreement provides that "[w]ith respect to any Class Member with a final removal order, ICE will refrain from executing the Class Member's final removal order until USCIS issues a Final Determination on one properly filed asylum application under the terms of this Agreement." ECF No. 199-2 at 8, Section III.I.

2.  For the reasons set forth in Class Counsel's Motion, Class Counsel is likely to succeed on the merits in showing that the removal of any Class Member with a pending asylum application with Defendant U.S. Citizenship and Immigration Services would be a violation of the Settlement Agreement; such Class Members would be irreparably harm if they were removed; and the balance of the equities and public interest all favor maintaining the status quo.

Therefore, for good cause shown, and for the reasons set forth in Class Counsel's Motion, it is hereby ORDERED that Defendants shall not remove any Class Member with a pending asylum application from the United States.

Dated: _____   _____
HON. STEPHANIE A. GALLAGHER
United States District Judge