UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| J.O.P., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | 8:19-CV-01944-SAG <br> Declaration of Acting Field Office Director Robert L. Cerna |

**DECLARATION OF ROBERT L. CERNA**

I, Robert L. Cerna, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.  I am an Acting Field Office Director ("(A)FOD") Enforcement and Removal Operations ("ERO") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS").

2.  As the (A)FOD of the Harlingen Field Office, I am responsible for, among other things, the detention and enforcement operations of more than 350 employees, assigned to six ERO Harlingen offices. ERO Harlingen encompasses fifteen South Texas counties and is responsible for six detention facilities with a combined total of 3,790 detention beds.

3.  I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from various records, systems, databases, other DHS ICE and law enforcement employees, and information portals maintained and relied upon by DHS ICE in the regular course of business.

4. On March 15, 2025, President Trump announced the Proclamation *Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua* ("TdA") stating that, "Evidence irrefutably demonstrates that TdA has invaded the United States and continues to invade, attempt to invade, and threaten to invade the country; perpetrated irregular warfare within the country; and used drug trafficking as a weapon against our citizens" (the Proclamation) (https://www.whitehouse.gov/presidential-actions/2025/03/invocation-of-the-alien-enemies-act-regarding-the-invasion-of-the-united-states-by-tren-de-aragua/). In the same Proclamation, President Trump announced that, pursuant to 50 U.S.C. § 21, "all Venezuelan citizens 14 years of age or older who are members of TdA, are within the United States, and are not actually naturalized or lawful permanent residents of the United States are liable to be apprehended, restrained, secured, and removed as Alien Enemies."

5. I am aware that an emergency motion to enforce the settlement agreement has been filed in the above-captioned matter pending in the U.S. District Court for the District of Maryland regarding the removal of ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ("▮▮▮▮ ▮▮▮▮") from the United States.

6. I am familiar with the facts regarding the criminal history, immigration proceedings and removal of ▮▮▮▮ ▮▮▮▮.

7. ▮▮▮▮ ▮▮▮▮ is a 20-year-old native and citizen of Venezuela.

8. On January 6, 2025, ▮▮▮▮ ▮▮▮▮ was convicted in the 482nd District Court at Harris County, Texas for the offense of possession of cocaine, a Texas state jail felony, Case No. ▮▮▮▮.

2

9. On January 7, 2025, ERO Houston interviewed ▮▮▮▮ ▮▮▮▮▮▮ while he remained incarcerated at the Harris County Jail in Texas due to his conviction for the felony offense of possession of cocaine.

10. ▮▮▮▮ ▮▮▮▮▮▮ identified himself as a native and citizen of Venezuela and claimed to have last entered the United States without inspection at and unknown time and at an unknown location and ERO placed a detainer on ▮▮▮▮ ▮▮▮▮▮▮.

11. On January 7, 2025, ▮▮▮▮ ▮▮▮▮▮▮ was transferred into ICE custody based on the ERO-placed detainer where he remained until his March 15, 2025 removal.

12. On January 7, 2025, ICE served ▮▮▮▮ ▮▮▮▮▮▮ with a Notice to Appear charging him as inadmissible pursuant to 8 U.S.C. §§ 1182(a)(6)(A)(i) and 1182(a)(7)(A)(i)(II), as an alien present in the United States without being admitted or paroled and as an alien convicted of a controlled substance offense.

13. Following the announcement of Presidential Proclamation 10,903, *Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua*, ICE determined that ▮▮▮▮ ▮▮▮▮▮▮ was subject to the Proclamation.

14. On March 15, 2025, ▮▮▮▮ ▮▮▮▮▮▮ was removed under the Alien Enemies Act, 50 U.S.C. Ch. 3, pursuant to Presidential Proclamation 10,903, as a Venezuelan citizen 14 years of age or older who is a member of TdA.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 17th day of April 2025.

ROBERT L CERNA II
Digitally signed by ROBERT L CERNA II
Date: 2025.04.17 18:31:13 -05'00'

Robert L. Cerna
Acting Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security