

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
*P.O. Box 868*
*Ben Franklin Station*
*Washington, D.C. 20044*

**FILED VIA CM/ECF**                                                                                       May 2, 2025

The Honorable Stephanie A. Gallagher
District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

      Re:   *J.O.P., et al. v. Dept. Homeland Security, et al.*,
            No. 8:19-cv-01944-SAG (D. Md.)

Dear Judge Gallagher:

     We write in opposition to Class Counsel's April 30, 2025 Letter Motion requesting three amendments to the Court's April 23, 2025 Order (ECF No. 254). *See* ECF No. 258. Defendants oppose Class Counsel's requested amendments, specifically 1) that "Defendants be ordered to provide a list of all Class Members whom Defendants have removed from the United States on or after November 25, 2024 without their having first received an adjudication by USCIS on the merits of their asylum applications, as well as the alien registration number ("A number") and contact information (including for any counsel of record) for each such Class Member," and 2) "that Defendants be ordered to provide a status report on Monday, May 5, 2025 to identify all actions taken to comply with the Court's Order to 'facilitate Class Member Cristian's return to the United States to await the adjudication of his asylum application on the merits by USCIS under the terms of the Settlement Agreement.'" *Id.* at 2. The Court has set an in-person status conference for May 6, 2025 at 11:00 a.m. to discuss both issues. ECF No. 259. Defendants submit this opposition for consideration by the Court as part of those proceedings.

     Defendants oppose Class Counsel's request for a list of other class members removed since November 25, 2024, as unnecessary. Contrary to Class Counsel's assertion, Defendants already make Class Counsel aware of putative class members removed pursuant to Title 8 when Defendants become aware of such occurrences.

      Defendants also oppose Class Counsel's request that they be ordered to provide a status report to identify all actions taken to comply with the Court's Order to "facilitate Class Member Cristian's return to the United States." ECF No. 258 at 2. The Government stands ready to provide an update as to status at this Court's hearing on May 6, and does not believe it is necessary to submit a report on May 5.

                                       Respectfully Submitted,

                                       YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

YAMILETH G. DAVILA
Assistant Director

*/s/Richard Ingebretsen*
RICHARD G. INGEBRETSEN
Trial Attorney (DC Bar No. 1736200)

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4848
Fax: (202) 305-7000
richard.ingebretsen@usdoj.gov

Attorneys for Defendants

Cc: Counsel of Record