IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> Defendants. | Case No. 8:19-cv-01944-SAG |

### DEFENDANTS' MOTION TO VACATE SECTION TWO OF THE COURT'S ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT OR, IN THE ALTERNATIVE, TO STAY SECTION TWO PENDING APPEAL

Pursuant to Federal Rules of Civil Procedure 60(b) and 62, Defendants respectfully request that this Court vacate Section Two of this Court's April 23, 2025 Order Granting Plaintiffs' Motion to Enforce the Settlement Agreement. *See* Mem Op., ECF No. 253; Order, ECF No. 254. In the alternative, Defendants request that the Court's Order be stayed pending appeal to the Fourth Circuit.

In support of this Motion, Defendants rely on their memorandum filed contemporaneously with this motion. A proposed order is attached.

Dated: May 4, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

YAMILETH G. DAVILA
Assistant Director

ERHAN BEDESTANI
Trial Attorney

*/s/Richard Ingebretsen*
RICHARD G. INGEBRETSEN
Trial Attorney (DC Bar No. 1736200)

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4848
Fax: (202) 305-7000
richard.ingebretsen@usdoj.gov

Attorneys for Defendants

2