IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J.O.P., et al.

**Plaintiff,**

v.

U.S. Department of Homeland Security, et al.

**Defendant.**

Case No. 8:19-cv-01944-SAG

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐ Exhibit _____ which is an attachment to _____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☒ Defendants' Memorandum In Support of Defendants' Motion to Vacate Paragraph Two of the Court's Order Granting Plaintiffs' Motion to Enforce the Settlement Agreement

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by email to Kevin DeJong; Brian Burgess; Elaine Blais; Rebecca Scholtz; Michelle Mendez; Kristin Jackson; Mary Ross; and Wendy Wylegala.

5/4/2025
Date

/s/ Richard Ingebretsen
Signature

Richard Ingebretsen, DC 1736200
Printed Name and Bar Number

PO Box 868 Ben Franklin Station, Washington, DC 20044
Address

richard.ingebretsen@usdoj.gov
Email Address

(202) 616-4848
Telephone Number

(202) 305-7000
Fax Number