# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

J.O.P., et al.

**Plaintiff,**

\*

\*

v.

Case No.  8:19-cv-01944-SAG

U.S. Department of Homeland Security, et al.

\*

**Defendant.**

\*

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐  Exhibit _____ which is an attachment to _____

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☒  Exhibit A, Indicative Asylum Decision _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by email to Kevin DeJong; Brian Burgess; Elaine Blais; Rebecca Scholtz; Michelle Mendez; Kristin Jackson; Mary Ross; and Wendy Wylegala.

5/4/2025

Date

/s/Richard Ingebretsen

Signature

Richard Ingebretsen, DC 1736200

Printed Name and Bar Number

PO Box 868 Ben Franklin Station, Washington, DC 20044

Address

richard.ingebretsen@usdoj.gov

Email Address

(202) 616-4848

Telephone Number

(202) 305-7000

Fax Number