# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 8:19-cv-01944-SAG |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) ) ) |
| Defendants. | ) ) |

## [Proposed] ORDER

UPON CONSIDERATION of Defendants' Motion Vacate Section Two of the Court's Order Granting Plaintiffs' Motion to Enforce the Settlement Agreement Or, In the Alternative, To Stay Section Two Pending Appeal, it is this day ____ of May 2025, ORDERED that:

1. Defendants' Motion to Vacate Section Two of the Court's Order Granting Plaintiffs' Motion to Enforce the Settlement Agreement is GRANTED; and

2. Section Two of the Court's April 23, 2025 Order, ECF No. 254, ordering Defendants to "to facilitate Class Member Cristian's return to the United States to await the adjudication of his asylum application on the merits by USCIS under the terms of the Settlement Agreement" is VACATED.

Dated: _____

                                                                HON. STEPHANIE A. GALLAGHER
                                                                United States District Judge