IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

## ORDER

UPON CONSIDERATION of the Defendants' Motion to Seal, ECF 264, it is this 5th day of May 2025, ORDERED that:

1. Defendant's Motion to Seal, ECF 264, is DENIED IN PART and GRANTED IN PART.

2. The Court DENIES Defendant's request to seal in their entirety Defendants' Memorandum in Support of their Motion to Vacate, ECF 261-1, and Exhibit A, USCIS Indicative Asylum Decision, ECF 261-2.

3. The Court will make public redacted versions of the Defendants' Memorandum in Support of its Motion to Vacate and Exhibit A, USCIS Indicative Decision, in which the Court has redacted "Confidential Information" as defined under the Protective Order entered in this case, ECF 136-1, ECF 144, and information potentially subject to 8 C.F.R. § 1208.6, while otherwise preserving public access to court filings.

4. After hearing from the parties at the status conference scheduled for May 6, 2025, the Court will consider whether to amend this order to make public additional information from the Defendants' Memorandum in Support of its Motion to Vacate and Exhibit A, USCIS Indicative Decision.

5. The Clerk is directed to maintain ECF 262 and 263 under seal and to file the redacted versions of the Defendants' Memorandum in Support of their Motion to Vacate and Exhibit A, USCIS Indicative Decision.

Dated: May 5, 2025

              /s/
Stephanie A. Gallagher
United States District Judge