IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**ORDER**

For the reasons stated on the record at this morning's status conference, it is this 6th day of May 2025, ORDERED that:

1. Defendants' Motion to Vacate Section Two of the Court's Order Granting Plaintiffs' Motion to Enforce the Settlement Agreement or, in the Alternative, to Stay Section Two Pending Appeal, ECF 261, is DENIED IN PART and GRANTED IN PART;

2. Defendants' motion to vacate Section Two of ECF 254 is DENIED;

3. Defendants' motion to stay Section 2 of ECF 254 is GRANTED until close of business on Thursday, May 8, 2025 to permit Defendants to file an appeal. Should no appeal be filed by that date, the Court will amend ECF 254 to impose a deadline for action to be taken in compliance with Section 2; and

4. The Court amends its Order at ECF 266 to add minor redactions to ECF 268, Exhibit A, USCIS Indicative Asylum Decision. The Clerk is directed to file an updated version of Exhibit A, USCIS Indicative Asylum Decision with the additional redactions.

Dated: May 6, 2025

         /s/
Stephanie A. Gallagher
United States District Judge