# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

|  |  |
|---|---|
| J.O.P., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 8:19-cv-01944-SAG |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants the United States Department of Homeland Security, *et al.*, in the above captioned case hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and the Order entered on April 23, 2025, by the Honorable United States District Judge Stephanie Gallagher granting Class Counsel's Motion to Enforce the Settlement Agreement and Motions to Proceed Under Pseudonym, ECF Nos. 253, 254; and the Order entered on May 6, 2025, by the Honorable United States District Judge Stephanie Gallagher denying in part and granting in part Defendants' Motion to Vacate Section Two of the Court's Order Granting Plaintiffs' Motion to Enforce the Settlement Agreement or, in the Alternative, to Stay Section Two Pending Appeal, ECF No. 270.

Dated: May 7, 2025          Respectfully submitted,

                                                          YAAKOV M. ROTH
                                                          Acting Assistant Attorney General
                                                          Civil Division

                                                          WILLIAM C. PEACHEY
                                                          Director
                                                          Office of Immigration Litigation

YAMILETH G. DAVILA
Assistant Director

ERHAN BEDESTANI
Trial Attorney

*/s/Richard Ingebretsen*
RICHARD G. INGEBRETSEN
Trial Attorney (DC Bar No. 1736200)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4848
Fax: (202) 305-7000
richard.ingebretsen@usdoj.gov

Attorneys for Defendants