# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

|   |   |
|---|---|
| J.O.P., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 8:19-cv-01944-SAG |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) |
| Defendants. | ) |

## NOTICE OF FILED APPEAL AND REQUEST TO CONTINUE STAY

PLEASE TAKE NOTICE that the Defendants filed their appeal of this Court's Memorandum Opinion and the Order entered on April 23, 2025, granting Class Counsel's Motion to Enforce the Settlement Agreement and Motions to Proceed Under Pseudonym, ECF Nos. 253, 254, and the Order entered on May 6, 2025, denying, in part, and granting, in part, Defendants' Motion to Vacate Section Two of the Court's Order Granting Plaintiffs' Motion to Enforce the Settlement Agreement or, in the Alternative, to Stay Section Two Pending Appeal, ECF No. 270. *See J.O.P. v. U.S. Dept' of Homeland Sec.*, Dkt. No. 25-1519 (4th Cir.). Defendants also filed a Motion for Stay Pending Appeal. *Id.* at ECF No. 8-1 (attached as Exhibit A). For the reasons set forth in the Defendants' stay motion filed with the Court of Appeals for the Fourth Circuit, Defendants submit that this Court should continue its stay of Section Two of the Court's April 23, 2025, Order, ECF No. 254, pending the Fourth Circuit's resolution of Defendants' stay motion.

A proposed order is attached.

//

//

Dated: May 8, 2025                                  Respectfully submitted,

                                            YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

YAMILETH G. DAVILA
Assistant Director

ERHAN BEDESTANI
Trial Attorney

*/s/Richard Ingebretsen*
RICHARD G. INGEBRETSEN
Trial Attorney (DC Bar No. 1736200)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4848
Fax: (202) 305-7000
richard.ingebretsen@usdoj.gov

Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

    I hereby certify that on May 8, 2025, I served a copy of the foregoing on counsel for Plaintiffs via the Court's CM/ECF e-filing system.

                                            */s/ Richard Ingebretsen*
                                            Richard Ingebretsen
                                            Trial Attorney
                                            United States Department of Justice
                                            Civil Division
                                            Office of Immigration Litigation

                                            *Attorney for Defendants*