# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 8:19-cv-01944-SAG |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) ) ) |
| Defendants. | ) ) |

## [Proposed] ORDER

UPON CONSIDERATION of Defendants' NOTICE OF FILED APPEAL AND REQUEST TO CONTINUE STAY, it is this ___ day of May 2025, ORDERED that:

1. Defendants' Request is Granted.

2. The Court's stay entered at ECF No. 270 is extended pending any decision of the Court of Appeals for the Fourth Circuit on the Motion for Stay Pending Appeal filed in *J.O.P. v. U.S. Dept' of Homeland Sec.*, No. 25-1519 (4th Cir.) at Dkt No. 8-1.

Dated:_____

_____
HON. STEPHANIE A. GALLAGHER
United States District Judge