IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

### ORDER

The United States Court of Appeals for the Fourth Circuit denied Defendants' motion for stay pending appeal in *J.O.P. v. U.S. Department of Homeland Security*, No. 25-1519. *See id.* at ECF 34 (May 19, 2025). Accordingly, it is hereby ORDERED that Defendants provide a status report on the steps they have taken to facilitate the return of Cristian to the United States for adjudication on the merits of his asylum application by USCIS. As this Court previously ordered, facilitation includes, but is not limited to, taking steps "toward aiding, assisting, or making easier [Cristian's] release from custody in El Salvador," ECF 253 at 14 (citing *Abrego Garcia v. Noem*, No. 8:25-cv-00951, ECF 79 at 4 (D. Md. Apr. 15, 2025)), and "a good faith request by Defendants to the government of El Salvador to release Cristian to U.S. custody for transport back to the United States," ECF 254 at 2; *see also Noem v. Abrego Garcia*, No. 24-A949, 604 U.S. __, 2025 WL 1077101, at *1 (Apr. 10, 2025) ("[T]he Government should be prepared to share what it can concerning the steps it has taken and the prospect of further steps.").

Defendants' status report should be filed on or before 5:00 PM ET on Tuesday, May 27, 2025, and should be in the form of a declaration from an individual with personal knowledge. The

status report should include: (1) Cristian's current physical location and custodial status; (2) what steps, if any, Defendants have taken to facilitate Cristian's return to the United States; and (3) what additional steps Defendants will take, and when, to facilitate Cristian's return.


Dated: May 20, 2025                                      /s/
                                              Stephanie A. Gallagher
                                              United States District Judge