IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>       Defendants. | Civil Action No. 8:19-CV-01944-SAG<br><br>**DEFENDANTS'<br>COMPLIANCE REPORT** |

Pursuant to the settlement agreed to by the Parties and approved by the Court (ECF. No. 199-2, Defendants respectfully submit the following Compliance Report. For their third Compliance Report, Defendants report the following steps taken pursuant to Section III of the Settlement Agreement between the Effective Date of the Settlement Agreement and May 19, 2025:

    A. [Relating to Paragraph III.A] On January 30, 2025 USCIS issued a superseding memorandum in accordance with Paragraph III.A of the Settlement Agreement. The public may find this memorandum online under the related links tab at https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/minor-children-applying-for-asylum-by-themselves.

    B. [Relating to Paragraph III.B] USCIS has complied with Paragraph III.B of the Settlement Agreement in determining jurisdiction over Class Members' asylum applications.

    C. [Relating to Paragraph III.C] USCIS has issued Adverse Jurisdictional Determinations to 2 Class Members based on USCIS's determination that EOIR has jurisdiction because the Class Member did not meet the statutory UAC

definition (found at 6 U.S.C. § 279(g)(2)) at the time of filing their asylum application. USCIS certifies that all of those determinations were issued pursuant to Paragraph III.C of the Settlement Agreement, in that the basis for each Adverse Jurisdictional Determination was the Class Member's placement in adult immigration detention after a Prior UAC Determination but before filing their asylum application.

D. [Relating to Paragraph III.D] USCIS has complied with Paragraph III.D of the Settlement Agreement in determining its jurisdiction over Class Members' asylum applications.

E. [Relating to Paragraph III.E]

1. [Relating to Paragraph III.E.1] As of May 19, 2025, USCIS has retracted Adverse Jurisdictional Determinations in the cases of 30 Class Members, as required by Paragraph III.C.2 of the Settlement Agreement. As of May 19, 2025, USCIS has fully complied with Paragraph III.E.1 of the Settlement Agreement.

2. [Relating to Paragraph III.E.2] As of May 19, 2025, USCIS has retracted Adverse Jurisdictional Determinations in the cases of 303 Class Members, as required by Paragraphs III.B and/or III.D of the Settlement Agreement. As of May 19, 2025, USCIS has fully complied with Paragraph III.E.2 of the Settlement Agreement.

3. [Relating to Paragraph III.E.3] As of May 19, 2025, USCIS has mailed notices of re-examination of jurisdictional determinations to 996 Class Members. As of May 19, 2025, USCIS has fully complied with Paragraph III.E.3 of the Settlement Agreement.

F. [Relating to Paragraph III.F] As of May 19, 2025, USCIS has mailed notices to 1871 Class Members notifying them that USCIS has released a hold placed on the application in or after March 2021. As of May 19, 2025, USCIS has fully complied with Paragraph III.F of the Settlement Agreement.

G. [Relating to Paragraph III.G] As of February 25, 2025, USCIS has adopted procedures for expediting Class Members' cases as provided under Paragraph III.G of the Settlement Agreement. The public may find those procedures online under the related links tab at https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/minor-children-applying-for-asylum-by-themselves.

Dated: May 27, 2025

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

YAMILETH G. DAVILA
Assistant Director

RICHARD G. INGEBRESTEN
KELARK A. HABASHI
Trial Attorney

/s/Erhan Bedestani
ERHAN BEDESTANI
Trial Attorney (MN Bar No. 0504824)

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7451
Fax: (202) 305-7000
erhan.bedestani2@usdoj.gov

Attorneys for Defendants