## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 8:19-cv-01944-SAG |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) |
| | ) |
| Defendants. | ) |

### <u>DEFENDANTS' RESPONSE TO THE COURT'S ORDER OF MAY 20, 2025</u>

Pursuant to this Court's May 20, 2025, Order directing Defendants to file "a declaration from an individual with personal knowledge" addressing : (1) Cristian's current physical location and custodial status; (2) what steps, if any, Defendants have taken to facilitate Cristian's return to the United States; and (3) what additional steps Defendants will take, and when, to facilitate Cristian's return." *See* ECF No. 280. Defendants submit the Declaration of Acting Assistant Director Mellissa B. Harper, attached to this filing as Exhibit A.

//

Dated: May 27, 2025                    Respectfully submitted,


                                       YAAKOV M. ROTH
                                       Acting Assistant Attorney General
                                       Civil Division

                                       WILLIAM C. PEACHEY
                                       Director
                                       Office of Immigration Litigation

                                       YAMILETH G. DAVILA
                                       Assistant Director

                                       ERHAN BEDESTANI
                                       Trial Attorney

                                       */s/Richard Ingebretsen*
                                       RICHARD G. INGEBRETSEN
                                       Trial Attorney (DC Bar No. 1736200)
                                       U.S. Department of Justice
                                       Civil Division
                                       Office of Immigration Litigation
                                       P.O. Box 868, Ben Franklin Station
                                       Washington, DC 20044
                                       Telephone: (202) 616-4848
                                       Fax: (202) 305-7000
                                       richard.ingebretsen@usdoj.gov

                                       Attorneys for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 27, 2025, I served a copy of the foregoing on counsel for

Plaintiffs via the Court's CM/ECF e-filing system.

<u>*/s/ Richard Ingebretsen*</u>
Richard Ingebretsen
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

*Attorney for Defendants*