# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| J.O.P., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF <br> HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | 8:19-CV-01944-SAG <br> Declaration of Acting Assistant <br> Director Mellissa B. Harper |

## DECLARATION OF MELLISSA B. HARPER

I, Mellissa B. Harper, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Acting Assistant Director (AD) for the Removal Division, Enforcement and Removal Operations ("ERO") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS").

2. As the (A)AD for the Removal Division, I am responsible for, among other things, oversight of ERO domestic and international operations to ensure the removal of aliens subject to a final order or following an administrative removability review.

3. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from various records, systems, databases, other DHS ICE and law enforcement employees, and information portals maintained and relied upon by DHS ICE in the regular course of business.

4. I am familiar with the facts regarding the criminal history, immigration proceedings and removal of Cristian.

5. Cristian is a 20-year-old native and citizen of Venezuela.

6. On January 6, 2025, Cristian was convicted in the 482nd District Court at Harris

1

County, Texas for the offense of possession of cocaine which a Texas state jail felony.

7. On January 7, 2025, ERO Houston interviewed Cristian while he remained incarcerated at the Harris County Jail in Texas due to his conviction for the felony offense of possession of cocaine.

8. On March 15, 2025, Cristian was removed under the Alien Enemies Act, 50 § U.S.C. Ch. 3, pursuant to Presidential Proclamation 10,903, as a Venezuelan citizen 14 years of age or older who is a member of Tren de Aragua.

9. I am aware of the court's order *J.O.P. v. Department of Homeland Security*, ECF No. 254 Order, which orders the Defendants to facilitate the return of an alien with the pseudonym Cristian, and ECF No. 280.

10. DHS oversees ICE and U.S. Citizenship and Immigration Services. It is DHS's understanding that Cristian is in the custody of El Salvador. DHS has informed the Department of State (DOS) of the Court's order and requested DOS assistance in complying with the Court's order. DOS has acknowledged DHS's request.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 27th day of May 2025.

**MELLISSA B HARPER**
Digitally signed by MELLISSA B HARPER
Date: 2025.05.27 17:47:34 -04'00'

Mellissa B. Harper
Acting Assistant Director Removal Division
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

2