**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

|  |  |
|---|---|
| J.O.P., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 8:19-cv-01944-SAG |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE**

**DECLARATION OUT OF TIME**

Defendants request leave to file the declaration, ECF No. 285-1, ordered by this Court on May 20, 2025, out of time. The Court in its May 20, 2025 Order directed Defendants to file "a declaration from an individual with personal knowledge" addressing : (1) Cristian's current physical location and custodial status; (2) what steps, if any, Defendants have taken to facilitate Cristian's return to the United States; and (3) what additional steps Defendants will take, and when, to facilitate Cristian's return." *See* ECF No. 280. The Court also directed Defendants to file said declaration by "5 PM ET on Tuesday, May 27, 2025." *Id.* Due to unexpected delays, Defendants filed said declaration at 6:10 PM ET on Tuesday, May 27, 2025." *See* ECF No. 285. Defendants regret the delay and any inconvenience caused to the Court and Class Counsel.

A proposed order is attached to this filing.

//

Dated: May 27, 2025                                Respectfully submitted,

                                            YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

YAMILETH G. DAVILA
Assistant Director

ERHAN BEDESTANI
Trial Attorney

*/s/Richard Ingebretsen*
RICHARD G. INGEBRETSEN
Trial Attorney (DC Bar No. 1736200)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4848
Fax: (202) 305-7000
richard.ingebretsen@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 27, 2025, I served a copy of the foregoing on counsel for Plaintiffs via the Court's CM/ECF e-filing system.

                                               */s/ Richard Ingebretsen*
                                               Richard Ingebretsen
                                               Trial Attorney
                                               United States Department of Justice
                                               Civil Division
                                               Office of Immigration Litigation

                                               *Attorney for Defendants*