# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 8:19-cv-01944-SAG |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) ) ) |
| Defendants. | ) ) |

## [Proposed] ORDER

UPON CONSIDERATION of Defendants' Motion for Leave to File Declaration Out of Time, it is this day ___ of May 2025, ORDERED that:

1. Motion for Leave to File Declaration Out of Time is GRANTED.

Dated: _____

_____
HON. STEPHANIE A. GALLAGHER
United States District Judge