# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>　　Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**PLAINTIFFS' FIRST SET OF EXPEDITED INTERROGATORIES**

Pursuant to the Federal Rules of Civil Procedure 26 and 33, Plaintiffs hereby serve the following Interrogatories on Defendants U.S. Department of Homeland Security; U.S. Citizenship and Immigration Services; Kika Scott, Senior Official Performing the Duties of the Director, U.S. Citizenship & Immigration Services; Kristi Noem, Secretary of Homeland Security; and U.S. Immigration & Customs Enforcement; Todd Lyons, Acting Director U.S. Immigration and Customs Enforcement (collectively, "Defendants").

Your written responses should be delivered to Kevin DeJong, Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210, at KDeJong@goodwinlaw.com, and via email to the remaining undersigned counsel.

**DEFINITIONS**

1. "You" and "Your" refers to all Defendants, and any other agency or official of the United States.

2. When referring to a Document, "Describe with Specificity" means to state (i) the type of Document (e.g., memorandum, letter, e-mail, transcript, news article, etc.), (ii) the date of the Document, and (iii) all author(s), addressee(s), and recipient(s) of the Document. In the

1

alternative to Describing with Specificity the responsive Documents, You may produce them, provided that Your answers to these Interrogatories indicate, by Bates number or otherwise, which Documents are responsive to which Interrogatory.

3. When referring to a Person, "Describe with Specificity" means to state (i) the Person's full name, (ii) the Person's present or last known address, (iii) if a natural Person, the Person's present or last known place of employment and job title, (iv) if a corporation or other legal Person, the name(s) and title(s) of the natural Person(s) who communicated with You on behalf of that legal Person, and (v) the name and contact information of any counsel representing the Person.

4. "Person" means any natural person, corporation, partnership, limited liability company, proprietorship, joint venture, association, government entity, group, or other form of legal entity.

5. "Cristian" refers to the individual member of the Plaintiff Class proceeding pseudonymously under that name in this action. *See* ECF No. 254.

6. "Class Member" means Class Member as defined in Section II.E of the Settlement Agreement, ECF 199-2 at 5, as "all individuals nationwide who [on or before February 24, 2025]: (1) were determined to be a[n] [Unaccompanied Alien Child, as defined in 6 U.S.C. § 279(g)(2)]; and (2) who filed an asylum application that was pending with USCIS; and (3) on the date they filed their asylum application with USCIS, were 18 years of age or older, or had a parent or legal guardian in the United States who is available to provide care and physical custody; and (4) for whom USCIS has not adjudicated the individual's asylum application on the merits."

7. "Facilitate" means facilitate as defined by Judge Xinis and the U.S. Court of Appeals for the Fourth Circuit in *Abrego Garcia* and adopted by the Court in this case. *See* ECF

No. 253 at 13–14; No. 8:25-cv-00951, ECF 79 at 4 (D. Md. Apr. 15, 2025); No. 25-1404 (4th Cir. Apr. 17, 2025); No. 25-1345, 2025 WL 1021113, at *6 (4th Cir. Apr. 7, 2025) (Wilkinson, J. concurring).

## **INSTRUCTIONS**

1. Unless otherwise specified, Your responses will be governed by the Federal Rules of Civil Procedure, and these Instructions and Definitions.

2. If Your response is based on information or belief, Describe with Specificity the source of the information and the specific grounds for Your belief.

3. If You discover that a response is incomplete or incorrect, You must, in a timely manner, supplement or correct that response under Federal Rule of Civil Procedure 26(e).

4. If You refuse to provide a response to a Request due to an assertion of attorney-client privilege, the work product doctrine, or any other privilege, provide a privilege log in accordance with Federal Rule of Civil Procedure 26(b) within the time frame provided by the expedited discovery schedule.

5. "And/or," "or," and "and" shall be used disjunctively or conjunctively as necessary to bring within the scope of the request all responses that might otherwise be construed to be outside of its scope.

6. "Any," "each," and "all" are to be construed as to be synonymous and mean "any and all."

**INTERROGATORIES**

1. Describe with Specificity the current and last known location and health status of Cristian.

2. Describe each action You have already taken, and when, to Facilitate Cristian's release from custody in El Salvador; and for each Person involved in the foregoing, identify each Person, their title, and describe their involvement with specificity.

3. Describe each action You plan to take in the future, and when, to Facilitate Cristian's release from custody in El Salvador; and for each Person you expect to be involved in the foregoing, identify each Person, their title, and describe their expected involvement with specificity.

4. Describe each action You have already taken, and when, to Facilitate Cristian's return to the United States; and for each Person involved in the foregoing, identify each Person, their title, and describe their involvement with specificity.

5. Describe each action You plan to take in the future, and when, to Facilitate Cristian's return to the United States; and for each Person you expect to be involved in the foregoing, identify each Person, their title, and describe their expected involvement with specificity.

6. Describe any good faith requests by You to the government of El Salvador to release Cristian to U.S. custody for transport back to the United States, and/or any such request You will make in the future, and when; the response to any such request; and identify the Person who made the request.

7. Describe with Specificity each Communication any Defendant has had with the U.S. Department of State concerning this Court's May 23, 2025 Order (ECF No. 254) requiring Defendants to Facilitate Cristian's return to the United States.

8. Describe with Specificity each Communication You have had with anyone in the government of El Salvador or at any facility in El Salvador used for detention or confinement concerning Cristian, or any other Class Member, including when, in what form, by whom, and to whom.

9. Identify all known locations in which Cristian has been detained in El Salvador, including providing the name of the facility or facilities, and identify the time period detained in each location.

10. Describe with Specificity the terms of any agreement, arrangement, or understanding between the governments of the United States and El Salvador to confine Cristian or any other Class Member in El Salvador, including any rights the government of the United States possesses, retains or has exercised concerning any individual removed from the United States.

11. List each payment that has been, or will be, made or withheld in connection with the detention in El Salvador of Cristian or any other Class Member, including when each payment was or will be made or withheld, in what amount, by whom, and to whom.

12. Describe with Specificity each Person at each Defendant agency with knowledge of the Court's May 20, 2025 Order directing Defendants to provide a status report (ECF No. 280).

13. Identify each Person at each Defendant agency who reviewed and/or approved the Declaration of Assistant Director Mellissa B. Harper (ECF 285-1), before it was filed on May 27, 2025.

14. Identify by name all persons who have been removed from the United States and who met the Class Member definition prior to being designated for removal from the United States on the basis of alleged membership in Tren de Aragua.

5

15. Describe any process You used to determine whether any Person whom You designated for removal from the United States on or after November 25, 2024 met the definition of Class Member.

Dated: June 2, 2025

Respectfully submitted,

/s/ Kevin J. DeJong

Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036
Phone: 540-907-1761
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5494
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*