# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. <br> 8:19-CV-01944-SAG |

**PLAINTIFFS' FIRST NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), and the Definitions and Instructions set forth below, Plaintiffs, by and through their counsel, shall take the deposition of Defendants U.S. Department of Homeland Security; U.S. Citizenship and Immigration Services; Kika Scott, Senior Official Performing the Duties of the Director, U.S. Citizenship & Immigration Services; Kristi Noem, Secretary of Homeland Security; and U.S. Immigration & Customs Enforcement; Todd Lyons, Acting Director U.S. Immigration and Customs Enforcement (collectively, "Defendants"). Defendants shall designate one or more officers, directors, managing agents, or other persons who consent to testify on their behalf with respect to the topic identified below.

The deposition will commence on June 18, 2025, at the offices of Goodwin Procter LLP, 1900 N Street, N.W., Washington, DC 20036-1612, or at such other place and time as may be agreed upon by the parties. The deposition shall continue from day to day until completed. The deposition will be taken before a court reporter, notary public, or other officer authorized by law

1

to administer oaths and will be recorded by stenographic, audio, audiovisual, video, real-time computer means, and/or remote-deposition means.

Separately for each numbered topic of examination listed below, Defendants shall identify to Plaintiffs in writing, no later than one (1) week before the date of the deposition: (a) the name and position of each designee who has consented to testify on Defendants' behalf in response to this Notice; and (b) all matters set forth below as to which each such designee has agreed to testify on behalf of Defendants.  If more than one person is required to testify on any individual topic set forth below, different individuals shall be provided for each part of that topic.  In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs remain available to meet and confer with Defendants regarding the matters for examination.

## DEFINITIONS

1. "You" and "Your" refers to all Defendants, and any other agency or official of the United States.

2. "Person" means any natural person, corporation, partnership, limited liability company, proprietorship, joint venture, association, government entity, group, or other form of legal entity.

3. "Cristian" refers to the individual member of the Plaintiff Class proceeding pseudonymously under that name in this action. *See* ECF No. 254.

4. "Class Member" means Class Member as defined in Section II.E of the Settlement Agreement, ECF 199-2 at 5, as "all individuals nationwide who [on or before February 24, 2025]: (1) were determined to be a[n] [Unaccompanied Alien Child, as defined in 6 U.S.C. § 279(g)(2)]; and (2) who filed an asylum application that was pending with USCIS; and (3) on the date they filed their asylum application with USCIS, were 18 years of age or older, or had a parent or legal

guardian in the United States who is available to provide care and physical custody; and (4) for whom USCIS has not adjudicated the individual's asylum application on the merits."

5. "Facilitate" means facilitate as defined by Judge Xinis and the U.S. Court of Appeals for the Fourth Circuit in *Abrego Garcia* and adopted by the Court in this case. *See* ECF No. 253 at 13–14; No. 8:25-cv-00951, ECF 79 at 4 (D. Md. Apr. 15, 2025); No. 25-1404 (4th Cir. Apr. 17, 2025); No. 25-1345, 2025 WL 1021113, at *6 (4th Cir. Apr. 7, 2025) (Wilkinson, J. concurring).

## **INSTRUCTIONS**

1. Unless otherwise specified, Your responses will be governed by the Federal Rules of Civil Procedure, and these Instructions and Definitions.

2. In responding to these 30(b)(6) topics, You are required to furnish all information that is available to You or subject to Your reasonable inquiry, including information in the possession of Your officers, directors, employees, attorneys, accountants, advisors, agents, or other persons directly or indirectly employed by, or connected with, You or Your attorneys, and any person otherwise subject to your control.

3. If You object to all or any part of a topic, state the grounds of the objection with sufficient specificity to permit determination of the basis for, and propriety of, such objection, including citations where legal authority is relied upon, and provide a witness to testify about the topic to the extent the topic is not objectionable.  All objections shall be signed by the attorney making them.

4. If any information called for by the topic is unknown to You, please provide a witness to testify about the topic to the full extent of Your knowledge.

3

5.  If You are unable to understand any of the following topics, or any of the applicable Definitions or Instructions, Plaintiffs request that You immediately seek clarification through Plaintiffs' counsel.

6.  Definitions or uses of words or phrases in this Notice are not intended to be, and shall not be, construed as admissions as to the meaning of words or phrases at issue in this action, and shall have no binding effect on Plaintiffs in this or any other proceeding.

## TOPICS OF EXAMINATION

1.  The current and last known location and health status of Cristian.

2.  All action(s) You have already taken, and when, to Facilitate Cristian's release from custody in El Salvador.

3.  All action(s) You plan to take in the future, and when, to Facilitate Cristian's release from custody in El Salvador.

4.  All action(s) You have already taken, and when, to Facilitate Cristian's return to the United States.

5.  All action(s) You plan to take in the future, and when, to Facilitate Cristian's return to the United States.

6.  All requests by You to the government of El Salvador to release Cristian to U.S. custody for transport back to the United States, and/or any such request You will make in the future.

7.  All communications You have had with anyone in the government of El Salvador or at any facility in El Salvador used for detention or confinement concerning Cristian, or any other Class Member, including when, in what form, by whom, and to whom.

8.  The terms of any agreement, arrangement, or understanding between the governments of the United States and El Salvador to confine Cristian or any other Class Member

in El Salvador, including any rights the government of the United States possesses, retains or has exercised concerning any individual removed from the United States.

9. All payments that have been, or will be, made or withheld in connection with the detention in El Salvador of Cristian or any other Class Member, including when each payment was or will be made or withheld, in what amount, by whom, and to whom.

10. Any process You used to determine whether any Person whom You designated for removal from the United States on or after March 15, 2025 met the definition of Class Member.

Dated: June 2, 2025


Respectfully submitted,

/s/ Kevin J. DeJong

Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036
Phone: 540-907-1761
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5494
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org


*Attorneys for Plaintiffs*


*Admitted pro hac vice*