# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| J.O.P., *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>     *Defendants*. | 8:19-CV-01944-SAG<br>Declaration of Acting Deputy<br>Associate Director<br>Mellissa B. Harper |

**DECLARATION OF MELLISSA B. HARPER**

I, Mellissa B. Harper, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am currently employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as the Acting Deputy Executive Associate Director. I have held this position since May 29, 2025.

2. As Acting Deputy Executive Associate Director, I oversee the mission of ERO's eight headquarters divisions: Enforcement, Removal, Non-Detained Management, Custody Management, Field Operations, ICE Health Service Corps, Law Enforcement Systems and Analysis, and Operations Support

3. I am aware of the court's order *J.O.P. v. Department of Homeland Security*, ECF No. 254 Order, which orders the Defendants to facilitate the return of an alien with the pseudonym Cristian, ECF No. 280, and the ECF No. 287.

4. DHS has informed the U.S. Department of State (DOS) of the Court's order and requested DOS assistance in complying with the Court's order, including by entering into negotiations to facilitate Cristian's return. DOS has acknowledged the request.

1

5. I have discussed the DOS's efforts with that Department's senior leadership.

6. DOS has authorized me to make the following statement regarding it's efforts to comply with this Court's order: "Secretary Rubio has a personal relationship with President Bukele and senior officials in the El Salvadorean government that dates back over a decade to the Secretary's service on the Senate Foreign Relations Committee. Based on this deep experience with El Salvador and the Secretary's familiarity with political and diplomatic sensitivities in that country, he is personally handling the discussions with the government of El Salvador regarding persons subject to the Court's order detained in El Salvador. Secretary Rubio has read and understands this Court's order, and wants to assure this Court that he is committed to making prompt and diligent efforts on behalf of the United States to comply with that order."

7. I further understand from DOS that the Government of El Salvador has been asked to provide Cristian's current physical location and custodial status, and that we are awaiting a response.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 2nd day of June 2025.

MELLISSA B HARPER
Digitally signed by MELLISSA B HARPER
Date: 2025.06.02 16:29:43 -04'00'

Mellissa B. Harper
Acting Deputy Associate Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security