IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

## ORDER

To the extent Defendants wish to respond to the scope and timing of Class Counsel's proposed discovery, ECF 289, they should provide a response no later than noon ET on Wednesday, June 4, 2025.

So Ordered.

Dated: June 3, 2025

/s/
Stephanie A. Gallagher
United States District Judge

1