IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>     Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

## **ORDER**

After reviewing Class Counsel's proposal, ECF 289, and Defendants' response, ECF 292, the Court ORDERS expedited discovery as outlined below.

1) Beginning on Friday, June 6, 2025, and continuing each Friday thereafter until further order of this Court, Defendants should file a weekly status report on or before noon ET in the form of a declaration by an individual with personal knowledge. The status report should include any information regarding: (1) Cristian's current physical location and custodial status; (2) what steps, if any, Defendants have taken to facilitate Cristian's return to the United States; and (3) what additional steps Defendants will take, and when, to facilitate Cristian's return.

2) The parties will conduct expedited discovery limited to ascertaining Defendants' compliance with this Court's Orders: (a) to "facilitate Class Member Cristian's return to the United States," ECF 254; and (b) to "provide a status report on the steps they have taken to facilitate the return of Cristian to the United States for adjudication on the merits of his asylum application by USCIS," including evidence concerning

1

     Cristian's current physical location and custodial status, what steps, if any, Defendants have taken to facilitate Cristian's return to the United States, and what additional steps Defendants will take, and when, to facilitate Cristian's return, ECF 280.

3) By no later than one week from the date of this Order, the parties should submit any Joint ESI Protocol and Federal Rule of Evidence 502(d) Clawback Agreement.

4) By no later than one week from the date of this Order, and pursuant to Federal Rules of Civil Procedure 26(d)(1), 33, and 34, Class Counsel may propound upon Defendants up to fifteen (15) interrogatories, fifteen (15) requests for production, and fifteen (15) requests for admission focused on the above areas of inquiry. Any requests concerning discovery produced in *Abrego Garcia v. Noem*, 8:25-cv-00951 (D. Md.) and *J.G.G. v. Trump*, 1:25-cv-00766 (D.D.C.) must be narrowly tailored to focus on any agreement, arrangement, or understanding between the United States and El Salvador that also implicates or affects the removal, confinement, or return of Cristian.

5) Within fourteen days of receiving Class Counsel's discovery requests, Defendants shall serve their responses and objections as well as any privilege log and motion for a protective order.

6) Within one week of receiving Defendants' discovery responses, Class Counsel may move for leave of Court to conduct up to two depositions of individuals with knowledge and authority to testify regarding the matters identified above. Defendants shall file a response within two days of Class Counsel's motion. If the Court grants such leave, it will set a deadline by which the depositions must be completed.

7) The Court will hold in abeyance Class Counsel's remaining requests, articulated in ECF 289, until the completion of expedited discovery. However, should Defendants

fail or refuse to engage in the above-described process in good faith, Class Counsel are free to seek sanctions on an expedited basis.

So Ordered.

Dated: June 5, 2025

/s/
Stephanie A. Gallagher
United States District Judge