**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

|  |  |
|---|---|
| J.O.P., *et al.*, ) | ) |
| Plaintiffs, ) | ) |
| v. ) | Case No. 8:19-cv-01944-SAG |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* ) | ) |
| Defendants. ) | ) |

**<u>DEFENDANTS' RESPONSE TO THE COURT'S JUNE 5, 2025 ORDER</u>**

Pursuant to this Court's June 5, 2025 Order directing Defendants to file "a declaration by an individual with personal knowledge" addressing: (1) Cristian's current physical location and custodial status; (2) what steps, if any, Defendants have taken to facilitate Cristian's return to the United States; and (3) what additional steps Defendants will take, and when, to facilitate Cristian's return," *see* ECF No. 293, Defendants submit the Declaration of Acting Deputy Executive Associate Director Mellissa B. Harper, attached to this filing as Exhibit A.

//

Dated: June 6, 2025   Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

YAMILETH G. DAVILA
Assistant Director

ERHAN BEDESTANI
Trial Attorney

*/s/Richard Ingebretsen*
RICHARD G. INGEBRETSEN
Trial Attorney (DC Bar No. 1736200)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4848
Fax: (202) 305-7000
richard.ingebretsen@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 6, 2025, I served a copy of the foregoing on counsel for Plaintiffs via the Court's CM/ECF e-filing system.

                                                  */s/ Richard Ingebretsen*
                                                  Richard Ingebretsen
                                                  Trial Attorney
                                                  United States Department of Justice
                                                  Civil Division
                                                  Office of Immigration Litigation

                                                  *Attorney for Defendants*