IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

|  |  |
|---|---|
| J.O.P., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 8:19-cv-01944-SAG |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, *et al.* ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR ENTRY OF A CLAWBACK AGREEMENT
AND ESI PROTOCOL**

Pursuant to this Court's June 5, 2025 Order (ECF No. 293), the Parties respectfully request that the Court enter the Stipulated Clawback Agreement and Federal Rule of Evidence 502(d) Order, attached hereto as Exhibit 1, and Stipulated ESI Discovery Protocol, attached hereto as Exhibit 2, as agreed upon between the Parties in their entirety.

//

Dated: June 12, 2025                              Respectfully submitted,

                                        */s/ Brian T Burgess*
                                        Brian T. Burgess (Bar No. 19251)
                                        Goodwin Procter LLP
                                        1900 N Street, NW
                                        Washington, DC 20036
                                        Phone: 202-346-4000
                                        Fax: 202-346-4444
                                        BBurgess@goodwinlaw.com

                                        Attorney for Plaintiffs


                                        BRETT A. SHUMATE
                                         Assistant Attorney General
                                         Civil Division

                                        WILLIAM C. PEACHEY
                                        Director
                                        Office of Immigration Litigation

                                        YAMILETH G. DAVILA
                                        Assistant Director

                                        ERHAN BEDESTANI
                                        Trial Attorney

                                        */s/ Richard Ingebretsen*
                                        RICHARD G. INGEBRETSEN
                                        Trial Attorney (DC Bar No. 1736200)
                                        U.S. Department of Justice
                                        Civil Division
                                        Office of Immigration Litigation
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        Telephone: (202) 616-4848
                                        Fax: (202) 305-7000
                                        richard.ingebretsen@usdoj.gov