IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

_____
                                           )
J.O.P., *et al.*,                          )
                                           )
      Plaintiffs,                         )
                                           )
v.                                         )   Case No. 8:19-cv-01944-SAG
                                           )
U.S. DEPARTMENT OF HOMELAND                )
SECURITY, *et al.*                         )
                                           )
      Defendants.                         )
_____)

# DEFENDANTS' STATUS REPORT IN RESPONSE TO THE COURT'S JUNE 5, 2025 ORDER

Pursuant to this Court's June 5, 2025 Order directing Defendants to file a weekly status report in the form of "a declaration by an individual with personal knowledge" addressing: (1) Cristian's current physical location and custodial status; (2) what steps, if any, Defendants have taken to facilitate Cristian's return to the United States; and (3) what additional steps Defendants will take, and when, to facilitate Cristian's return," *see* ECF No. 293, Defendants submit the Declaration of Acting Deputy Executive Associate Director Mellissa B. Harper, attached to this filing as Exhibit A.

//

//

//

//

//

1

DATED: June 13, 2025    Respectfully Submitted,

BRETT A. SCHUMATE
*Assistant Attorney General*
Civil Division

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation

YAMILETH G. DAVILA
*Assistant Director*

RICHARD G. INGEBRESTEN
ERHAN BEDESTANI
*Trial Attorneys*

*/s/ Kelark Azer Habashi*
Kelark Azer Habashi (D.C. Bar 90009126)
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court National Security Section
P.O. Box 868, Washington D.C. 20044
T: (202)-305-3340
kelark.azer.habashi2@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 13, 2025, I served an electronic copy of the foregoing on counsel for the Plaintiffs via the Court's CM/ECF system.

                                        */s/ Kelark Azer Habashi*
                                        Kelark Azer Habashi (D.C. Bar 90009126)
                                        *Trial Attorney*
                                        U.S. Department of Justice, Civil Division
                                        Office of Immigration Litigation