IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

_____
                                            )
J.O.P., *et al.*,                           )
                                            )
      Plaintiffs,                       )
                                            )
   v.                                    )  Case No. 8:19-cv-01944-SAG
                                            )
U.S. DEPARTMENT OF HOMELAND                 )
SECURITY, *et al.*                          )
                                            )
      Defendants.                       )
_____ )

**JOINT MOTION FOR ENTRY OF AN AMENDED PROTECTIVE ORDER**

    Pursuant to Local Civil Rule 104.13, the Parties respectfully request that the Court enter the Amended Protective Order attached to this filing as Exhibit 1, as agreed upon between the Parties in their entirety. The Parties' Protective Order was previously entered by the Court on December 21, 2020. ECF No. 144 at 3 (entering the Parties' proposed order, ECF No. 136-1). The Parties have conferred, and have agreed to the edits shown in the tracked changes reflected in the attached Exhibit 2.

//

Dated: June 18, 2025            Respectfully submitted,

                                    */s/ Brian T Burgess*
                                       Brian T. Burgess (Bar No. 19251)
                                       Goodwin Procter LLP
                                       1900 N Street, NW
                                       Washington, DC 20036
                                       Phone: 202-346-4000
                                       Fax: 202-346-4444
                                       BBurgess@goodwinlaw.com

                                    Attorney for Plaintiffs


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

YAMILETH G. DAVILA
Assistant Director

RICHARD G. INGEBRESTEN
Trial Attorney

*/s /Erhan Bedestani*
     Erhan Bedestani
     Trial Attorney (MN Bar No. 0504824)
     U.S. Department of Justice
     Civil Division
     Office of Immigration Litigation
     P.O. Box 868, Ben Franklin Station
     Washington, DC 20044
     Telephone: (202) 598-7451
     Fax: (202) 305-7000
     erhan.bedestani2@usdoj.gov

   Attorney for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 18, 2025, I served a copy of the foregoing on counsel for Plaintiffs via the Court's CM/ECF e-filing system.

                                          */s/ Erhan Bedestani*
                                          Erhan Bedestani
                                          Trial Attorney
                                          United States Department of Justice
                                          Civil Division
                                          Office of Immigration Litigation

                                          *Attorney for Defendants*