## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

J.O.P., *et al.*,

      *Plaintiffs*,

  v.

U.S. Department of Homeland Security, *et al.*,

      *Defendants*.

Civil Action No.
8:19-CV-01944-SAG

### PLAINTIFFS' MOTION TO COMPEL DISCOVERY RELATED TO DEFENDANTS' VIOLATIONS OF THE COURT'S ORDERS

Pursuant to the Court's June 5, 2025 Order, ECF No. 293 (the "Order"), Plaintiffs respectfully submit this Motion to Compel Discovery Related to Defendants' Violations of the Court's Orders. Defendants served their responses to Plaintiffs' expedited discovery requests on Monday, June 23, 2025. As set forth in the attached Memorandum, Plaintiffs request that the Court compel Defendants to (1) produce documents and responses to interrogatories on all efforts to comply with this Court's Order to facilitate Cristian's return to the United States; (2) respond to interrogatories seeking identification of all persons involved in review and approval of the "status reports" filed with this Court; and (3) respond to an interrogatory to clarify a statement to this Court in a "status report" regarding "persons" (plural) subject to the Court's Order who are detained in El Salvador.

The Court previously ordered that "[w]ithin one week of receiving Defendants' discovery responses, Class Counsel may move for leave of Court to conduct up to two depositions." ECF No. 293 ¶ 6. For the reasons stated in the attached Memorandum, Plaintiffs also seek leave to take the deposition of Mellissa Harper and of a Fed. R. Civ. P. 30(b)(6) designee on behalf of

Defendants who is adequately prepared to provide full accounting of the government's efforts, if any, to comply with this Court's orders.

Dated: June 30, 2025


Respectfully submitted,

*/s/ Brian T. Burgess*
*Attorneys for Plaintiffs*
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of St.
Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5494
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Admitted pro hac vice