IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J.O.P., et al.  *

**Plaintiff,**

*

v.   Case No. 8:19-CV-01944-SAG

*

U.S. Department of Homeland Security, et al.

**Defendant.**  *

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐  Exhibit _____ which is an attachment to _____

will be electronically filed under seal within 24 hours of the filing of this Notice.

[x]  PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY RELATED TO DEFENDANTS' VIOLATIONS OF THE COURT'S ORDERS

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by Email to Richard Ingebretsen at Richard.Ingebretsen@usdoj.gov.

6/30/2025

Date

/s/ Brian T. Burgess

Signature

Brian T. Burgess (Bar No. 19251)

Printed Name and Bar Number

Goodwin Procter LLP, 1900 N Street, NW, Washington, DC 20036

Address

bburgess@goodwinlaw.com

Email Address

202-346-4000

Telephone Number

202-346-4444

Fax Number