IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J.O.P., et al.                                    *

**Plaintiff,**
                                                  *
v.                                                          Case No. 8:19-CV-01944-SAG
                                                  *
U.S. Department of Homeland Security, et al.
                                                  *
**Defendant.**

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐  Exhibit _____ which is an attachment to _____

will be electronically filed under seal within 24 hours of the filing of this Notice.

[x]  Declaration of Kevin J. DeJong and supporting exhibits in support of Plaintiffs' Motion to Compel Discovery Related to Defendants' Violations of the Court's Orders

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by Email to Richard Ingebretsen at Richard.Ingebretsen@usdoj.gov.

6/30/2025                                         /s/ Brian T. Burgess
Date                                              Signature

                                                  Brian T. Burgess (Bar No. 19251)
                                                  Printed Name and Bar Number

                                                  Goodwin Procter LLP, 1900 N Street, NW, Washington, DC 20036
                                                  Address

                                                  bburgess@goodwinlaw.com
                                                  Email Address

                                                  202-346-4000
                                                  Telephone Number

                                                  202-346-4444
                                                  Fax Number