IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

J.O.P., *et al.*,

    Plaintiffs,

  v.

U.S. Department of Homeland Security, *et al.*,

    Defendants.

Civil Action No.
8:19-CV-01944-SAG

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Compel Discovery Related to Defendants' Violations of the Court's Orders, it is this day ___ of June 2025 **ORDERED** that Plaintiffs' Motion is **GRANTED**. It is **FURTHER ORDERED** that:

1. Defendants shall produce documents and responses to interrogatories on all efforts to comply with this Court's Order to facilitate Cristian's return to the United States (ECF No. 254);
2. Defendants shall respond to interrogatories seeking identification of all persons involved in review and approval of the "status reports" filed with this Court;
3. Defendants shall respond to Plaintiffs' interrogatory to clarify a statement to this Court in a "status report" (ECF No. 290-1) that "persons" subject to the Court's Order are detained in El Salvador; and
4. Plaintiffs are granted leave to take the deposition of Mellissa Harper and a Fed. R. Civ. P. 30(b)(6) designee on behalf of Defendants who is adequately prepared to provide full accounting of the government's efforts, if any, to comply with this Court's orders.

Dated: _____

_____
HON. STEPHANIE A. GALLAGHER
United States District Judge