IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. <br> 8:19-CV-01944-SAG |

**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

This joint stipulation is entered by and between Plaintiffs and Defendants (hereinafter, "Parties").

On June 30, 2025, Plaintiffs filed a Motion to Compel Discovery Related to Defendants' Violations of the Court's Order (ECF No. 308), requesting an order to compel Defendants to respond to certain discovery requests and seeking leave of Court to take two (2) depositions. Pursuant to the Court's June 10, 2025 Order (ECF No. 295, ¶ 6), Defendants' response to Plaintiffs' request for leave to take depositions is due today, Wednesday, July 2, 2025.

On July 1, 2025, the parties conferred on the issues raised in Plaintiffs' motion to compel, and agreed that, given the nature of the expedited discovery, Defendants' opposition to the discovery issues (other than the request for leave to take depositions) shall be due on Wednesday, July 9, 2025.

Accordingly, the parties request that the Court order that the deadline for Defendants' opposition to the discovery issues (other than the request for leave to take depositions) is due on Wednesday, July 9, 2025.

SO ORDERED.

Dated: _____                                                              _____
                                                                                        Stephanie A. Gallagher
                                                                                    United States District Judge

Dated: July 2, 2025                     Respectfully submitted,

/s/ Brian T. Burgess
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Attorney for Plaintiffs


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

YAMILETH G. DAVILA
Assistant Director

RICHARD G. INGEBRESTEN
Trial Attorney

/s / Erhan Bedestani
Erhan Bedestani
Trial Attorney (MN Bar No. 0504824)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7451
Fax: (202) 305-7000
erhan.bedestani2@usdoj.gov

Attorney for Defendants

iii

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025, I served a copy of the foregoing on counsel for Defendants via the Court's CM/ECF e-filing system.

*/s/ Brian T. Burgess*