**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Case No. 8:19-cv-01944-SAG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' STATUS REPORT IN RESPONSE TO THE COURT'S

## JUNE 5, 2025 ORDER

Pursuant to this Court's June 5, 2025, Order directing Defendants to file a weekly status report in the form of "a declaration from an individual with personal knowledge" addressing: (1) Cristian's current physical location and custodial status; (2) what steps, if any, Defendants have taken to facilitate Cristian's return to the United States; and (3) what additional steps Defendants will take, and when, to facilitate Cristian's return;" and May 28, 2025 Order, *see* ECF Nos. 280 and 287, Defendants submit the Declaration of Acting Deputy Executive Associate Director Mellissa B. Harper, attached to this filing as Exhibit A.

//

Dated: July 3, 2025                    Respectfully submitted,


                                       BRETT A. SHUMATE
                                       *Assistant Attorney General*
                                       Civil Division

                                       WILLIAM C. PEACHEY
                                       *Director*
                                       Office of Immigration Litigation

                                       YAMILETH G. DAVILA
                                       *Assistant Director*

                                       Richard G. Ingebresten
                                       Kelark A. Habashi
                                       *Trial Attorneys*

                                       */s/Erhan Bedestani*
                                       ERHAN BEDESTANI
                                       Trial Attorney (MN Bar No. 0504824)
                                       U.S. Department of Justice
                                       Civil Division
                                       Office of Immigration Litigation
                                       P.O. Box 868, Ben Franklin Station
                                       Washington, DC 20044
                                       Telephone: (202) 598-7451
                                       Fax: (202) 305-7000
                                       erhan.bedestani2@usdoj.gov

                                       Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I served a copy of the foregoing on counsel for Plaintiffs via the Court's CM/ECF e-filing system.

/s/ Erhan Bedestani
Erhan Bedestani (MN Bar 0504824)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

*Attorney for Defendants*

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

J.O.P., *et al.*,

      *Plaintiffs,*

v.

U.S. DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

      *Defendants.*

8:19-CV-01944-SAG
Declaration of
Acting Deputy Associate Director
Mellissa B. Harper

## DECLARATION OF MELLISSA B. HARPER

I, Mellissa B. Harper, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.      I am currently employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as the Acting Deputy Executive Associate Director (A)D-EAD. I have held this position since May 29, 2025.

2.      As (A)D-EAD, I oversee the mission of ERO's eight headquarters divisions: Enforcement, Removal, Non-Detained Management, Custody Management, Field Operations, ICE Health Service Corps, Law Enforcement Systems and Analysis, and Operations Support.

3.      I am aware of the court's order in *J.O.P. v. Department of Homeland Security*, ECF No. 254, which orders the Defendants to facilitate the return of an alien with the pseudonym Cristian. I am also aware of ECF No. 293, which orders the Defendants to file weekly status reports in the form of a declaration.

4.      DOS is the agency of the United States Government responsible for high-level diplomatic discussions.

5.      DHS has informed the U.S. Department of State (DOS) of the Court's order

1

and requested DOS assistance in complying with the Court's order, including by entering into negotiations to facilitate Cristian's return. DOS has acknowledged the request.

6.    Given the nature of the diplomatic discussions necessitated by the court's order to facilitate Cristian's return to the United States, which would involve engagement with the highest levels of the Salvadoran government, and as conveyed to you previously, the State Department including in country Embassy officials has assumed responsibility on behalf of the U.S. Government for these diplomatic discussions with El Salvador.

7.    The State Department informed me on July 2, 2025, the Embassy sent the Government of El Salvador a diplomatic note yesterday, July 1, again requesting information regarding the physical location and custodial status of Cristian. The Embassy additionally requested weekly updates on Cristian's physical location and custodial status. It has yet to receive a response.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 2nd day of July 2025.

MELLISSA B
HARPER

Digitally signed by MELLISSA B
HARPER
DN: cn=MELLISSA B HARPER,
o=U.S. Government, ou=People,
email=Mellissa.B.Harper@ice.dhs.g
ov, c=US
Date: 2025-07-02T10:11:25-0400

Mellissa B. Harper
Acting Deputy Associate Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security