IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>　　Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

### [PROPOSED] ORDER

UPON CONSIDERATION of Class Counsel's Emergency Motion for an Order Directing Defendants to Provide Immediate Notice Upon Class Member's Return, it is this day ___ of July 2025, ORDERED that:

Defendants shall provide notice to the Court and Class Counsel, no later than two hours after his return, if and when Class Member Cristian is returned to the United States.

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. STEPHANIE A. GALLAGHER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge