## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, | |
| Plaintiffs, | Civil Action No. |
| v. | 8:19-CV-01944-SAG |
| U.S. Department of Homeland Security, *et al.*, | |
| Defendants. | |

### ORDER

Pursuant to the teleconference with the parties this afternoon, Class Counsel's Emergency Motion, ECF 315, is DENIED. Defendants are afforded until 5 p.m. ET on Monday, July 7, 2025 to advise as to the amount of time they would need to give Class Counsel notice if and when Cristian is returned to the United States. Defendants are afforded until 5 p.m. ET on Wednesday, July 9, 2025 to file public versions of ECF 309 and the accompanying attachments, redacting only information designated confidential under the Amended Protective Order, ECF 302.

So Ordered.

Dated: <u>July 3, 2025</u>                    <u>            /s/            </u>
                                        Stephanie A. Gallagher
                                        United States District Judge