IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

_____
                                    )
J.O.P., *et al.*,                   )
                                    )
    Plaintiffs,                )
                                    )
v.                                  )   Case No. 8:19-cv-01944-SAG
                                    )
U.S. DEPARTMENT OF HOMELAND         )
SECURITY, *et al.*                  )
                                    )
    Defendants.                )
_____)

## DEFENDANTS' RESPONSE TO THE COURT'S JULY 3, 2025 ORDER

Pursuant to this Court's July 3, 2025 order (ECF 317) directing Defendants to "advise as to the amount of time they would need to give Class Counsel notice if and when Cristian is returned to the United States," Defendants will do their best to obtain the information and provide notice of Cristian's return without undue delay, with the intent to provide notice within forty-eight hours upon Cristian's return to the United States, if not earlier.

//

Dated: July 7, 2025  　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　*Assistant Attorney General*
　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　WILLIAM C. PEACHEY
　　　　　　　　　　　　　　　　　　*Director*
　　　　　　　　　　　　　　　　　　Office of Immigration Litigation

　　　　　　　　　　　　　　　　　　YAMILETH G. DAVILA
　　　　　　　　　　　　　　　　　　*Assistant Director*

　　　　　　　　　　　　　　　　　　Richard G. Ingebretsen
　　　　　　　　　　　　　　　　　　Kelark A. Habashi
　　　　　　　　　　　　　　　　　　*Trial Attorneys*

　　　　　　　　　　　　　　　　　　*/s/Erhan Bedestani*
　　　　　　　　　　　　　　　　　　ERHAN BEDESTANI
　　　　　　　　　　　　　　　　　　Trial Attorney (MN Bar No. 0504824)
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　　　　P.O. Box 868, Ben Franklin Station
　　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　　Telephone: (202) 598-7451
　　　　　　　　　　　　　　　　　　Fax: (202) 305-7000
　　　　　　　　　　　　　　　　　　erhan.bedestani2@usdoj.gov

　　　　　　　　　　　　　　　　　　Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2025, I served a copy of the foregoing on counsel for Plaintiffs via the Court's CM/ECF e-filing system.

*/s/ Erhan Bedestani*
Erhan Bedestani (MN Bar 0504824)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

*Attorney for Defendants*