IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. <br> 8:19-CV-01944-SAG |

**CLASS COUNSEL'S RENEWED MOTION FOR AN
ORDER DIRECTING DEFENDANTS TO PROVIDE PROMPT
NOTICE OF CLASS MEMBER'S RETURN TO THE UNITED STATES**

On July 3, 2025 this Court issued an order directing Defendants to "advise as to the amount of time they would need to give Class Counsel notice if and when Cristian is returned to the United States." ECF 317. Defendants responded to this order on July 7, 2025 agreeing to "do their best to obtain the information and provide notice of Cristian's return without undue delay, with the intent to provide notice within forty-eight hours upon Cristian's return to the United States, if not earlier." ECF No. 318.

Class Counsel's position is that forty-eight hours exceeds a reasonable timeframe given the purpose of Cristian's return to the United States. If and when Defendants return Cristian to the United States, Class Counsel expects that Defendants may move forward with adjudicating his asylum application on the merits, as he is due under the Settlement Agreement. Defendants offer no justification for delaying notice for 48 hours after Cristian's return. While Class Counsel continues to believe that two hours is a reasonable timeframe for notice to the Court and to Class Counsel given the purpose of Cristian's return to the United States, in response to Defendants' proposed notice period, Class Counsel requests that the Court order Defendants to provide notice

to the Court and Class Counsel within twelve hours of Class Member Cristian's return to the United States.

Dated: July 8, 2025

Respectfully submitted,

*/s/ Brian T. Burgess*

Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5494
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org


*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on July 8, 2025, I served a copy of the foregoing on counsel for Defendants via the Court's CM/ECF e-filing system.

                */s/ Brian T. Burgess*