# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

|  |  |
|---|---|
| J.O.P., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>        Defendants. | Civil Action No.<br>8:19-CV-01944-SAG<br><br>**FILED UNDER SEAL**<br><br>**CONTAINS INFORMATION DESIGNATED BY DEFENDANTS AS CONFIDENTIAL PURSUANT TO THE AMENDED PROTECTIVE ORDER (ECF NO. 302)** |

### DECLARATION OF KEVIN J. DEJONG IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY RELATED TO DEFENDANTS' VIOLATIONS OF THE COURT'S ORDERS

I, Kevin J. DeJong, hereby declare as follows:

1.      I am an attorney at law, a member of the bars of the Commonwealth of Massachusetts and the State of New Hampshire, and am Counsel at the law firm of Goodwin Procter LLP.  I am admitted *pro hac vice* to practice in the U.S. District Court for the District of Maryland.

2.      I have personal knowledge of the facts herein.  I make this declaration in support of Plaintiffs' Motion to Compel Discovery Related to Defendants' Violations of the Court's Orders.

3.      Attached hereto as **Exhibit A** is a true and correct copy of a whistleblower complaint filed by Mr. Erez Reuveni, dated June 24, 2025, titled Protected Whistleblower

Disclosure of Erez Reuveni Regarding Violation of Laws, Rules & Regulations, Abuse of Authority, and Substantial and Specific Danger to Health and Safety at the Department of Justice.

4.    Attached hereto as **Exhibit B** is a true and correct copy of an excerpt of Defendants' Response to Plaintiffs' First Set of Expedited Interrogatories, dated June 23, 2025.

5.    Attached hereto as **Exhibit C** is a true and correct copy of Defendants' Privilege Log, served on Plaintiffs on June 23, 2025.

6.    Attached hereto as **Exhibit D** is a true and correct copy of ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ produced by Defendants with documents including Bates -061-64, -067, -0127-29, designated by Defendants as "Attorneys' Eyes Only" and "Confidential" under the Amended Protective Order. The zip file, with Bates DEF-0000050-136, was produced to Plaintiffs with the following documents withheld in full:  -57, -58, -72, -74, -75, -76, and -77, as well as -136 ▇▇▇▇▇▇ ▇▇▇▇ that was withheld entirely, purportedly based on the state secret privilege).

7.    Attached hereto as **Exhibit E** are true and correct ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇, produced by Defendants with Bates DEF-00000149, -152 designated by Defendants as "Attorneys' Eyes Only" under the Amended Protective Order.

8.    Attached hereto as **Exhibit F** is a true and correct copy of Plaintiffs' proposed Federal Rule of Civil Procedure 30(b)(6) deposition notice to Defendants.

9.    Attached hereto as **Exhibit G** is a true and correct copy Defendants' Response to Plaintiffs' First Set of Expedited Requests for Production of Documents, dated June 23, 2025.

10.    Attached hereto as **Exhibit H** is a true and correct copy of Plaintiffs' First Set of Expedited Interrogatories, dated June 9, 2025.

11.     Attached hereto as **Exhibit I** is a true and correct copy of Plaintiffs' First Set of

Expedited Requests For Production of Documents, dated June 9, 2025.


I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 30, 2025

*/s/ Kevin J. DeJong*

Kevin J. DeJong
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231