# Exhibit 5

# Exhibit D

ATTORNEYS' EYES ONLY

ATTORNEYS' EYES ONLY                                      DEF-00000050

[CONFIDENTIAL//FGI//MOD]



[CONFIDENTIAL//FGI//MOD]

Diplomatic Note

[CONFIDENTIAL//FGI//MOD]



[CONFIDENTIAL//FGI//MOD]

ATTORNEYS' EYES ONLY

DEF-00000062

[CONFIDENTIAL//FGI//MOD]



[CONFIDENTIAL//FGI//MOD]

[CONFIDENTIAL//FGI//MOD]



[CONFIDENTIAL//FGI//MOD]





CONFIDENTIAL

DEF-00000127





# DOCUMENT WITHHELD IN FULL