# Exhibit 6

# Exhibit E

SENSITIVE BUT UNCLASSIFIED

ATTORNEYS' EYES ONLY DEF-00000149



SENSITIVE BUT UNCLASSIFIED

ATTORNEYS' EYES ONLY DEF-00000152