# Exhibit 4

# Exhibit C



**J.O.P. v. U.S. Department of Homeland Security,**
**No. 8:19-cv-01944-SAG (D. Md.)**
**Production Vol. 01 - Privilege Log**
**June 23, 2025**

1

J.O.P. v. U.S. Department of Homeland Security,
No. 8:19-cv-01944-SAG (D. Md.)
Production Vol. 01 - Privilege Log
June 23, 2025

2



J.O.P. v. U.S. Department of Homeland Security,
No. 8:19-cv-01944-SAG (D. Md.)
Production Vol. 01 - Privilege Log
June 23, 2025

3

J.O.P. v. U.S. Department of Homeland Security,
No. 8:19-cv-01944-SAG (D. Md.)
Production Vol. 01 - Privilege Log
June 23, 2025



4

J.O.P. v. U.S. Department of Homeland Security,
No. 8:19-cv-01944-SAG (D. Md.)
Production Vol. 01 - Privilege Log
June 23, 2025





J.O.P. v. U.S. Department of Homeland Security,
No. 8:19-cv-01944-SAG (D. Md.)
Production Vol. 01 - Privilege Log
June 23, 2025

6

J.O.P. v. U.S. Department of Homeland Security,
No. 8:19-cv-01944-SAG (D. Md.)
Production Vol. 01 - Privilege Log
June 23, 2025

7



J.O.P. v. U.S. Department of Homeland Security,
No. 8:19-cv-01944-SAG (D. Md.)
Production Vol. 01 - Privilege Log
June 23, 2025

8

J.O.P. v. U.S. Department of Homeland Security,
No. 8:19-cv-01944-SAG (D. Md.)
Production Vol. 01 - Privilege Log
June 23, 2025



9

J.O.P. v. U.S. Department of Homeland Security,
No. 8:19-cv-01944-SAG (D. Md.)
Production Vol. 01 - Privilege Log
June 23, 2025



10

J.O.P. v. U.S. Department of Homeland Security,
No. 8:19-cv-01944-SAG (D. Md.)
Production Vol. 01 - Privilege Log
June 23, 2025



11



J.O.P. v. U.S. Department of Homeland Security,
No. 8:19-cv-01944-SAG (D. Md.)
Production Vol. 01 - Privilege Log
June 23, 2025

12



J.O.P. v. U.S. Department of Homeland Security,
No. 8:19-cv-01944-SAG (D. Md.)
Production Vol. 01 - Privilege Log
June 23, 2025

13

J.O.P. v. U.S. Department of Homeland Security,
No. 8:19-cv-01944-SAG (D. Md.)
Production Vol. 01 - Privilege Log
June 23, 2025



14