# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

J.O.P., et al.      *

**Plaintiff,**

     *

v.      Case No. 8:19-CV-01944-SAG

U.S. Department of Homeland Security, et al.      *

**Defendant.**      *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐ Exhibit _____ which is an attachment to _____

will be electronically filed under seal within 24 hours of the filing of this Notice.

[x] **Defendants' response to Plaintiffs' motion to compel**

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by email to Brian T. Burgess at bburgess@goodwinlaw.com.

| | |
|---|---|
| 7/9/2025 | /S/ Erhan Bedestani |
| Date | Signature |
| | Erhan Bedestani (MN Bar No. 0504824) |
| | Printed Name and Bar Number |
| | Office of Immigration Litigation P.O. Box 868 Ben Franklin Station Washington, DC 20044 |
| | Address |
| | erhan.bedestani2@usdoj.gov |
| | Email Address |
| | 202-598-7451 |
| | Telephone Number |
| | 202-353-7709 |
| | Fax Number |