# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

J.O.P., et al.  *

**Plaintiff,**

*

v.   *   Case No. 8:19-CV-01944-SAG

U.S. Department of Homeland Security, et al.   *

**Defendant.**   *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐ Exhibit _____ which is an attachment to _____

will be electronically filed under seal within 24 hours of the filing of this Notice.

[x] Exhibit A: Declaration by Secretary of State May 23, 2025

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by email to Brian T. Burgess at bburgess@goodwinlaw.com.

7/9/2025

Date

/S/ Erhan Bedestani

Signature

Erhan Bedestani (MN Bar No. 0504824)

Printed Name and Bar Number

Office of Immigration Litigation P.O. Box 868 Ben Franklin Station Washington, DC 20044

Address

erhan.bedestani2@usdoj.gov

Email Address

202-598-7451

Telephone Number

202-353-7709

Fax Number