# EXHIBIT A

Placeholder for Secretary of State Declaration