**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>STEPHANIE A. GALLAGHER<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7780<br>Fax (410) 962-1812<br>MDD_SAGchambers@mdd.uscourts.gov |

July 10, 2025

LETTER TO COUNSEL

Re: J.O.P., *et al.* v. U.S. Department of Homeland Security, *et al.*
Civil Case No. 8:19-1944-SAG

Dear Counsel:

On July 3, 2025, this Court denied Class Counsel's emergency motion for an order requiring Defendants to provide immediate notice upon the return of Cristian to the United States. ECF 317. The Court ordered Defendants to "advise as to the amount of time they would need to give Class Counsel notice if and when Cristian is returned to the United States." *Id*. Defendants responded that they "will do their best to obtain the information and provide notice of Cristian's return without undue delay, with the intent to provide notice within forty-eight hours upon Cristian's return to the United States, if not earlier." ECF 318.

Class Counsel have filed a renewed motion for an order directing Defendants "to provide notice to the Court and Class Counsel within twelve hours of Class Member Cristian's return." ECF 320. Class Counsel contend that "forty-eight hours exceeds a reasonable timeframe given the purpose of Cristian's return to the United States" because "Class Counsel expects that Defendants may move forward with adjudicating his asylum application on the merits, as he is due under the Settlement Agreement." *Id*.

The parties have reached a Settlement Agreement in this case, ECF 199-2, which governs the Court's review at this stage. The Court directs Class Counsel to provide support, from the Settlement Agreement or otherwise, for their assertion that "forty-eight hours exceeds a reasonable timeframe," ECF 320, and for their contention that they are entitled to any amount of notice other than what Defendants have already agreed to provide. Class Counsel should provide their response no later than Thursday, July 17, 2025.

Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

Sincerely yours,

/s/

Stephanie A. Gallagher

Case 8:19-cv-01944-SAG   Document 328   Filed 07/10/25   Page 2 of 2

J.O.P., *et al.* v.
U.S. Department of Homeland Security, *et al*.
Civil Case No. 8:19-1944-SAG
July 8, 2025
P a g e | **2**

United States District Judge