IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

|  |  |
|---|---|
| J.O.P., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>　　　　　Defendants. | Case No. 8:19-cv-01944-SAG |

# DEFENDANT'S STATUS REPORT IN REPONSE TO THE COURT'S JUNE 5, 2025 ORDER

Pursuant to this Court's June 5, 2025 Order directing Defendants to file a weekly status report in the form of "a declaration from an individual with personal knowledge" addressing: (1) Cristian's current physical location and custodial status; (2) what steps, if any, Defendants have taken to facilitate Cristian's return to the United States; and (3) what additional steps Defendants will take, and when, to facilitate Cristian's return;" and May 28, 2025 Order, *see* ECF Nos. 280 and 287, Defendants submit the Declaration of Acting Deputy Executive Associate Director Mellissa B. Harper, attached to this filing as Exhibit A. Due to operational duties, the declarant was unable to produce the declaration within the timeframe between receiving the information from the U.S. Department of State and the filing deadline of 12:00 PM ET. Defendants regret the delay and inconvenience caused by its filing to the Court and Class Counsel.

//

Dated: July 11, 2025                        Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation

YAMILETH G. DAVILA
*Assistant Director*

KELARK A. HABASHI
RICHARD G. INGEBRETSEN
*Trial Attorneys*

*/s/Erhan Bedestani*
ERHAN BEDESTANI
Trial Attorney (MN Bar No. 0504824)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7451
Fax: (202) 305-7000
erhan.bedestani2@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I served a copy of the foregoing on counsel for Plaintiffs via the Court's CM/ECF e-filing system.

*/s/ Erhan Bedestani*
Erhan Bedestani (MN Bar 0504824)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

*Attorney for Defendants*

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| J.O.P., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | 8:19-CV-01944-SAG<br>Declaration of<br>Acting Deputy Executive<br>Associate Director<br>Mellissa B. Harper |

## DECLARATION OF MELLISSA B. HARPER

I, Mellissa B. Harper, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am currently employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as the Acting Deputy Executive Associate Director (A)D-EAD. I have held this position since May 29, 2025.

2. As (A)D-EAD, I oversee the mission of ERO's eight headquarters divisions: Enforcement, Removal, Non-Detained Management, Custody Management, Field Operations, ICE Health Service Corps, Law Enforcement Systems and Analysis, and Operations Support.

3. I am aware of the court's order in *J.O.P. v. Department of Homeland Security*, ECF No. 254, which orders the Defendants to facilitate the return of an alien with the pseudonym Cristian. I am also aware of ECF No. 293, which orders the Defendants to file weekly status reports in the form of a declaration.

4. U.S. Department of State (DOS) is the agency of the United States Government responsible for high-level diplomatic discussions.

5. DHS has informed the DOS of the Court's order and requested DOS

1

assistance in complying with the Court's order, including by entering into negotiations to facilitate Cristian's return. DOS has acknowledged the request.

6. Given the nature of the diplomatic discussions necessitated by the court's order to facilitate Cristian's return to the United States, which would involve engagement with the highest levels of the Salvadoran government, and as conveyed to you previously, DOS including in country Embassy officials has assumed responsibility on behalf of the U.S. Government for these diplomatic discussions with El Salvador.

7. DOS informed me on July 10, 2025, the Embassy sent the Government of El Salvador a diplomatic note July 1, again requesting information regarding the physical location and custodial status of Cristian. As of today, July 10, the Embassy has yet to receive a response.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 11th day of July 2025.

MELLISSA B HARPER
Digitally signed by MELLISSA B HARPER
Date: 2025.07.11 12:15:14 -04'00'

Mellissa B. Harper
Acting Deputy Executive Associate Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security