IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    *Defendants*. | Civil Action No.<br>8:19-CV-01944-SAG |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT
AND LEAVE TO FILE A REPLY BRIEF**

On June 30, 2025, Plaintiffs filed a Motion to Compel Discovery Related to Defendants' Violations of the Court's Orders, seeking leave to take two depositions and requesting that the Court compel Defendants to provide discovery in response to Plaintiffs' document requests and interrogatories. ECF No. 308. On July 3, 2025, Defendants filed their opposition (ECF No. 313) to Plaintiffs' request for leave to take depositions and on July 9, 2025, Defendants filed their opposition (ECF No. 325) to the remaining discovery issues raised in Plaintiffs' motion to compel.

Plaintiffs respectfully request the opportunity to respond to the arguments raised in Defendants' opposition briefs. Specifically, Plaintiffs request leave to file a reply brief, limited to 10 pages, by July 16, 2025, and that oral argument be scheduled, at the Court's convenience, shortly thereafter.

Dated: July 11, 2025

Respectfully submitted,

/s/ Brian Burgess
*Attorneys for Plaintiffs*
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5494
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Admitted pro hac vice