**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

|  |  |
|---|---|
| J.O.P., *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Request for Oral Argument and Leave to File

a Reply Brief, it is this day ___ of July 2025, **ORDERED** that:

1.  Plaintiffs may file a 10-page reply brief in support of their Motion to Compel (ECF No.

308) by Wednesday, July 16.

2.  Oral argument on Plaintiffs' Motion to Compel is hereby set for July __, 2025 at ____.

_____
HON. STEPHANIE A. GALLAGHER
United States District Judge