# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| J.O.P., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. SAG-19-01944 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | * | |
| Defendants. | * | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 15th day of July, 2025, hereby ORDERED:

(1) Plaintiffs' motion for attorneys' fees and costs, ECF 208, is GRANTED IN PART and DENIED IN PART;

(2) The Court awards attorneys' fees to Plaintiffs in the amount of $909,809.17 and expenses in the amount of $4,812.00.

/s/
Stephanie A. Gallagher
United States District Judge