IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J.O.P., et al.

**Plaintiff,**

v.

U.S. Department of Homeland Security, et al.

**Defendant.**

Case No. 8:19-CV-01944-SAG

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐ Exhibit _____ which is an attachment to _____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☒ Defendants' response to ECF 319

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by email to Brian T. Burgess at bburgess@goodwinlaw.com.

July 15, 2025
Date

/S/ Erhan Bedestani
Signature

Erhan Bedestani (MN Bar No. 0504824)
Printed Name and Bar Number

Office of Immigration Litigation P.O. Box Ben Franklin Station Washington, DC 20044
Address

erhan.bedestani2@usdoj.gov
Email Address

202-598-7451
Telephone Number

202-353-7709
Fax Number