**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

_____    *

  **Plaintiff,**
                                 *

**v.**                              **Case No.** _____

                                 *

_____

  **Defendant.**                   *

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Check one.**

☐   Exhibit _____ which is an attachment to _____

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐   _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by _____.

_____     /S/ Erhan Bedestani _____

Date                              Signature

                                 _____

                                 Printed Name and Bar Number

                                 _____

                                 Address

                                 _____

                                 Email Address

                                 _____

                                 Telephone Number

                                 _____

                                 Fax Number