# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

J.O.P., et al.  *

**Plaintiff,**

 *

v.  * Case No. 8:19-CV-01944-SAG

U.S. Department of Homeland Security, et al.  *

**Defendant.**  *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x] Exhibit __C__ which is an attachment to __Defendants' response to ECF 319 letter dated May 20, 2025 from Ambassador Duncan, U.S. Ambassador to El Savlador to the Ministry of Foreign Affairs for El Salvador.__ will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ] _____
(title of document)
will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by __email to Brian T. Burgess at bburgess@goodwinlaw.com__.

July 15, 2025
Date

/S/ Erhan Bedestani
Signature

Erhan Bedestani (MN Bar No. 0504824)
Printed Name and Bar Number

Office of Immigration Litigation P.O. Box Ben Franklin Station Washington, DC 20044
Address

erhan.bedestani2@usdoj.gov
Email Address

202-598-7451
Telephone Number

202-353-7709
Fax Number