IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J.O.P., et al.                                    *

**Plaintiff,**
                                                  *

v.                                                *   Case No. 8:19-CV-01944-SAG

U.S. Department of Homeland Security, et al.      *

**Defendant.**                                    *

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x]   Exhibit  D   which is an attachment to  Defendants' response to ECF 319
      May 10, 2025 intra-Department of State cable

      will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ]   _____
                              (title of document)
      will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by email to Brian T. Burgess at bburgess@goodwinlaw.com.

July 15, 2025                                    /S/ Erhan Bedestani
Date                                             Signature

                                                 Erhan Bedestani (MN Bar No. 0504824)
                                                 Printed Name and Bar Number

                                                 Office of Immigration Litigation P.O. Box Ben Franklin Station Washington, DC 20044
                                                 Address

                                                 erhan.bedestani2@usdoj.gov
                                                 Email Address

                                                 202-598-7451
                                                 Telephone Number

                                                 202-353-7709
                                                 Fax Number