IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

J.O.P., *et al.*,

    Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*

    Defendants.

Case No. 8:19-cv-01944-SAG

**[Proposed] ORDER**

UPON CONSIDERATION of Defendants' Motion to Seal, it is this day ___ of July 2025,

ORDERED that:

1. Defendants' Motion to Seal is Granted.

2. Defendants' Exhibits A, C, and D shall remain under seal. (Ex A: SBO Kozak Declaration May 9, 2025, Ex C: May 20, 2025 letter from U.S. Ambassador to Ministry of Foreign Affairs for El Salvador, Ex D: May 10, 2025 intra-Department of State cable).

Dated: _____

                                        HON. STEPHANIE A. GALLAGHER
                                        United States District Judge