## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

|  |  |
|---|---|
| J.O.P., *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>     Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**PLAINTIFFS' MOTION TO SEAL**

Pursuant to Local Rule 105.11, Plaintiffs respectfully request that this Court enter an order temporarily sealing the reply brief in support of Plaintiffs' motion to compel, which contains information designated by Defendants as Confidential or Attorney's Eyes Only.  Under Local Rule 105.11, courts may grant motions to seal if the moving party includes "(a) proposed reasons supported by specific factual representations to justify the sealing and (b) an explanation why alternatives to sealing would not provide sufficient protection."  The decision to seal is "best left to the sound discretion of the [district] court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case." *Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004) (citation omitted).  In support of this motion to seal, Plaintiffs state as follows:

1.  Plaintiffs' attached reply brief in support of their motion to compel contains information designated by Defendants as Confidential or Attorney's Eyes Only, pursuant to the Amended Protective Order (ECF No. 302).

2.  Plaintiffs seek leave to file the reply brief in support of their motion to compel under temporary seal to comply with their obligations under the Amended Protective Order (ECF No. 302).

3.  Plaintiffs respectfully submit that Defendants should be ordered to file a motion to seal within two days to attempt to justify which portions of the reply brief should remain under seal.

Accordingly, Plaintiffs respectfully request that this Court enter an order (1) temporarily sealing Plaintiffs' reply brief and (2) requiring Defendants to file a motion to attempt to justify why any of the information in the reply brief should remain under seal.

Dated: July 16, 2025

Respectfully submitted,

*/s/ Brian T. Burgess*

Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration
30 S. 10th Street (c/o University of St. Thomas
Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5494
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publicccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*