**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 8:19-CV-01944-SAG |
| U.S. Department of Homeland Security, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion to temporarily seal the motion to compel, it is this day ___ of July 2025, **ORDERED** that:

1.    Plaintiffs' motion is **GRANTED**;

2.    The sealed reply brief should remain under seal until further order of this Court; and

3.    Defendants are ordered to file a motion to seal within two days to attempt to justify which portions of Plaintiffs' reply brief should remain under seal.


Dated: _____          _____
                                 HON. STEPHANIE A. GALLAGHER
                                 United States District Judge