**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812
MDD_SAGchambers@mdd.uscourts.gov

July 17, 2025

<u>LETTER TO COUNSEL</u>

Re: <u>J.O.P., *et al.* v. U.S. Department of Homeland Security, *et al.*</u>
Civil Case No. 8:19-1944-SAG

Dear Counsel:

The briefing on Plaintiffs' Motion to Compel Discovery Related to Defendants' Violation of the Court's Orders, ECF 308, is now complete. *See* ECF 313, 326, 341. In connection with the motion to compel briefing, Defendants have filed several motions to seal, ECF 321, 322, 324, and a Motion for Leave to Supplement their Opposition to Motion to Compel Discovery, ECF 329. Defendants have also filed a motion to seal their response to this Court's July 8, 2025 Order. ECF 336. Plaintiffs should notify the Court by Monday, July 21, 2025 as to whether Plaintiffs will be filing oppositions to any of the motions to seal, ECF 321, 322, 324, 336, or to Defendants' motion for leave to supplement their opposition to the motion to compel, ECF 329.

Separately, Defendants have filed two different versions of proposed redactions to the same document, Defendants' Response to Plaintiffs' First Set of Interrogatories, at ECF 321-3 and 322-1. The Court plans to review the redactions as proposed in ECF 322-1 because ECF 321-3 appears to be missing pages. If this is incorrect, Defendants should advise the Court as soon as possible.

In their opposition to Plaintiffs' motion to compel, Defendants note that they "will provide a revised privilege log to Plaintiffs no later than Friday, July 11, 2025." ECF 325 at 12 n.6. This Court will need a copy of Defendants' most current privilege log for the hearing on Tuesday, July 22, 2025. Accordingly, Defendants should file the revised privilege log under seal no later than noon on Monday, July 21, 2025.

Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge