**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 8:19-cv-01944-SAG |
| | ) |
| U.S. DEPARTMENT OF HOMELAND | ) |
| SECURITY, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' STATUS REPORT IN REPONSE TO THE COURT'S

## JUNE 5, 2025 ORDER

Pursuant to this Court's June 5, 2025 Order directing Defendants to file a weekly status report in the form of "a declaration from an individual with personal knowledge" addressing: (1) Cristian's current physical location and custodial status; (2) what steps, if any, Defendants have taken to facilitate Cristian's return to the United States; and (3) what additional steps Defendants will take, and when, to facilitate Cristian's return;" and May 28, 2025 Order, *see* ECF Nos. 280 and 287, Defendants submit the Declaration of Acting Deputy Executive Associate Director Mellissa B. Harper, attached to this filing as Exhibit A. Defendants regret the inconvenience caused to the Court and Class Counsel by the delayed filing of the status report. The arrangement discussed in Exhibit A did not come to fruition until approximately 3:45pm Eastern Standard Time on July 18, 2025, which is why Department of State's update to Department of Homeland Security was delayed. The Department of State has also pledged to assist Department of Homeland Security in facilitating the return of Cristian should he wish to return.

//

Dated: July 18, 2025                    Respectfully submitted,


BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation

YAMILETH G. DAVILA
*Assistant Director*

Kelark A. Habashi
Richard G. Ingebresten
Brandon D. Zeller
*Trial Attorney*

*/s/Erhan Bedestani*
ERHAN BEDESTANI
Trial Attorney (MN Bar No. 0504824)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7451
Fax: (202) 305-7000
erhan.bedestani2@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, I served a copy of the foregoing on counsel for Plaintiffs via the Court's CM/ECF e-filing system.

*/s/ Erhan Bedestani*
Erhan Bedestani (MN Bar 0504824)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

*Attorney for Defendants*

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| J.O.P., *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>     *Defendants*. | 8:19-CV-01944-SAG<br>Declaration of<br>Acting Assistant Director<br>Mellissa B. Harper |

## DECLARATION OF MELLISSA B. HARPER

I, Mellissa B. Harper, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.  I am currently employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as the Acting Assistant Director (A)AD. I have held this position since July, 2025.

2.  As (A)AD, I oversee the mission of ERO's eight headquarters divisions: Enforcement, Removal, Non-Detained Management, Custody Management, Field Operations, ICE Health Service Corps, Law Enforcement Systems and Analysis, and Operations Support.

3.  I am aware of the court's order in *J.O.P. v. Department of Homeland Security*, ECF No. 254, which orders the Defendants to facilitate the return of an alien with the pseudonym Cristian. I am also aware of ECF No. 293, which orders the Defendants to file weekly status reports in the form of a declaration.

4.  U.S. Department of State (DOS) is the agency of the United States Government responsible for high-level diplomatic discussions.

5.  DHS has informed the DOS of the Court's order and requested DOS assistance in complying with the Court's order, including by entering into negotiations to

facilitate Cristian's return. DOS has acknowledged the request.

6.      Given the nature of the diplomatic discussions necessitated by the court's order to facilitate Cristian's return to the United States, which would involve engagement with the highest levels of the Salvadoran government, and as conveyed to you previously, DOS including in country Embassy officials has assumed responsibility on behalf of the U.S. Government for these diplomatic discussions with El Salvador.

7.      DOS informed me today, on July 18, 2025, that the Salvadoran government in the sole exercise of its sovereign authority, released Cristian from CECOT, along with 251 other Venezuelan nationals, to be flown to their home country of Venezuela, as part of an arrangement between El Salvador and the Maduro regime. Maduro, in turn, released ten wrongful detainees and 80 Venezuelan political prisoners.

8.      While the United States engaged in diplomatic efforts help make this arrangement possible, the decision to release the Venezuelan nationals from CECOT, and to repatriate them to Venezuela, was made solely by the Government of El Salvador in the exercise of its sovereign authority.

9.      As part of these negotiations, the United States obtained assurances from the Maduro regime that (1) if and when U.S. legal proceedings reach a stage where the appearance of one of the 252 Venezuelan nationals formerly housed at CECOT may be called for in legal proceedings or required by a court; (2) if the U.S. government is prepared to facilitate the person's travel to the United States for that purpose; and (3) if the individual is willing to travel to the United States for that purpose, the Maduro regime will not impose obstacles to the individual's travel.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 18th day of July 2025.

MELLISSA
B HARPER

Digitally signed by MELLISSA B
HARPER
DN: cn=MELLISSA B HARPER, o=U.S.
Government, ou=People,
email=Mellissa.B.Harper@ice.dhs.gov,
c=US
Date: 2025-07-18T15:06:58-0500

Mellissa B. Harper
Acting Assistant Director
Removal Division
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security