**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| J.O.P., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 8:19-cv-01944-SAG |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S JULY 18, 2025 LETTER

Pursuant to this Court's July 18, 2025 order, Defendants provide the following response as to 1) Cristian's current location and 2) whether he is being transported to Venezuela. ECF No. 351.

Pursuant to AD Harper's declaration filed today, July 18, the Salvadoran government, in the sole exercise of its sovereign authority, released Cristian from CECOT, to be flown to his home country of Venezuela. ECF No. 352. Accordingly, Cristian was transported to Venezuela via Venezuelan Conviasa aircraft and is either currently in Venezuela or will arrive there shortly.

As evidenced in AD Harper's declaration, the United States obtained assurances from the Maduro regime that (1) if and when U.S. legal proceedings reach a stage where the appearance of one of the 252 Venezuelan nationals formerly housed at CECOT may be called for in legal proceedings or required by a court; (2) if the U.S. government is prepared to facilitate the person's travel to the United States for that purpose; and (3) if the individual is willing to travel to the United States for that purpose, the Maduro regime will not impose obstacles to the individual's travel. ECF No. 352.

With these assurances now having been obtained, and Cristian now having been released from El Salvador's custody, the Department of State has pledged to assist the Department of Homeland Security in facilitating the return of Cristian should he wish to return.

//

Dated: July 18, 2025                    Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation

YAMILETH G. DAVILA
*Assistant Director*

Kelark A. Habashi
Richard G. Ingebresten
Brandon D. Zeller
*Trial Attorney*

*/s/Erhan Bedestani*
ERHAN BEDESTANI
Trial Attorney (MN Bar No. 0504824)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7451
Fax: (202) 305-7000
erhan.bedestani2@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2025, I served a copy of the foregoing on counsel for Plaintiffs via the Court's CM/ECF e-filing system.

*/s/ Erhan Bedestani*
Erhan Bedestani (MN Bar 0504824)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

*Attorney for Defendants*
