

Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
1900 N Street NW
Washington, D.C. 20036

goodwinlaw.com
+1 202 346 4000

July 21, 2025

<u>**FILED VIA ECF**</u>

The Honorable Stephanie A. Gallagher
District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

Re:   *J.O.P., et al. v. U.S. Department of Homeland Security, et al.,*
      **Civil Action No. 19-cv-01944-SAG**

Dear Judge Gallagher:

    We represent Plaintiffs and the certified class in the above-captioned class action case. We write to respond to this Court's July 17, 2025 Order (ECF No. 346) requesting that Plaintiffs notify the Court "as to whether Plaintiffs will be filing oppositions to any of the motions to seal, ECF 321, 322, 324, 336, or to Defendants' motion for leave to supplement their opposition to the motion to compel, ECF 329."

    Plaintiffs do not oppose Defendants' motion for leave (ECF No. 329) to supplement their opposition to the motion to compel. Plaintiffs will not file oppositions to the above-referenced motions to seal, but do not concede that Defendants have met their burden to justify why the requested information should be sealed.

Sincerely,


*/s/ Brian Burgess*


BB

Cc: Counsel of Record