IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

## **ORDER**

For the reasons stated at today's hearing, it is hereby ORDERED that:

1. This Court's Order for expedited discovery, ECF 293, is tabled pending the filing of any additional motions for relief.

2. This Court's Order for Defendants to provide weekly status reports, ECF 293, is superseded. The parties are directed to file a joint weekly status report on or before noon ET beginning on Friday, July 25, 2025 and continuing each Friday thereafter until further order of this Court. The joint weekly status reports should apprise the Court of developments in the parties' discussions regarding the return of Cristian to the United States for adjudication on the merits of his asylum application by USCIS.

3. Class Counsel's motion to compel, ECF 308, is denied without prejudice.

4. Defendants' motion for leave to supplement their opposition to the motion to compel discovery, ECF 329, is granted without opposition.

So Ordered.

Dated: July 22, 2025                            /s/
                                    Stephanie A. Gallagher
                                    United States District Judge