**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

_____

|  |  |  |
|---|---|---|
| J.O.P., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 8:19-cv-01944-SAG |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND | ) | |
| SECURITY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

_____)

## JOINT STATUS REPORT IN RESPONSE TO THE COURT'S
## JULY 22, 2025 ORDER

On July 22, 2025, the Court issued an order directing the parties to file a joint weekly status report apprising the Court of developments in the parties' discussions regarding the return of Cristian to the United States for an adjudication on the merits of his asylum application by USCIS. *See* ECF No. 358.

### Defendants' Position

Defendants continue to engage with class counsel to determine whether Cristian wishes to return to the United States. On July 25, 2025 at 10:58 a.m., Defendants reached out to Plaintiffs to set up a meet and confer in relation to whether Cristian wishes to return to the United States and, if so, determine the next steps. On July 28, 2025 11:31 a.m., the parties agreed to hold a meet and confer on July 30, 2025 at 1:00 p.m. On July 29, 2025 at 11:45 a.m. EDT, Defendants emailed class counsel in order to ascertain Cristian's wishes for return to the United States so that Defendants counsel parties can discuss with the agencies before the meet and confer. On July 29, 2025, same day, at 9:42 p.m. EDT, Class Counsel responded, indicating that they would like to discuss how Cristian will be treated by the United States government if he decides to return and, to the extent they have further updates on Cristian, to discuss those during the meet and confer.

On July 30, 2025 at 1:00pm EDT, the parties met and conferred via videoconference. Class counsel advised that they are in regular contact with Cristian and that they contacted Cristian last Thursday, July 24, 2025 (*See* ECF No. 363 at 3). However, class counsel declined to answer whether (1) they have asked Cristian if wishes to return to the United States; and (2) whether Cristian wishes to return to the United States. Accordingly, in view of class counsels' failure to adhere to this Court's order of July 22, 2025 (ECF No. 358) and Defendants' inability to make any further efforts to facilitate Cristian's return without knowing whether Cristian desires to return to the United States, Defendants intend to file a motion to dissolve this Court's order regarding facilitation of return issued on April 23, 2025 (ECF No. 254 ).

**Class Counsel's Position**

The parties met and conferred on July 30, 2025.  The parties also scheduled further weekly meetings, and have agreed to share responsive information as it becomes available at and between those weekly meetings.  Contrary to Defendants' representation herein, during the July 30, 2025 meet and confer, Class Counsel informed Defendants that Class Counsel had communicated with Cristian since the last Status Report was filed on July 25, 2025.

Class Counsel do not agree with Defendants' statement above that they "fail[ed] to adhere to this Court's order of July 22, 2025."  That order required the parties to "apprise the Court of developments in the parties' discussions regarding the return of Cristian to the United States for adjudication on the merits of his asylum application by USCIS."  ECF No. 358. Class Counsel has complied with the order, as evidenced by this status report itself.

Cristian was detained in CECOT in El Salvador for four months, and as set forth in the prior Status Report, it is Class Counsel's understanding that Cristian endured prolonged torture while held in CECOT.  During the July 30 meet-and-confer, Class Counsel confirmed their intention to communicate regularly with Cristian with the caveat that the communications must

be guided by sensitivity to the prolonged torture that Cristian endured while held in CECOT for four months, and its after-effects. Given the physical and emotional abuse and trauma he experienced at CECOT, Cristian will need time to attempt to recover and to understand the options available to him.

At the July 30 meet-and-confer and in email correspondence afterward, Class Counsel identified certain information needed from Defendants to delineate what return to the United States would entail for Cristian. Guided by the Court's directive that Defendants return Cristian to his position before the breach of the settlement, Class Counsel requested assurances relating to the manner of Cristian's return to the United States, the government's treatment of Cristian once he reaches the United States, and the Defendants' process in the event that Defendants find a legal basis to again remove Cristian. Defendants took under consideration Class Counsel's requests for information and assurances. In asserting above that "Class Counsel declined to answer . . . whether Cristian wishes to return to the United States," Defendants omit mentioning their own repeated acknowledgments of Class Counsel's explanation that basic information and assurances from the government are necessary so that Cristian may make an informed decision.

Class Counsel were informed for the first time via Defendants' draft of the status report, received at 8:06 pm on July 31, that Defendants intend to file a motion to dissolve the Court's April 23, 2025 Order. Defendants agreed during the meet and confer held on July 30, 2025 that Defendants would be responding to the questions Class Counsel raised during the meet and confer and provided in writing afterwards. Class Counsel remain hopeful that the parties can progress in their discussions without the Court's intervention, and to that end, await

3

Defendants' responses to Class Counsel's questions. Class Counsel will also remain in contact with Cristian and apprise the Court and Defendants of any developments.

DATED: August 1, 2025                    Respectfully Submitted,

                                         BRETT A. SHUMATE
                                         *Assistant Attorney General*
                                         Civil Division

                                         WILLIAM C. PEACHEY
                                         *Director*
                                         Office of Immigration Litigation

                                         YAMILETH G. DAVILA
                                         *Assistant Director*

                                         RUTH ANN MUELLER
                                         *Senior Litigation Counsel*

                                         RICHARD G. INGEBRESTEN
                                         ERHAN BEDESTANI
                                         BRANDON ZELLER
                                         *Trial Attorneys*

                                         */s/ Kelark Azer Habashi*
                                         Kelark Azer Habashi (D.C. Bar 90009126)
                                         *Trial Attorney*
                                         U.S. Department of Justice, Civil Division
                                         Office of Immigration Litigation
                                         P.O. Box 868, Washington D.C. 20044
                                         T: (202)-305-3340
                                         kelark.azer.habashi2@usdoj.gov
                                         *Counsel for Defendants*

                                         */s/ Brian Burgess*
                                         *Attorneys for Plaintiffs and the Class*
                                         Brian T. Burgess (Bar No. 19251)
                                         Goodwin Procter LLP
                                         1900 N Street, NW
                                         Washington, DC 20036
                                         Phone: 202-346-4000
                                         Fax: 202-346-4444
                                         BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of St.
Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5494
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Admitted pro hac vice

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 1, 2025, I served an electronic copy of the foregoing on counsel for the Plaintiffs via the Court's CM/ECF system.

*/s/ Kelark Azer Habashi*
Kelark Azer Habashi (D.C. Bar 90009126)
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation