

Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
1900 N Street, NW
Washington, DC  20036

goodwinlaw.com
+1 202 346 4000

August 1, 2025

**FILED VIA CM/ECF**

The Honorable Stephanie A. Gallagher
District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

Re:   *J.O.P., et al. v. U.S. Department of Homeland Security, et al.*,
       **Civil Action No. 19-cv-01944-SAG**

Dear Judge Gallagher:

We represent Plaintiffs and the certified class in the above-captioned class action case.

As discussed during the hearing held on July 22, 2025, Class Counsel intends to file a motion concerning contempt.  Class Counsel had stated during the July 22 hearing that they would file the motion within 10 days, by August 1, 2025.  We write to update the Court that Class Counsel expects to file the motion by August 8, 2025.  In parallel, Class Counsel are continuing discussions with Defendants regarding the return of Cristian to the United States.  *See* ECF No. 366 (Aug 1, 2025 Joint Status Report).

Sincerely,

*/s/ Brian Burgess*

Brian Burgess

BB

Cc: Counsel of Record