**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

|  |  |
|---|---|
| J.O.P., *et al.*,  )<br>  )<br>      Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>U.S. DEPARTMENT OF HOMELAND  )<br>SECURITY, *et al.*  )<br>  )<br>      Defendants.  )<br>  ) | Case No. 8:19-cv-01944-SAG |

**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S
JULY 22, 2025 ORDER**

On July 22, 2025, the Court issued an order directing the parties to file a joint weekly status report apprising the Court of developments in the parties' discussions regarding the return of Cristian to the United States for an adjudication on the merits of his asylum application by USCIS. *See* ECF No. 358.

**Defendants' Position**

Defendants continue to engage with class counsel to determine whether Cristian wishes to return to the United States.

On August 5, 2025, at 9:56am, counsel for Defendants reached out to class counsel requesting any available updates with respect to Cristian's wishes for return to the United States so that discussion with the agencies could take place in advance of the meet-and-confer planned for August 6, 2025. In particular, counsel for Defendants sought information regarding whether Cristian wishes to return, and if so, (1) Cristian's location in Venezuela; (2) contact information for Cristian; and (3) information on what identification and/or travel documents Cristian possesses. All of this information is necessary to allow Defendants to facilitate Cristian's return, and these questions have been pending with class counsel since at least July 22, 2025, when the issue of whether Cristian wishes to return was raised at the hearing on Plaintiffs' Motion to Compel. At

1

6:30pm on August 5, class counsel responded by renewing their request for the information and assurances they had requested at the meet-and-confer held on July 30.

On August 6, 2025, at 1:00pm EDT, the parties met and conferred again via videoconference. Counsel for Defendants relayed responses from the agencies to the thirteen separate questions (including subparts) class counsel posed in the previous meet-and-confer on July 30, 2025. Class counsel indicated that they had not spoken with Cristian since the July 30 meet-and-confer, and they had made no efforts in the interim to ascertain whether Cristian wishes to return to the United States. Class counsel declined to indicate whether Cristian had been asked whether he wishes to return to the United States on the grounds of attorney client privilege. Both at the meet-and-confer and in a follow up email after the meet and confer at 3:24pm, counsel for Defendants advised that they expect an answer on whether Cristian wants to return to the United States by the time the parties next meet-and-confer on August 13, 2025. Only if Cristian expresses a desire to return and answers Defendants' pending questions regarding his location and possession of travel documents will the agencies be able to begin working out the logistics of Cristian's return.

Should class counsel fail to adhere to this Court's order of July 22, 2025 (ECF No. 358) by August 13 by providing responses to Defendants' three questions that have been pending since July 22, in light of Defendants' inability to make any further efforts to facilitate Cristian's return without knowing whether Cristian desires to return to the United States, Defendants will file a motion to dissolve this Court's order regarding facilitation of return issued on April 23, 2025 (ECF No. 254 ).

**Class Counsel's Position**

The parties met and conferred again on August 6, 2025.  Contrary to Defendants' representation herein, during the August 6 meet and confer, Class Counsel did not state that they made no efforts to ascertain whether Cristian wishes to return to the United States.  As relayed to Defendants, Class Counsel have continued to be in contact with Cristian and that

2

they would inform Defendants and the Court as to Cristian's intentions as soon as they are able to do so.

At this time, Class Counsel can relay that Cristian's interest in returning to the United States to receive his asylum adjudication is undermined by serious reservations based on the government's representations of how he will be treated upon his return, including whether he will be detained and the possibility of removal to a third country without a hearing or the opportunity to object. He needs additional time to fully consider his options—including under what conditions he believes he could safely make a return. Cristian endured prolonged abuse in the four months he was detained in CECOT in El Salvador, and is still processing that trauma. Class Counsel will remain in frequent communication with Cristian and will inform Defendants and the Court of any further developments.

DATED: August 8, 2025

Respectfully Submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation

YAMILETH G. DAVILA
*Assistant Director*

RUTH ANN MUELLER
*Senior Litigation Counsel*

RICHARD G. INGEBRESTEN
ERHAN BEDESTANI
KELARK AZER HABASHI
*Trial Attorneys*

*/s/ Brandon D. Zeller*
Brandon D. Zeller (N.C. Bar 50245)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington D.C. 20044
T: (771) 217-8120
brandon.d.zeller@usdoj.gov
*Counsel for Defendants*

*/s/*
*Attorneys for Plaintiffs and the Class*
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036

Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5494
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 8, 2025, I served an electronic copy of the foregoing on counsel for the Plaintiffs via the Court's CM/ECF system.

                                          */s/ Brandon D. Zeller*
                                          Brandon D. Zeller (N.C. Bar 50245)
                                          Trial Attorney
                                          U.S. Department of Justice, Civil Division
                                          Office of Immigration Litigation