

Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
1900 N Street, NW
Washington, DC  20036

goodwinlaw.com
+1 202 346 4000

August 8, 2025

**FILED VIA CM/ECF**

The Honorable Stephanie A. Gallagher
District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

**Re:**   ***J.O.P., et al. v. U.S. Department of Homeland Security, et al.*,**
         **Civil Action No. 19-cv-01944-SAG**

Dear Judge Gallagher:

   We represent Plaintiffs and the certified class in the above-captioned class action case.

   We write to update the Court that Class Counsel are continuing to assess, in light of the facts and law, a motion concerning contempt, and are not in a position to file today.  In parallel, Class Counsel are continuing discussions with Defendants regarding the return of Cristian to the United States. See ECF No. 368 (Aug 8, 2025 Joint Status Report).

Sincerely,

*/s/ Brian Burgess*

Brian Burgess

BB

Cc: Counsel of Record