# Exhibit C

**Newsweek**  SUBSCRIBE   Login

LATEST NEWS  FBI To Aid Texas In Locating Democrats Over Redistricting

U.S. | Immigration | Donald Trump | Nayib Bukele | CECOT | El Salvador | Venezuela

# Trump's CECOT Prisoners Went on 'Blood Strike' to Protest Torture: Ex-Inmate

Published Jul 24, 2025 at 2:08 PM EDT

Updated Jul 25, 2025 at 3:40 PM EDT



**Newsweek**
SUBSCRIBE

*Officer Moto Moto, that when they saw him, that they were beating him, handcuffed and then we exploded, you know?*

By **Jesus Mesa**
Politics Reporter

Newsweek Is A Trust Project Member

FOLLOW

News Article | 21

When Francisco Javier Casique boarded a deportation flight in March, U.S. immigration officers assured him repeatedly that he was being sent home. "Don't worry," they told him. "You're going to Venezuela."

Instead, the plane landed in El Salvador — and Casique, still shackled, found himself inside one of the world's most notorious prisons.

"We were labeled as terrorists without evidence," Casique told *Newsweek* in an exclusive interview after his release from El Salvador's Center for Terrorism Confinement, known as CECOT. "We had no rights, no charges, no lawyers."

Casique is one of 252 Venezuelan nationals who were deported by the United States and secretly transferred to CECOT — only to be later released as part of a July prisoner exchange between Washington and Caracas. Only seven of the migrants had serious criminal records. Many, like Casique, had none in either Venezuela or the U.S.





Soldiers stand guard as unseen US Secretary of Homeland Security Kristi Noem tours the Terrorist Confinement Center (CECOT) in Tecoluca, El Salvador, on March 26, 2025.    **PHOTO BY ALEX BRANDON / POOL / AFP) (PHOTO BY ALEX BRANDON/POOL/AFP VIA GETTY IMAGES**

The notorious supermax prison, built by Salvadoran President Nayib Bukele to house violent gang leaders, held the Venezuelan migrants for four months in what Casique and others describe as conditions akin to torture.

SUBSCRIBE

LATEST NEWS    FBI To Aid Texas In Locating Democrats Over Redistricting

he had earned enough to support his family.

"I was never hiding," Casique said. "I just wanted to work and go back home."



Instead, he was arrested again on February 6 of this year. Held in a Texas detention center through mid-March, he said officers gave every indication that he would be returned to his home country. "They told us Venezuela. Every time I asked, they confirmed. It made me feel calmer," he said.

Newsweek

SUBSCRIBE

**LATEST NEWS**    FBI To Aid Texas In Locating Democrats Over Redistricting



Prisoners look out of their cell as Homeland Security Secretary Kristi Noem tours the Terrorist Confinement Center in Tecoluca, El Salvador, Wednesday, March 26, 2025.    AP PHOTO/ALEX BRANDON

READ MORE    **Immigration**

   **Dad in US for 29 Years Who Previously Had Temporary Green Card Deported**

**Fort Stewart Shooting: Suspect Sgt. Quornelius Radford Mugshot Revealed**

**Full List of Cities Trump Admin Accuses of Impeding ICE Efforts**

**Nurse in US for 40 Years Self-Deports—'It's Really Gotten Insane'**

But once the plane landed, the deception became clear. They later discovered the flight was part of a secretive U.S. transfer program, authorized by the Trump administration under the



His mother, Mirelys Casique, learned of the transfer through a video posted online by the Salvadoran government. "It's him. It's him!" she told *Newsweek* in March, recognizing Francisco by his tattoos. "They shaved his head, beat him, and forced him to bow," she said. "They treated him like a criminal, like a dog."

## Hunger and Blood Strikes, Beatings

Once off the plane, Casique said he was shackled and thrown into a bus. "One guard grabbed me by the hair, slammed my head to the bus floor, and threw me into a seat," he said. "Then they added more restraints — wrists, ankles, and a chain to the seat."

Inside the prison, he was beaten, stripped, and forced to change into a white uniform. "They kept hitting us while yelling at us to hurry," he said. "We could hear others screaming."

There were no mattresses, no showers without threat of beatings, and only a bucket for a toilet. "It was cold, and we were sore all over," he said. "You showered at 4 a.m. or got hit."



SUBSCRIBE

LATEST NEWS    FBI To Aid Texas In Locating Democrats Over Redistricting



Casique had entered the United States in December 2023, crossing at Piedras Negras and turning himself in to U.S. authorities. He was released days later, wearing an ankle monitor, and began working as a barber...    More  **COURTESY OF MIRELYS CASIQUE**

Similar accounts have emerged from multiple ex-detainees, including Rafael Martínez and José Mora, who told CNN they were shot with rubber bullets, denied medical care, and subjected to daily beatings while incarcerated inside CECOT. "It was a nightmare. I heard many brothers asking for help, shouting, 'Mom, help!'" Martínez told CNN.

Casique said he and others launched a protest after witnessing a fellow inmate beaten while shackled. "Some of us cut our legs, others went on hunger strikes. We made signs using toothpaste that said 'We are not terrorists, we are migrants.'" But their protest was met with more violence. "They beat us more," he said.

Julio González Jr., another deportee, told *The Washington Post* that guards fired rubber bullets at the men after a hunger strike. "They played with our minds," González said. "They tortured us mentally and physically."

SUBSCRIBE

LATEST NEWS    FBI To Aid Texas In Locating Democrats Over Redistricting



## 'Staged' U.S. Visits Inside CECOT

Casique confirmed what he called "a show" put on during visits by U.S. officials. "They gave us good food, cold juice, and staged religious services — all for photos," he said. "The Americans never spoke to us. We screamed for help, but they just took pictures and left."



