# Exhibit J

**From:** Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Sent:** Friday, July 18, 2025 3:16 PM
**To:** Michelle Mendez <michelle@nipnlg.org>; Bedestani, Erhan (CIV) <Erhan.Bedestani2@usdoj.gov>
**Cc:** Rebecca Scholtz <rebecca@nipnlg.org>; Ingebretsen, Richard (CIV) <Richard.Ingebretsen@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; DeJong, Kevin J <KDeJong@goodwinlaw.com>; Wendy Wylegala <WWylegala@supportkind.org>; mary Ross <mross@bettzedek.org>; Kristin Jackson <kjackson@publiccounsel.org>; Blais, Elaine Herrmann <EBlais@goodwinlaw.com>; Burgess, Brian <BBurgess@goodwinlaw.com>; Azer Habashi, Kelark (CIV)   Kelark.Azer.Habashi2@usdoj.gov>; Zeller, Brandon D (CIV) <Brandon.D.Zeller@usdoj.gov>; Walker, James (CIV) <James.Walker3@usdoj.gov>
**Subject:** RE: [EXTERNAL] Request for Information on J.O.P. CM Cristian's Status Given News Reports

***EXTERNAL***
Hi Michelle,

We are waiting for information from the Department of State and will get that to you as soon as possible.

Thanks,

Ruth Ann

**Ruth Ann Mueller**
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
(202) 598
ruth.a.mueller@usdoj.gov

**From:** Michelle Mendez <michelle@nipnlg.org>
**Sent:** Friday, July 18, 2025 1:50 PM
**To:** Bedestani, Erhan (CIV) <Erhan.Bedestani2@usdoj.gov>
**Cc:** Rebecca Scholtz <rebecca@nipnlg.org>; Ingebretsen, Richard (CIV) <Richard.Ingebretsen@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; Kevin J DeJong <KDeJong@goodwinlaw.com>; Wendy Wylegala <WWylegala@supportkind.org>; mary Ross <mross@bettzedek.org>; Kristin Jackson <kjackson@publiccounsel.org>; Elaine Herrmann Blais <EBlais@goodwinlaw.com>; Brian Burgess <BBurgess@goodwinlaw.com>; Azer Habashi, Kelark (CIV) <Kelark.Azer.Habashi2@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>; Zeller, Brandon D (CIV) <Brandon.D.Zeller@usdoj.gov>; Walker, James (CIV) <James.Walker3@usdoj.gov>
**Subject:** [EXTERNAL] Request for Information on J.O.P. CM Cristian's Status Given News Reports

Counsel,

Various news outlets are reporting that El Salvador is sending an unconfirmed number of detained Venezuelans to Venezuela in exchange for Americans held in Venezuela. Please inform us by 3PM ET today if *J.O.P.* class member Cristian is on one of these flights and, if so, the destination of said flight as well as the time that the flight is scheduled to land. If we do not hear from you by 3PM ET today, we may bring this to the court's attention.

Thank you,

**Michelle N. Méndez** | she/her/ella/elle
Director of Legal Resources and Training
National Immigration Project
Tel: 410-929-4720
Based in Baltimore, MD; admitted in MD only
www.nipnlg.org | @nipnlg


Give today | View our upcoming trainings | Become a member


WARNING: The information contained herein is intended only for the use of the intended recipient(s) and may contain information that is confidential or legally privileged. Interception, copying, accessing, disclosure, distribution, or use of this message or any attachments by any person other than an intended recipient is prohibited. If you are not the intended recipient, please immediately advise the sender by replying by email that this message has been inadvertently transmitted to you and destroy all electronic and paper copies in your possession or control.