# Exhibit M

An official website of the United States Government Here's how you know

Home  >  …  > Welcoming the Release of U.S. Nationals and Politi…

# Welcoming the Release of U.S. Nationals and Political Prisoners Held in Venezuela

**PRESS STATEMENT**

**MARCO RUBIO, SECRETARY OF STATE**

**JULY 18, 2025**

Today, thanks to President Trump's leadership and commitment to the American people, the United States welcomes home ten Americans who were detained in Venezuela. Until today, more Americans were wrongfully held in Venezuela than any other country in the world. It is unacceptable that Venezuelan regime representatives arrested and jailed U.S. nationals under highly questionable circumstances and without proper due process. Every wrongfully detained American in Venezuela is now free and back in our homeland.

I want to thank my team at the State Department, as well as our interagency partners, and especially El Salvador's President Nayib Bukele, for their work to secure these long-awaited releases and their efforts to ensure the safety of U.S. nationals both at home and abroad. Our commitment to the American people is clear: we will safeguard the well-being of U.S. nationals both at home and abroad and not rest until all Americans being held hostage or unjustly detained around the world are brought home.

We also welcome the release of Venezuelan political prisoners and detainees that were also released from Venezuelan prisons. The Trump Administration continues to support the restoration of democracy in Venezuela. The regime's use of unjust detention as a tool of political

Cookie Settings

repression must end. We reiterate our call for the unconditional release of remaining unjustly and arbitrarily detained political prisoners and foreign nationals.

TAGS

Bureau of Western Hemisphere Affairs    El Salvador    Office of the Spokesperson

The Secretary of State    Venezuela

White House

USA.gov

Office of the Inspector General

Archives

Contact Us

America 250