IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

_____
)
J.O.P., *et al.*, )
)
      Plaintiffs, )
)
    v. ) Case No. 8:19-cv-01944-SAG
)
U.S. DEPARTMENT OF HOMELAND )
SECURITY, *et al.* )
)
      Defendants. )
_____)

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS COUNSEL'S MOTION TO FIND PROBABLE CAUSE TO HOLD DEFENDANTS IN CONTEMPT**

Defendants respectfully request an extension of 14 days to respond to Class Counsel's Motion to Find Probable Cause to Hold Defendants in Contempt. ECF No. 375. Defendants' response is currently due August 28, 2025. *See* Local Rule 105(2)(a). If granted, a 14-day extension would set Defendants' deadline as September 11, 2025. In support of their motion Defendants state the following:

1. On August 14, 2025, Class Counsel filed their Motion to Find Probable Cause to Hold Defendants in Contempt. ECF No. 375.

2. Since that time, Defendants are continuing efforts to prepare a response. Despite diligent efforts, additional time is needed to allow Defendants to prepare a full response to Class Counsel's motion, including securing declarations from senior Government officials.

3. No prejudice will attend the granting of this request as the decision of whether to return to the United States is currently pending with Cristian and Class Counsel's motion only concerns allegations of past violations, as opposed to current or future violations. *See* ECF No. 375-1 at 28.

1

4. On August 22, 2025, Defendants' counsel contacted Class Counsel for their position on this request. Class Counsel indicated that they do not oppose the request.

WHEREFORE, the United States respectfully requests that the Court extend the time in which Defendants may file a response to Class Counsel's Motion to Find Probable Cause to Hold Defendants in Contempt by 14 days up through and including September 11, 2025.

Dated: August 22, 2025                    Respectfully submitted,

                                          BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
National Security Section

YAMILETH G. DAVILA
*Assistant Director*

RUTH ANN MUELLER
*Senior Litigation Counsel*

RICHARD G. INGEBRETSEN
ERHAN BEDESTANI
KELARK AZER HABASHI
*Trial Attorneys*

/s/Brandon D. Zeller
BRANDON D. ZELLER
Trial Attorney
NC Bar No. 50245
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (771) 217-8120
Fax: (202) 305-7000
brandon.d.zeller@usdoj.gov
       *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 22nd day of August, a copy of the foregoing was electronically filed and served on counsel by ECF.

/s/Brandon D. Zeller
BRANDON D. ZELLER
Trial Attorney
NC Bar No. 50245
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (771) 217-8120
Fax: (202) 305-7000
brandon.d.zeller@usdoj.gov