IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

_____
)
J.O.P., *et al.*,                      )
                                       )
      Plaintiffs,              )
                                       )
      v.                       )   Case No. 8:19-cv-01944-SAG
                                       )
U.S. DEPARTMENT OF HOMELAND            )
SECURITY, *et al.*                     )
                                       )
      Defendants.              )
_____)

## DEFENDANTS' MOTION TO VACATE PARAGRAPH 2 OF THE COURT'S ORDER OF APRIL 23, 2025

Pursuant to Federal Rule of Civil Procedure 60(b)(5) and (b)(6), Defendants respectfully request that this Court vacate Paragraph 2 of its April 23, 2025 Order, ECF No. 254, directing Defendants "to facilitate Class Member Cristian's return to the United States to await adjudication of his asylum application on the merits by USCIS under the terms of the Settlement Agreement." ECF No. 254 at 2. The issue is now moot considering Cristian's unwillingness to return to the United States more than thirty days following the most recent status hearing held before the court on July 22, 2025. Cristian's unwillingness to return also makes it impossible for the United States to take any further action to facilitate his return, warranting vacatur or relief from the order.

In support of this Motion, Defendants rely on their memorandum filed contemporaneously with this motion. A proposed order is attached.

Dated: August 22, 2025　　　　　　　　Respectfully submitted,

                                            BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation

YAMILETH G. DAVILA
*Assistant Director*

RUTH ANN MUELLER
*Senior Litigation Counsel*

RICHARD G. INGEBRETSEN
BRANDON ZELLER
KELARK AZER HABASHI
*Trial Attorneys*

<u>/s/Erhan Bedestani</u>
ERHAN BEDESTANI
Trial Attorney (MN Bar No. 0504824)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7451
Fax: (202) 305-7000
erhan.bedestani2@usdoj.gov

*Attorneys for Defendants*