IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

|  |  |
|---|---|
| J.O.P., *et al.*, ) | ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 8:19-cv-01944-SAG ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) ) ) |
| Defendants. | ) ) |

### ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Class Counsel's Motion to Find Probable Cause to Hold Defendants in Contempt. It is hereby ordered that the motion is GRANTED. Defendants shall respond to Class Counsel's motion by September 11, 2025.

Dated: August 26, 2025

/s/
HON. STEPHANIE A. GALLAGHER
United States District Judge