IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Civil Action No. 8:19-CV-01944-SAG<br><br>**DEFENDANTS' COMPLIANCE REPORT** |

Pursuant to the settlement agreed to by the Parties and approved by the Court (ECF. No. 199-2), Defendants respectfully submit the following Compliance Report. For their fourth Compliance Report, Defendants report the following steps taken pursuant to Section III of the Settlement Agreement between the Effective Date of the Settlement Agreement and August 21, 2025:[1]

    A. [Relating to Paragraph III.A] On January 30, 2025 USCIS issued a superseding memorandum in accordance with Paragraph III.A of the Settlement Agreement. The public may find this memorandum online under the related links tab at https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/minor-children-applying- for-asylum-by-themselves.

    B. [Relating to Paragraph III.B] USCIS has complied with Paragraph III.B of the Settlement Agreement in determining jurisdiction over Class Members'

---

[1] Defendants acknowledge that they are late in filing this Compliance Report reporting on compliance with Section III.E.2 of the settlement agreement, which was due on Thursday, August 28, 2025. Defendants apologize to Plaintiffs and the Court for the inconvenience.

asylum applications.

C. [Relating to Paragraph III.C] USCIS has issued Adverse Jurisdictional Determinations to 35 Class Members based on USCIS's determination that EOIR has jurisdiction because the Class Member did not meet the statutory UAC definition (found at 6 U.S.C. § 279(g)(2)) at the time of filing their asylum application. USCIS certifies that all of those determinations were issued pursuant to Paragraph III.C of the Settlement Agreement, in that the basis for each Adverse Jurisdictional Determination was the Class Member's placement in adult immigration detention after a Prior UAC Determination but before filing their asylum application.

D. [Relating to Paragraph III.D] USCIS has complied with Paragraph III.D of the Settlement Agreement in determining its jurisdiction over Class Members' asylum applications.

E. [Relating to Paragraph III.E]

1. [Relating to Paragraph III.E.1] As of August 21, 2025, USCIS has retracted Adverse Jurisdictional Determinations in the cases of 68 Class Members, as required by Paragraph III.C.2 of the Settlement Agreement. As of August 21, 2025, USCIS has fully complied with Paragraph III.E.1 of the Settlement Agreement.

2. [Relating to Paragraph III.E.2] As of August 21, 2025, USCIS has retracted Adverse Jurisdictional Determinations in the cases of 300 Class Members, as required by Paragraphs III.B and/or III.D of the Settlement Agreement. Please note that the previous report listed this number at 303.

      The difference here relates to a data entry issue that USCIS has corrected. As of August 21, 2025, USCIS has fully complied with Paragraph III.E.2 of the Settlement Agreement.

    3. [Relating to Paragraph III.E.3] As of August 21, 2025, USCIS has mailed notices of re-examination of jurisdictional determinations to 996 Class Members. As of August 21, 2025, USCIS has fully complied with Paragraph III.E.3 of the Settlement Agreement.

**F.** [Relating to Paragraph III.F] As of August 21, 2025, USCIS has mailed notices to 1871 Class Members notifying them that USCIS has released a hold placed on the application in or after March 2021. As of August 21, 2025, USCIS has fully complied with Paragraph III.F of the Settlement Agreement.

**G.** [Relating to Paragraph III.G] As of February 25, 2025, USCIS has adopted procedures for expediting Class Members' cases as provided under Paragraph III.G of the Settlement Agreement. The public may find those procedures online under the related links tab at https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/minor-children-applying-for-asylum-by-themselves.

Dated: September 4, 2025            Respectfully Submitted,

                                    BRETT A SHUMATE
                                    *Assistant Attorney General*
                                    Civil Division

                                    YAMILETH G. DAVILA
                                    *Assistant Director*

                                    RUTH ANN MUELLER
                                    *Senior Litigation Counsel*

                                    RICHARD G. INGEBRETSEN
                                    KELARK A. HABASHI
                                    BRANDON D. ZELLER

*Trial Attorneys*

<u>*/s/Erhan Bedestani*</u>
ERHAN BEDESTANI
Trial Attorney (MN Bar No. 0504824)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7451
Fax: (202) 305-7000
erhan.bedestani2@usdoj.gov

Attorneys for Defendants