

Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036

goodwinlaw.com
+1 202 346 4000

September 11, 2025

**FILED VIA CM/ECF**

The Honorable Stephanie A. Gallagher
District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

Re:    ***J.O.P., et al. v. U.S. Department of Homeland Security, et al.,***
       **Civil Action No. 19-cv-01944-SAG**

Dear Judge Gallagher:

On Friday, September 5, 2025, undersigned Class Counsel filed an Opposition to Defendants' Motion to Vacate Paragraph 2 of the Court's Order of April 23, 2025. ECF No. 393, Attachment 1. In that filing, we noted that Class Counsel would not oppose an abeyance of the Court's April 23 order, ECF No. 254, to allow Class Member Cristian adequate time to decide whether to return to the United States. ECF No. 393, Attachment 1, at 1, 9-10.

Class Counsel files this letter to clarify that in our Opposition's references to a potential abeyance of the April 23 order, Class Counsel meant to refer specifically and exclusively to Paragraph 2 of the Court's April 23 order (the subject of Defendants' Motion to Vacate, ECF No. 386). In other words, while Class Counsel would not oppose an abeyance of Paragraph 2 of the Court's April 23 order, Paragraphs 1 and 3 of the Court's order should remain in full force and effect.

Sincerely,

*/s/ Brian Burgess*

Brian Burgess

BB



The Honorable Stephanie A. Gallagher
September 11, 2025
Page 2

Cc: Counsel of Record