# Ex. D

| | |
|---|---|
| **From:** | Bedestani, Erhan (CIV) |
| **To:** | Zeller, Brandon D (CIV); DeJong, Kevin J; Ingebretsen, Richard (CIV); Wendy Wylegala; Azer Habashi, Kelark (CIV); Rebecca Scholtz; Mueller, Ruth A. (CIV); Davila, Yamileth G (CIV); Walker, James (CIV) |
| **Cc:** | Michelle Mendez; mary Ross; Kristin Jackson; Blais, Elaine Herrmann; Burgess, Brian |
| **Subject:** | JOP v. DHS et al.: Questions Related to the Meet and Confer Regarding Cristian and Draft Joint JSR |
| **Date:** | Thursday, August 14, 2025 5:51:40 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.jpg<br>Joint Status Report for August 15 as of August 14 at 1750 EDT.docx |
| **Importance:** | High |

Good afternoon Kevin,

Please see attached draft JSR.

Please provide your portion by 10AM EDT if possible.  Please know that Defendants' counsel has had technical and server issues all day and are currently not receiving emails from outside of DOJ.

With respect to the two questions asked during the Meet and Confer yesterday, please see responses below:

**Queston 1:**  In stating "the United States will act in accordance with the current legal authorities and the law" does this include all binding federal court orders?
**Response:**  Yes, the Department of Homeland Security (DHS) will follow all binding federal court orders.

**Question 2:**  Would Cristian be able to challenge his AEA designations via habeas before his asylum application is adjudicated by USCIS?
**Response:**  DHS will act in accordance with the legal authorities and law at the time of Cristian's removal, to include all binding federal court orders, which currently includes the requirements in *Trump v J.G.G.*, No. 24-A-931 (2025).

Additionally, Defendants will oppose any motion for abeyance and DHS will not reconsider its decision to detain Cristian if he returns.

V/R

Erhan


Erhan Bedestani

Trial Attorney

U.S. Department of Justice

Office of Immigration Litigation

District Court National Security Section

P.O. Box 868 Ben Franklin Station

Washington, D.C. 20044

Office:  202-307-0044

Work Cell:  202-598-7451

Email:  erhan.bedestani2@usdoj.gov


**From:** Zeller, Brandon D (CIV) <Brandon.D.Zeller@usdoj.gov>