IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

_____
)
J.O.P., *et al.*,                                         )
                                                                )
      Plaintiffs,                        )
                                                                )
  v.                                                     )   Case No. 8:19-cv-01944-SAG
                                                                )
U.S. DEPARTMENT OF HOMELAND  )
SECURITY, *et al.*                                 )
                                                                )
      Defendants.                      )
_____)

## **[PROPOSED] ORDER**

Before the Court is Class Counsel's Motion to Find Probable Cause to Hold Defendants in Contempt, ECF No. 375. Upon consideration of the motion and Defendants' opposition, it is hereby ordered that the motion is DENIED.

This ___ day of _____, 2025.

_____
Stephanie A. Gallagher
United States District Judge