IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

_____
                                    )
J.O.P., *et al.*,                   )
                                    )
    Plaintiffs,                   )
                                    )
  v.                                ) Case No. 8:19-cv-01944-SAG
                                    )
U.S. DEPARTMENT OF HOMELAND         )
SECURITY, *et al.*                  )
                                    )
    Defendants.                   )
_____ )

## NOTICE OF APPEAL

Notice is hereby given that Defendants the United States Department of Homeland Security, *et al.*, in the above captioned case hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and the Order entered on July 15, 2025, by the Honorable United States District Judge Stephanie Gallagher granting, in part, and denying, in part, Plaintiffs' Motion for Attorney Fees and Expenses, ECF Nos. 333, 334.

Dated: September 12, 2025                Respectfully submitted,

                                                                 BRETT A. SHUMATE
                                                                  *Assistant Attorney General*
                                                                  Civil Division

                                                                  YAMILETH G. DAVILA
                                                                  Assistant Director

                                                                  RUTH ANN MUELLER
                                                                  *Senior Litigation Counsel*

                                                                  RICHARD G. INGEBRETSEN
                                                                  BRANDON D. ZELLER
                                                                  KELARK AZER HABASHI
                                                                  Trial Attorney

                                                                  */s/Erhan Bedestani*

ERHAN BEDESTANI
Trial Attorney (MN Bar No. 0504824)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7451
Fax: (202) 305-7000
erhan.bedestani2@usdoj.gov

Attorneys for Defendants