IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Civil Action No. 8:19-CV-01944-SAG |

**CLASS COUNSEL'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO FIND
PROBABLE CAUSE TO HOLD DEFENDANTS IN CONTEMPT**

Class Counsel respectfully requests an extension of 14 days to file their Reply Brief in support of their Motion To Find Probable Cause To Hold Defendants in Contempt (ECF No. 375). Class Counsel's Reply Brief is currently due on September 25, 2025. Local Rule 105(2)(a). If granted, a 14-day extension would set Class Counsel's deadline as October 9, 2025. In support of this motion for extension, Class Counsel states the following:

1. On August 14, 2025, Class Counsel filed their Motion To Find Probable Cause To Hold Defendants in Contempt (ECF No. 375).

2. The Court granted Defendants' unopposed request for a 14-day extension to file their Opposition Brief on August 26, 2025 (ECF No. 387).

3. Defendants filed their Opposition Brief on September 11, 2025 (ECF No. 395).

4. Class Counsel have begun preparing their Reply Brief, but expect to need additional time in view of team members' availability over the next few weeks.

1

5. On September 16, 2025, Class Counsel contacted Defendants for their position on this motion. Defendants stated that they do not oppose the requested extension.

6. Granting this motion will not prejudice Defendants, who do not oppose the relief sought herein.

WHEREFORE, Class Counsel respectfully requests that the Court extend the time for Class Counsel to file their Reply Brief to their Motion To Find Probable Cause To Hold Defendants in Contempt by 14 days to and including October 9, 2025.

Dated: September 16, 2025

Respectfully submitted,

/s/ Brian T. Burgess
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDejong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5494
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA, 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Attorneys for Plaintiffs*

*\* Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 16, 2025, a copy of the foregoing was electronically filed and served on counsel by ECF.

/s/ Brian T. Burgess
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001-4432
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com