IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>      Defendants. | Civil Action No. 8:19-CV-01944-SAG |

## ORDER

Before the Court is Class Counsel's unopposed motion for a 14-day extension of the time to file their reply brief to their motion to find probable cause to hold Defendants in contempt. It is hereby ordered that the extension motion is GRANTED. Class Counsel shall file their reply brief by October 9, 2025.

Dated: September 16, 2025             /s/
                                             HON. STEPHANIE A. GALLAGHER
                                             United States District Judge