IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 8:19-cv-01944-SAG |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) |
| Defendants. | ) |

**[Proposed] ORDER**

UPON CONSIDERATION of Defendants' Motion to Seal, it is this day __ of September 2025, ORDERED that:

1. Defendants' Motion to Seal is Granted.

2. Defendants' unredacted reply to Plaintiffs' opposition to Defendants' motion to vacate paragraph 2 of the Court's April 23, 2025 order (ECF 392) shall remain under seal.

Dated:_____

_____
HON. STEPHANIE A. GALLAGHER
United States District Judge