IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

_____
                                      )
J.O.P., *et al.*,                     )
                                      )
       Plaintiffs,                     )
                                      )
      v.                              )  Case No. 8:19-cv-01944-SAG
                                      )
U.S. DEPARTMENT OF HOMELAND           )
SECURITY, *et al.*                    )
                                      )
       Defendants.                     )
_____)

**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S
JULY 22, 2025 ORDER**

On July 22, 2025, the Court issued an order directing the parties to file a weekly joint status report apprising the Court of developments in the parties' discussions regarding the return of Cristian to the United States for an adjudication on the merits of his asylum application by USCIS. *See* ECF No. 358.

**Defendants' Position**

Cristian has not expressed a present interest to return to the United States from his native Venezuela. Accordingly, Defendants filed their motion to vacate this Court's April 23, 2025, order, ECF No. 254, as to facilitation on Friday, August 22, 2025. ECF No. 386.

On September 24, 2025, Plaintiffs' Counsel informed Defendants' Counsel that they do not have any updates regarding Cristian's decision to return to the United States since the last joint status report filed on September 19. ECF No. 404. Plaintiffs' counsel informed Defendants via email on September 24, 2025, that "[they] have not had further communication from Cristian…." It is Defendants' understanding that Class Counsel, despite efforts to communicate with Cristian, last successfully contacted him a week prior to filing of the August 29, 2025, Joint Status Report. ECF No. 388.

1

**Class Counsel's Position**

Class Counsel agreed with Defendants to postpone the parties' weekly meet and confer unless the government had a new position to provide. To date, there has been no movement in the government's unwillingness to consider alternatives to detention that would better approximate restoring Cristian to the status quo ante if he returns, and thus, no new information for Class Counsel to relay to Cristian to consider. Further, despite Class Counsel's efforts, Class Counsel has not been able to speak with Cristian since approximately August 12 and are concerned about his safety and well-being.

DATED: September 26, 2025

Respectfully Submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

YAMILETH G. DAVILA
*Assistant Director*

RUTH ANN MUELLER
*Senior Litigation Counsel*

RICHARD G. INGEBRETSEN
BRANDON D. ZELLER
KELARK AZER HABASHI
*Trial Attorneys*

*/s/ Erhan Bedestani*
Erhan Bedestani (MN Bar 0504824)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington D.C. 20044
T: (202) 598-7451
erhan.bedestani2@usdoj.gov
*Counsel for Defendants*

*/s/ Brian Burgess*

*Attorneys for Plaintiffs and the Class*
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5495
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 26, 2025, I served an electronic copy of the foregoing on counsel for the Plaintiffs via the Court's CM/ECF system.

                                        */s/ Erhan Bedestani*
                                        Erhan Bedestani (MN Bar 0504824)
                                        *Trial Attorney*
                                        U.S. Department of Justice, Civil Division
                                        Office of Immigration Litigation