IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**CLASS COUNSEL'S RESPONSE TO DEFENDANTS' MOTION FOR STAY OF PARAGRAPH TWO OF THE COURT'S JULY 22, 2025 ORDER TO PROVIDE <u>WEEKLY STATUS REPORTS (ECF No. 411)</u>**

Class Counsel files this Response to Defendants' Motion for Stay of Paragraph 2 of the Court's July 22, 2025 Order (ECF No. 358) to Provide Weekly Status Reports, ECF No. 411, to clarify that while Class Counsel did not oppose Defendants' request to stay the requirement to provide weekly status reports, Class Counsel opposes Defendants' apparent request, found in paragraph 4 of their motion, to extend all deadlines in this case. Class Counsel therefore respectfully requests that the Court clarify the scope of its Margin Order, ECF No. 415.

1. In advance of filing their motion on October 1, 2025, Defendants asked for Class Counsel's position only as to a stay of the weekly Joint Status Report required by ECF No. 358. Defendants' motion accurately relays Class Counsel's non-opposition to a stay of the weekly joint status reports requirement during the time that the government is closed, with the understanding that a party may move sooner to reinstate the joint status reports. ECF No. 411 ¶ 6.

2. However, Class Counsel was not asked about, and did not consent to, a stay of any other deadlines in this case. Class Counsel was thus surprised to see in Defendants' motion a request that, if a stay is granted and Congress later appropriates funds for the Department, "at that

point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations." ECF No. 411 ¶ 4. Class Counsel opposes the request to extend all, or any other, forthcoming deadlines.

3. For example, Class Counsel regularly provides Defendants with written notice of alleged violations of the settlement agreement, and under Paragraph V.D, Defendants must provide a written response "within a reasonable period not to exceed 60 days" and must meet and confer with Class Counsel within 90 days of the written notice. At present, Class Counsel awaits a written response from Defendants on multiple such alleged violations. Excusing Defendants from these deadlines could seriously prejudice impacted class members.

Class Counsel therefore opposes paragraph 4 of Defendants' motion and requests that the Court clarify that its order, ECF No. 415, grants only Defendants' motion to stay the requirement to provide weekly joint status reports.

Dated: October 2, 2025

Respectfully submitted,

/s/ Brian T. Burgess
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com
Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration
30 S. 10th Street (c/o University of St. Thomas
Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5494
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*