

Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
1900 N Street NW
Washington, D.C. 20036

goodwinlaw.com
+1 202 346 4000

October 2, 2025

**FILED VIA ECF**

The Honorable Stephanie A. Gallagher
District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

Re:   *J.O.P., et al. v. U.S. Department of Homeland Security, et al.,*
      **Civil Action No. 19-cv-01944-SAG**

Dear Judge Gallagher:

Undersigned Class Counsel writes to notify the Court of a development in this case, about which we may seek the Court's intervention. Earlier this week, counsel for Defendants informed us of six (6) removals of "potential" *J.O.P.* class members that appear to violate the settlement agreement, ECF 199-2, ¶ III.I, and the Court's April 23 order, ECF No. 254. Three of the individuals were removed nearly three months ago; Defendants have not specified when the other three removals occurred.

Class Counsel has requested additional information from Defendants about these six individuals, including their current contact information and the name and contact information of any immigration counsel. Defendants have not yet provided any additional information. Class Counsel will seek to meet and confer with Defendants about these cases next week.

Class Counsel is concerned that removals of class members in violation of the settlement agreement and the court's April 23 order continue to occur; these six new cases bring the total of such removals—that Class Counsel is aware of—to nine (9). Class counsel is additionally concerned about past and forthcoming removals in violation of the agreement because of the increasing numbers of class members being detained by ICE, as reported to us by immigration attorneys representing class members.

After further conferring with Defendants and conducting further investigation as outlined above, Class Counsel may bring an appropriate motion before this Court related to these continuing violations once additional information comes to light.  Because it is possible that such motions may seek expedited



The Honorable Stephanie A. Gallagher
October 2, 2025
Page 2

relief (depending on what facts Class Counsel identify), Class Counsel are submitting this letter to the Court now to apprise the Court of these developments and the prospect of further motion practice.

Sincerely,


*/s/ Brian Burgess*


BB

Cc: Counsel of Record