# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

_____
)
J.O.P., *et al.*, )
)
      Plaintiffs, )
)
    v. )  Case No. 8:19-cv-01944-SAG
)
U.S. DEPARTMENT OF HOMELAND )
SECURITY, *et al.* )
)
      Defendants. )
_____)

## **DEFENDANTS' NOTICE OF RESTORATION OF APPROPRIATIONS**

Pursuant to the Court's Order granting Defendants' Motion for Stay of Paragraph 2 of the Court's July 22, 2025, Order (ECF No. 358) to Provide Weekly Status Reports (ECF No. 415), Defendants hereby notify the Court and parties that effective November 12, 2025, funding for the Department of Justice was restored, permitting a resumption of the Department's usual civil litigation functions on November 13, 2025. Defendants will be able to resume filing weekly joint status reports pursuant to the Court's July 22, 2025, Order starting November 21, 2025.[1]

Dated: November 13, 2025        Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General
                                              Civil Division

                                              RUTH ANN MUELLER
                                              Acting Assistant Director
                                              Office of Immigration Litigation

---

[1] Pursuant to Class Counsel's Second Motion to Enforce the Settlement Agreement, it is Defendants' understanding that as of November 3, 2025, "Class Counsel has not heard from [Cristian] since mid-August." ECF No. 428-2 at 8.

EVAN P. SCHULTZ
Trial Attorney

*/s/Richard Ingebretsen*
Richard Ingebretsen
Trial Attorney (D.C. Bar No. 1736200)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4848
Fax: (202) 305-7000
richard.ingebretsen@usdoj.gov

*Attorneys for Defendants*