IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| J.O.P., *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil No. SAG-19-01944 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 14th day of November, 2025, ordered that:

1. Class Counsel's Motion for Order Directing Defendants to Provide Prompt Notice of Class Member's Return to the United States, ECF 320, is DENIED;
2. Class Counsel's Motion to Find Probable Cause to Hold Defendants in Contempt, ECF 375, is DENIED;
3. Defendants' Motion to Vacate, ECF 386, is DENIED; and
4. the Clerk is directed to file the Court's accompanying memorandum opinion UNDER SEAL, and the parties will be afforded one week to confer and notify this Court of proposed redactions to be made to a publicly filed version. Should this Court not receive proposed redactions within one week, it will file this opinion publicly in full.

/s/
Stephanie A. Gallagher
United States District Judge