IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>        Defendants. | Civil Action No. 8:19-CV-01944-SAG<br><br>**DEFENDANTS' SIXTH COMPLIANCE REPORT** |

Pursuant to the settlement agreed to by the Parties and approved by the Court (ECF. No. 199-2), Defendants respectfully submit the following Compliance Report. For their sixth Compliance Report, Defendants report on compliance with Paragraphs III.A through G of the Settlement Agreement between the date of issuance of the USCIS memo (January 30, 2025) and November 13, 2025:

    A. [Relating to Paragraph III.A] On January 30, 2025, USCIS issued a superseding memorandum in accordance with Paragraph III.A of the Settlement Agreement. After consulting with Plaintiffs regarding several allegations that this memorandum violated the settlement agreement, USCIS published a revised memorandum on October 30, 2025. The public may find this memorandum online at https://www.uscis.gov/sites/default/files/document/legal-docs/JOP_UAC_Procedures_Memo_10.30.2025.pdf or under the Related Links tab at https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/minor-children-applying-for-asylum-by-themselves.

    B. [Relating to Paragraph III.B] USCIS has complied with Paragraph III.B of

the Settlement Agreement in determining jurisdiction over Class Members' asylum applications.

C. [Relating to Paragraph III.C] USCIS has issued Adverse Jurisdictional Determinations to 43 Class Members based on USCIS' determination that EOIR has jurisdiction because the Class Member did not meet the statutory unaccompanied alien child (UAC) definition (found at 6 U.S.C. § 279(g)(2)) at the time of filing their asylum application. USCIS certifies that all of those determinations were issued pursuant to Paragraph III.C of the Settlement Agreement, in that the basis for each Adverse Jurisdictional Determination was the Class Member's placement in adult immigration detention after a Prior UAC Determination but before filing their asylum application.

D. [Relating to Paragraph III.D] USCIS has complied with Paragraph III.D of the Settlement Agreement in determining its jurisdiction over Class Members' asylum applications.

E. [Relating to Paragraph III.E]

1. [Relating to Paragraph III.E.1] As of November 13, 2025, USCIS has retracted Adverse Jurisdictional Determinations in the cases of 68 Class Members, as required by Paragraph III.C.2 of the Settlement Agreement. As of November 13, 2025, USCIS has fully complied with Paragraph III.E.1 of the Settlement Agreement.

2. [Relating to Paragraph III.E.2] As of November 13, 2025, USCIS has retracted Adverse Jurisdictional Determinations in the cases of 300 Class Members, as required by Paragraphs III.B and/or III.D of the Settlement

Agreement. As of November 13, 2025, USCIS has fully complied with Paragraph III.E.2 of the Settlement Agreement.

3. [Relating to Paragraph III.E.3] As of November 13, 2025, USCIS has mailed notices of re-examination of jurisdictional determinations to 996 Class Members. As of November 13, 2025, USCIS has fully complied with Paragraph III.E.3 of the Settlement Agreement.

F. [Relating to Paragraph III.F] As of November 13, 2025, USCIS has mailed notices to 1,871 Class Members notifying them that USCIS has released a hold placed on the application in or after March 2021. As of November 13, 2025, USCIS has fully complied with Paragraph III.F of the Settlement Agreement.

G. [Relating to Paragraph III.G] As of February 25, 2025, USCIS has adopted procedures for expediting Class Members' cases as provided under Paragraph III.G of the Settlement Agreement. The public may find those procedures online at https://www.uscis.gov/sites/default/files/document/legal-docs/JOP_UAC_Procedures_Memo_10.30.2025.pdf or under the Related Links tab at https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/minor-children-applying-for-asylum-by-themselves.

Dated: November 20, 2025                Respectfully Submitted,

BRETT A SHUMATE
*Assistant Attorney General*
Civil Division

RUTH ANN MUELLER
*Acting Assistant Director*

EVAN P. SCHULTZ
*Trial Attorney*

*/s/ Richard Ingebretsen*

Richard Ingebretsen
Trial Attorney (D.C. Bar 1736200)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4848
Richard.Ingebretsen@usdoj.gov

Attorneys for Defendants