IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

_____
                                  )
J.O.P., *et al.*,                 )
                                  )
        Plaintiffs,               )
                                  )
    v.                            )  Case No. 8:19-cv-01944-SAG
                                  )
U.S. DEPARTMENT OF HOMELAND       )
SECURITY, *et al.*                )
                                  )
        Defendants.               )
_____)

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Filed Under Seal, it is this day ___ of November 2025, ORDERED that:

1. Defendants' Motion to File Under Seal is GRANTED.

Dated: November 21, 2025                    _____/s/_____
                                            HON. STEPHANIE A. GALLAGHER
                                            United States District Judge