IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

J.O.P., *et al.*,

    Plaintiffs,

v.

U.S. Department of Homeland Security, *et al.*,

    Defendants.

Civil Action No.
8:19-CV-01944-SAG

## ORDER

UPON CONSIDERATION of Class Counsel's motion to seal, it is this day 21 of November 2025, **ORDERED** that:

1. Class Counsel's motion is **GRANTED**;

2. Exhibit F to the Declaration of Kevin DeJong should remain under seal until further order of this Court.

Dated: November 21, 2025

/s/
HON. STEPHANIE A. GALLAGHER
United States District Judge