IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>　　Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**CLASS COUNSEL'S EMERGENCY MOTION
TO ENFORCE THE SETTLEMENT AGREEMENT
AND TO FIND DEFENDANTS IN CIVIL CONTEMPT**

The Court-approved Settlement Agreement prohibits the removal of Class Members who have not been afforded an adjudication by USCIS on the merits of their asylum application. After Defendants removed a Class Member in March 2025 in violation of the Settlement Agreement, this Court issued a class-wide order on April 23, 2025 prohibiting Defendants from removing Class Members from the United States. Nevertheless, Defendants continue to remove Class Members from the United States in violation of the Settlement Agreement and the Court's order. In total, Defendants have notified Class Counsel, after the fact, of ten removals of asylum seekers they identified as potential *J.O.P.* Class Members—and Class Counsel fear that the true number may be higher.

This Court should order Defendants to: (1) take all necessary steps to determine whether any individual Defendants seek to remove is a Class Member; (2) provide prompt, individual notice to detained Class Members of their rights under the Agreement; (3) undertake a comprehensive review to identify any other Class Members wrongfully removed; and (4) provide regular status reports regarding compliance with this Court's order. These measures are necessary to remedy Defendants' continuing violations of the Settlement Agreement and the Court's April 23 order and to prevent further unlawful removals of Class Members awaiting an asylum adjudication on the merits.

In support of this motion, Class Counsel rely on their memorandum and supporting declarations, filed contemporaneously with this motion.

A proposed order is attached.

Dated: January 22, 2026

Respectfully submitted,

*/s/ Brian T. Burgess*

Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403

Phone: 202-742-4423
Fax: 617-227-5495
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Attorneys for Plaintiffs and the Class*

*Admitted *pro hac vice*