IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

## CLASS COUNSEL'S EMERGENCY MOTION FOR EXPEDITED BRIEFING

Class Counsel has filed an Emergency Motion to Enforce the Settlement Agreement and to Find Defendants in Civil Contempt in view of Defendants' repeated removals of Class Members in violation of the parties' Settlement Agreement and this Court's April 23, 2025 order. Defendants have notified Class Counsel, after the fact, of ten removals of asylum seekers they identified as potential *J.O.P.* Class Members—and Class Counsel fear that the true number may be higher.  This Court should order Defendants to: (1) take all necessary steps to determine whether any individual Defendants seek to remove is a Class Member; (2) provide prompt, individual notice to detained Class Members of their rights under the Agreement; (3) undertake a comprehensive review to identify any other Class Members wrongfully removed; and (4) provide regular status reports regarding compliance with this Court's order.  These measures are necessary to remedy Defendants' continuing violations of the Settlement Agreement and the Court's April 23 order and to prevent further unlawful removals of Class Members awaiting an asylum adjudication on the merits.

Pursuant to the Court's November 20, 2025 order (ECF No. 448), on November 28, 2025, Defendants provided a written response regarding their continuing removal of Class Members. On December 22, 2025, the parties held a two-hour meet and confer to discuss the steps Defendants employ to identify Class Members and to enter a stay for those members in their system of records and why those efforts failed in the cases of the individuals who were removed in violation of the Settlement Agreement. The parties were not able to reach any resolution on the meet and confer. To the contrary, the meet and confer confirms ICE fails to make any effort to discern Class membership *before* it removes noncitizens. And even where ICE places alerts in the records of Class Members identified by USCIS indicating that their removal is prohibited—an alert required by the Settlement Agreement—ICE concedes that it may have ignored the alert and removed the Class Members anyway. Class Counsel brings an emergency motion to enforce the Settlement Agreement on a class-wide basis and to hold Defendants in civil contempt.

Class Counsel seek an expedited briefing schedule, with the Government's opposition due in seven (7) days and a reply brief due seven (7) days later, as opposed to the standard fourteen (14) days and fourteen (14) days, respectively, pursuant to the Local Rules. Expedited briefing is warranted because Defendants continue to remove Class Members in violation of the Settlement Agreement and the Court's April 23, 2025 Order and prompt relief may prevent further removals. Defendants have not provided any assurance that they will stop removing more Class Members who have not received an adjudication on the merits of their asylum application. Expedited relief is necessary to prevent further harm to Class Members.

Dated: January 22, 2026

Respectfully submitted,

*/s/ Brian T. Burgess*

Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*

3

National Immigration Project
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5495
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publicccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Attorneys for Plaintiffs and the Class*

*Admitted *pro hac vice*