IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

## ORDER

UPON CONSIDERATION of Class Counsel's Motion for Expedited Briefing, it is this day  23  of January 2026, ORDERED that:

1. Defendants' opposition, if any, to Class Counsel's Emergency Motion to Enforce the Settlement Agreement and to Find Defendants in Civil Contempt is due on January 29, 2026;

2. Class Counsel's reply, if any, in support of their Emergency Motion to Enforce the Settlement Agreement and to Find Defendants in Civil Contempt is due on February 5, 2026.


Dated: January 23, 2026                            /s/
                                   HON. STEPHANIE A. GALLAGHER
                                   United States District Judge