**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**Fax (410) 962-1812**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

February 6, 2026

LETTER ORDER

    Re:  J.O.P., et al v. U.S. Department of Homeland Security, et al.
          Civil Case No. SAG-19-1944

Dear Counsel:

    This is to confirm that a Motions Hearing has been scheduled for **Wednesday, February 18, 2026 at 11:00 a.m.**

    This Court would like Counsel to come prepared to discuss certain issues at the hearing. For Defendants, this Court would like additional information regarding how and why the eight individuals were removed in violation of the Settlement Agreement. Specifically, were banners marking the individuals as potential class members not present in ICE's system at the time of the removals or were the banners present but disregarded? While this Court understands that Defendants contend these determinations may require a "cumbersome" manual review, the information is pertinent to this Court's analysis. For Plaintiffs, this Court would like greater specificity about the remedial measures among the "all necessary steps" they request this Court order Defendants to take to identify Class Members before removal, and where the justification for those measures is found in the Settlement Agreement or this Court's prior orders.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                            Sincerely yours,

                                            /s/

                                            Stephanie A. Gallagher
                                            United States District Judge