IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOP, et al.<br>**Plaintiff,** | * | |
| | * | |
| v. | * | Case No. 8:19-01944 |
| DHS, et al.<br>**Defendant.** | * | |
| | * | |

**REQUEST FOR ENTRY OF APPEARANCE**
**ON BEHALF OF A FEDERAL GOVERNMENT AGENCY**

Please enter my appearance in this case on behalf of __Defendants__.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| District of Columbia | May 19, 2025 |
| | |
| | |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

February 12, 2026
Date

*[signature]*
Signature

Larissa Johnson, DC Bar #90034719
Printed name and bar number

P.O. Box 868, Washington, DC 20044
Address

Larissa.K.Johnson@usdoj.gov
Email address

202-598-9126
Telephone number

202-305-7000
Fax number

If you are *not* a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**