# EXHIBIT 1

| | |
|---|---|
| **From:** | Schultz, Evan P. (CIV) |
| **To:** | Michelle Mendez; Burgess, Brian; Blais, Elaine Herrmann; DeJong, Kevin J; Wendy Wylegala; Kristen Jackson; Rebecca Scholtz; Mary Ross |
| **Cc:** | Ingebretsen, Richard (CIV); Reno, Catherine M (CIV); Clem, Joshua (CIV); Johnson, Larissa K. (CIV); Mueller, Ruth A. (CIV) |
| **Subject:** | RE: [EXTERNAL] Re: J.O.P.: Violation of settlement agreement, |
| **Date:** | Wednesday, February 11, 2026 11:36:59 AM |
| **Attachments:** | image001.png |

**[External Email]**

Michelle –

This email confirms that we have received your notice of alleged violation concerning E████ ████ M████ P████ ████████, and also that we have forwarded your notice to DHS.

You sent the notice of alleged violation to us on Feb. 5, 2026. We will respond to you in writing by April 7, 2026, which is within the 60 day-period stated in the Settlement Agreement (the 60th day after February 5, 2026 is Sunday April 6, 2026, but that falls on a weekend, so instead we will respond by the next business day, which is Monday April 7).

Sincerely,

---

**Evan P. Schultz**
U.S. Department of Justice | Civil Division, Office of Immigration Litigation
Email Address: Evan.P.Schultz2@usdoj.gov
Phone: (202) 892-0873



---

From: Michelle Mendez <michelle@nipnlg.org>
Sent: Tuesday, February 10, 2026 5:31 PM
To: Schultz, Evan P. (CIV) <Evan.P.Schultz2@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>; Clem, Joshua (CIV) <Joshua.Clem2@usdoj.gov>; Lindefjeld, Robert O (CIV) <Robert.O.Lindefjeld@usdoj.gov>; Ingebretsen, Richard (CIV) <Richard.Ingebretsen@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Burgess, Brian <BBurgess@goodwinlaw.com>; Blais, Elaine Herrmann <EBlais@goodwinlaw.com>;

DeJong, Kevin J <kdejong@goodwinlaw.com>; Wendy Wylegala <wwylegala@supportkind.org>; kjackson <kjackson@publiccounsel.org>; Rebecca Scholtz <rebecca@nipnlg.org>; Mary Ross <mross@bettzedek.org>
**Subject:** [EXTERNAL] Re: J.O.P.: Violation of settlement agreement, ▇

Counsel,

We have not received a response to this email informing you of ▇ unlawful removal. Please respond to confirm that DHS is working to expeditiously return this wrongfully removed *J.O.P.* class member to the United States.

Thank you,



**Michelle N. Méndez** | she/her/ella/elle
Director of Legal Resources and Training
National Immigration Project
Tel: 410-929-4720
Based in Baltimore, MD; admitted in MD only
www.nipnlg.org | @nipnlg

Give today | View our upcoming trainings | Become a member

WARNING: The information contained herein is intended only for the use of the intended recipient(s) and may contain information that is confidential or legally privileged. Interception, copying, accessing, disclosure, distribution, or use of this message or any attachments by any person other than an intended recipient is prohibited. If you are not the intended recipient, please immediately advise the sender by replying by email that this message has been inadvertently transmitted to you and destroy all electronic and paper copies in your possession or control.

On Thu, Feb 5, 2026 at 11:33 PM Michelle Mendez <michelle@nipnlg.org> wrote:

> Counsel,
>
> We learned that DHS unlawfully removed another J.O.P. class member. DHS removed E▇ M▇ P▇ (DOB: ▇ whose asylum application remains pending with USCIS, to Guatemala. As you know, removal of a J.O.P. class member who is awaiting an asylum adjudication by USCIS violates the J.O.P. settlement agreement. We ask DHS to promptly remedy the violation by returning the class member to the United States so that he can have his asylum application adjudicated by USCIS, as he is entitled to by section III.B of the agreement.
>
> Note that ▇ was not in removal proceedings. The Immigration Judge terminated

his removal proceedings on June 12, 2023. It seems that DHS did not file a Notice to Appear with the Immigration Court to initiate removal proceedings despite detaining him for approximately 26 days (from January 9, 2026 to February 4, 2026) in at least two different ICE detention facilities. On February 3, 2026, a DHS official informed ▇ immigration counsel that they planned to file the NTA with the Immigration Court, denied that ▇ had sought voluntary departure, and omitted any mention of plans to remove ▇ the following day.

Note also that ▇ has diagnosed intellectual disabilities and is unable to read and write. According to his immigration counsel, ▇ informed DHS of his limitations while he was detained.

Attached please find:

- ▇ I-589 receipt notice dated June 27, 2019 (and reflecting that he paid the $100 annual asylum fee before this fee was stayed),

- His ORR Verification of Release Form as proof of his prior UC determination and that he was released to his mother with whom he was residing when he filed his I-589,

- The order from the Immigration Judge terminating proceedings,

- A print out from the EOIR Automated Case Information website showing that "[t]here are no future hearings for [his] case" as of today,

- A print out from the USCIS Case Status Online webpage reflecting ▇ I-589 status as "pending" as of today.

Please respond promptly to confirm that DHS will expeditiously return this wrongfully removed J.O.P. class member to the United States.

Thank you,



**Michelle N. Méndez** | she/her/ella/elle
Director of Legal Resources and Training
National Immigration Project
Tel: 410-929-4720
Based in Baltimore, MD; admitted in MD only
www.nipnlg.org | @nipnlg

Give today | View our upcoming trainings | Become a member

WARNING: The information contained herein is intended only for the use of the intended recipient(s) and may contain information that is confidential or legally privileged. Interception, copying, accessing, disclosure, distribution, or use of this message or any attachments by any person other than an intended recipient is prohibited. If you are not the intended recipient, please immediately advise the sender by replying by email that