IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, | ) |
|   Plaintiffs, | ) |
| v. | )  Case No. 8:19-cv-01944-SAG |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) |
|   Defendants. | ) |

## **DEFENDANTS' OPPOSED MOTION FOR VIDEO TESTIMONY AT THE MARCH 19, 2026 EVIDENTIARY HEARING**

Defendants respectfully request the Court's permission for non-local witnesses to testify via videoconference at the upcoming March 19, 2026 evidentiary hearing.

In order to comply with the Court's February 23, 2026 letter order directing Defendants to produce individuals with personal knowledge to provide testimony on five identified topics, ECF No. 472, Defendants anticipate calling approximately eleven witnesses for the currently scheduled one-day evidentiary hearing. Defendants intend to identify those witnesses to Plaintiffs and the Court prior to the March 19, 2026 evidentiary hearing. Whether or not this Court permits video testimony for individuals not in the Washington, DC/Baltimore region will dictate who is identified by Defendants. The parties informally discussed Defendants' identification of witnesses by March 12, 2026.

Good cause exists for this Motion. At the end of the day on February 13, 2026, the appropriations act that had been funding Defendant Department of Homeland Security (DHS), which contains Defendants U.S. Citizenship and Immigration Services and U.S.

Immigration and Customs Enforcement, expired and appropriations to DHS lapsed. As of March 6, 2026, funding has not been restored to DHS. Defendants do not know when funding will be restored by Congress. Given the large number of anticipated witnesses, the ongoing lapse in appropriations for DHS, and the short amount of time before the hearing, Defendants seek leave of the court for non-local witnesses (potentially as far as California) to be called remotely via videoconference.

On February 27, 2026, Counsel for Defendants requested Class Counsels' views. They stated on March 2, 2026 that they oppose this motion.

Dated: March 6, 2026                                  Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JOSHUA CLEM
Trial Attorneys

*/s/ Larissa Johnson*
LARISSA JOHNSON
Trial Attorney (D.C. Bar No. 90034719)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Telephone: (202) 598-9126
Fax: (202) 305-7000
Larissa.K.Johnson@usdoj.gov
*Counsel for Defendants*