**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>Fax (410) 962-1812<br>MDD_SAGchambers@mdd.uscourts.gov |

March 6, 2026

<u>LETTER ORDER</u>

      Re:  <u>J.O.P., et al. v. U.S. Department of Homeland Security, et al.</u>
            Civil Case No. SAG-19-1944

Dear Counsel:

      Defendants' motion, ECF 478, requesting permission for remote testimony by non-local witnesses, is granted as it pertains to any witness whose work station is located outside of Maryland or the District of Columbia. If counsel *for either party* intends to present exhibits to such witnesses, they must notify this Court accordingly no later than Tuesday, March 17, 2026, so counsel may coordinate with courtroom personnel regarding procedures for presentation.

      Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

                                            Sincerely yours,

                                            /s/

                                          Stephanie A. Gallagher
                                          United States District Judge