

Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
1900 N Street NW
Washington, D.C. 20036

goodwinlaw.com
+1 202 346 4000

March 12, 2026

**FILED VIA ECF**

The Honorable Stephanie A. Gallagher
District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

**Re:    *J.O.P., et al. v. U.S. Department of Homeland Security, et al.,*
       Civil Action No. 19-cv-01944-SAG**

Dear Judge Gallagher:

Pursuant to the Court's March 5, 2026 Order (ECF No. 477), the parties held a meet-and-confer on March 9, 2026 regarding the implications of USCIS's December 2, 2025 Policy Memorandum (the "No Asylum Adjudications Memo") on *J.O.P.* Class Members.  The parties were not able to resolve the issues, and therefore Class Counsel has provided the Court, concurrently with this filing, a copy of the recording of the meet-and-confer.  A copy of the video file, on a USB memory stick, was delivered to the Court today via FedEx.  Class Counsel has also provided Defendants with a copy of the recording.

As set forth in the Court's March 5 Order, the parties were instructed to engage in a "robust and fact-specific discussion regarding the USCIS Policy Memo, including (1) whether the hold set forth in the USCIS Policy Memo applies to *J.O.P.* Class Members, and how many asylum decisions on the merits USCIS has issued to Class Members since December 2, 2025; and (2) whether, notwithstanding the USCIS Policy Memo, USCIS has granted, and will grant, requests to expedite Class Members' asylum applications, as set forth in Section III.G of the Settlement Agreement, and how many such requests have been granted since December 2, 2025."  ECF No. 477 at 2-3.  Defendants were not prepared at the March 9 meet-and-confer to explain (1) how many asylum adjudications on the merits USCIS has issued to Class Members since December 2, 2025;[1] and (2) whether, notwithstanding the USCIS Policy Memo, USCIS

---

[1] Defendants stated during the meet-and-confer that 68 "potential" Class Members received an adjudication on the merits of their asylum application since December 2, 2025, with zero asylum grants and 68 determinations of non-eligibility, but did not provide the number of actual Class Members who received an adjudication on the merits.



The Honorable Stephanie A. Gallagher
March 12, 2026
Page 2

has granted, and will grant, requests to expedite Class Members' asylum applications, as set forth in Section III.G of the Settlement Agreement, and how many such requests have been granted since December 2, 2025.  During the meet-and-confer, and again in writing on March 10, 2026, Class Counsel requested that Defendants provide the foregoing information.  Class Counsel will notify the Court once Defendants provide the information.

Class Counsel would also like to update the Court that it is our intention to file a motion pursuant to Rule 60(b) after the evidentiary hearing set for March 19, 2026.

Sincerely,

*/s/ Brian Burgess*

Brian Burgess


Cc: Counsel of Record via ECF notification