

Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
1900 N Street, NW
Washington, DC  20036

goodwinlaw.com
+1 202 346 4000

March 18, 2026

**<u>FILED VIA CM/ECF</u>**

The Honorable Stephanie A. Gallagher
District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

**Re:** ***J.O.P., et al. v. U.S. Department of Homeland Security, et al.*,**
 **Civil Action No. 19-cv-01944-SAG**

Dear Judge Gallagher:

Given the confidential nature of some materials that may be discussed during tomorrow's hearing, Class Counsel respectfully requests the Court seal the hearing. The parties have conferred on this point, and Defendants do not oppose this request.

Alternatively, Class Counsel requests the Court instruct each witness to refer to individuals by their initials and avoid referencing any confidential information, including but not limited to Alien Registration Numbers, birthdates, and other Personal Identifying Information.

Sincerely,

*/s/ Brian T. Burgess*

Brian T. Burgess
BB

cc: Counsel of Record (via ECF)