**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **J.O.P.**, *et al.*, | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **CIVIL NO. SAG-19-1944** |
| **U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*, | * | |
| **Defendants.** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>ORDER</u>**

The motions hearing that commenced today will continue tomorrow, March 20, 2026 from 10 am until 3:30 pm.  The following witnesses are ORDERED to be present to testify (either in person if their workstation is DC or Maryland or remotely otherwise):

1) any witness identified in ECF 491 that did not testify today;

2) Unit Chief Daniel Nichols, who will come prepared to testify about when JOP banners were placed in the EARM system for each of the relevant individuals;

3) Deportation Officer David F Martinez;

4) a witness who can testify about the application of the USCIS December 2, 2025 Policy Memorandum to Class Members, including but not limited to whether Class Members or potential Class Members requested expedited adjudication since that time, whether any such requests were granted, whether any of the 81 asylum applications processed by USCIS since that time were Class Members or potential Class Members, and what the outcomes of those applications were;

2

5) a competent witness to testify about the facts and circumstances surrounding the removal of E.P.P.;

6) Acting Supervisory Detention and Deportation Officer Martin Parsons; and

7) a witness who can testify about the reasons a USCIS officer told Officer Parsons that B.A.G. was cleared for removal.

Should any of the witnesses listed in ECF 491 not have detailed information regarding the facts and circumstances surrounding the removal of the identified Class Members or potential Class Members, they should be replaced with a competent witness to address the topic.


Date:  March 19, 2026                              _____/s/_____
                                                   Stephanie A. Gallagher
                                                   United States District Judge

2