**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **J.O.P.**, *et al.*, | * | |
| **Plaintiffs,** | * | |
| v. | * | **CIVIL NO. SAG-19-1944** |
| **U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*, | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Unless otherwise stipulated between the parties, Defendants are to present the following witnesses at the continued hearing to begin Monday, March 23, 2026 at 9:30 am:

1) a witness from ICE OCIO to address whether historical information is available regarding the insertion and removal of JOP banners in the EARM files of the subject individuals;

2) a witness to address item #4 in my order of March 19, 2026;

3) the USCIS officer who told Officer Parsons that B.A.G. was cleared for removal;

4) Officer Stambaugh's then-supervisor and the USCIS official who told the then-supervisor that W.U.P. had been cleared for removal;

5) any USCIS officials, if any, who communicated with Officers Rey, Boyd, Romero, or their co-workers about the removals of the subject individuals.

In addition, before Monday's hearing, the EARM files for each subject individual should be supplemented to provide the same level of detail as the most comprehensive EARM file already provided to Class Counsel.

Date: __March 20, 2026__          _____/s/_____
                                                   Stephanie A. Gallagher
                                                   United States District Judge