US Secretary of Homeland Security Kristi Noem speaks during a tour of the Terrorist Confinement Center (CECOT) as prisoners stand, looking out from a cell, in Tecoluca, El Salvador, on March 26, 2025.    ALEX BRANDON/POOL/AFP VI/

"My soul hurts," she told *Newsweek* in May. "He's very thin. But that sign — asking for help — it's been hard to see. But also a relief. Because he's alive."



Casique is now back in Venezuela following the prisoner exchange. He bears bruises, but no permanent injuries. Still, he wants justice. "We're discussing legal action," he said. "What they did to us was illegal — the abuse, the transfer, the psychological trauma. It can't go unpunished."

Asked by *Newsweek* to respond to those allegations, the State Department said: "We would refer you to the Government of El Salvador."

## Full Interview with Francisco Javier Casique

**Q: Francisco, let's start from the beginning. How did this all begin?**
I was sleeping, getting rest for work, and the police came without warning. They knocked on the door, and when I saw it was them, I opened. They came in aggressively, knocked me down, started hitting me, and said I was under arrest.

**Q: When exactly was this?**
February 6.



**Q: So you were detained for about a month before being transferred in March?**
Yes, I was held through February and into mid-March.

**Q: What were the conditions like in detention? Could you communicate with your family?**
Yes, we had access to tablets to write to officers and talk to our families. I already had a deportation order, and since Venezuela was receiving deportees, I thought I'd be sent there. So I just waited.

**Q: They always told you Venezuela was the destination?**
Yes. I asked, and they confirmed I would be deported to Venezuela. That made me feel a little calmer.

**Q: What was the deportation day like?**
I was in a detention center in Laredo, Texas. The officers said, "You're going to Venezuela, don't worry." We were happy. They said the planes were ready.



**Newsweek**  SUBSCRIBE

LATEST NEWS    FBI To Aid Texas In Locating Democrats Over Redistricting

Some people said they were handed documents, but we refused because we didn't understand what they were. One officer said, "If you don't sign, I'll sign it for you."

**Q: What happened when you got off the plane?**
It was terrible. As soon as we got off, they started beating us. I had shackles on and couldn't move. One guard grabbed me by the hair, slammed my head to the bus floor, and threw me into a seat. Then they put on more restraints — wrists, ankles, and a chain to the seat.

**Q: When were those shackles put on?**
The first set was put on when we left the U.S. detention center. After landing, they added more.



**Q: How did they change you into the white prison uniforms?**
We could hear others screaming. They shaved our heads, hit us, stripped us naked, and yelled at us to put on the uniforms quickly. All of this happened while they kept hitting us.

**Q: What were they hitting you with?**
Batons — especially on the head, since it was shaved.

**Q: Did they ever explain what was happening?**
No. They forced us into a module. I was so weak I couldn't walk or talk. One guard yelled at me to keep going. Eventually, the prison director told us we were in a "center for terrorists" and that we'd spend the rest of our lives there. He said we had no rights and that the only thing we'd have was what we were wearing.

**Newsweek**  SUBSCRIBE

LATEST NEWS    FBI To Aid Texas In Locating Democrats Over Redistricting



**Q: How were the living conditions in the cell?**
No mattresses for a long time. Just a water jug and a bucket. We had to shower early in the morning or get beaten. It was cold, and we were sore all over.

**Q: How did you use the bathroom?**
There were two sections in the same bucket — one for urinating and one for defecating. We got used to it. They used the same water to flush it.

**Q: What were you fed?**
Usually rice with beans or spaghetti and tortillas. To drink, just water.

**Q: Did they treat you differently when U.S. officials visited?**
Absolutely. They'd give us good food, cold juice, and clean everything just for show. It was fake. They did the same with religious services — they were staged for photos.



whispered that it would be our last meal.

**Q: What was it like leaving the prison?**
We were scared, not knowing where we were going. But then we saw Venezuelan officials at the airport, and that's when we finally cried and felt relieved.

**Q: Did you have lasting injuries?**
Just bruises that faded — purple legs, arms, and scratches on my back. Nothing permanent, thankfully.



**Q: Can you describe your tattoos?**
I have tattoos for my mom's birthdate, praying hands for my family, a dragon, compass, a Bible verse, and one I got with a girlfriend in the U.S. We both got matching designs.

**Q: Did you or others ever try to protest or resist the abuse?**
Yes. We were tired of the beatings. Some of us cut our legs, others went on hunger strikes. We made signs using toothpaste that said things like "We are not terrorists, we are migrants." We taped them to the walls so officials could see them.

**Q: Did that change anything?**
At first, no. They beat us more. But eventually, some guards started to speak to us, telling us to calm down and saying things might change. We were given mattresses and sheets for the first time. The abuse eased slightly.



**Q: Did you hear the names of any guards?**
Yes. Two main ones — "Satan" and "Moto Moto." They gave all the orders. If you looked up or didn't kneel during inspections, they beat you.

**Q: Do you want to return to the U.S.?**
No. I'm with my family now. The U.S. offers better work, but life there isn't what people think. I was never hiding. I had a deportation order and just wanted to work and return home.

**Q: How did you enter the U.S.?**
I crossed through Piedras Negras on December 18, 2023. I turned myself in. But I lost the address I was supposed to go to and couldn't retrieve it without my phone, which they wouldn't let me use. They asked about tattoos, took photos, and released me days later.

**Q: Have you thought of taking legal action?**
That what happened to us was a crime. We were labeled as terrorists without evidence. We had no rights, no charges, no lawyers. People say we're lying or exaggerating — but we lived through hell. And I hope one day, those responsible face justice.

