

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

March 26, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by ECF System*

> **Re:** ***J.O.P. et al. v. U.S. Dep't of Homeland Security, et al.,***
> **Case No. 8:19-cv-01944-SAG**
> **Notice of Withdrawal of Arguments with Respect to JOP Potential Class**
> **Member Inadvertent Removals**

Dear Judge Gallagher:

As stated on the record on Friday, March 20, 2026 and Monday, March 23, 2026, the Department of Justice Litigation Team on the *JOP v. DHS* matter learned during Ms. Kim Sicard's testimony on Thursday, March 19 that the number of inadvertent removals of JOP potential class members is greater than the number of inadvertent removals of JOP potential class members cited in the government's briefing and advised to this Court and Class Counsel prior to March 19, 2026.

Accordingly, in light of DOJ's counsel's notice of these conflicting numbers as of March 19, 2026 from Ms. Sicard's testimony, undersigned counsel respectfully withdraws those arguments and references to the total number of inadvertent removals of JOP class members prior to March 19, 2026. Undersigned counsel hopes that this letter and the withdrawal of arguments serve to correct the record and assist the Court.

1

Sincerely,

BRETT SHUMATE
Assistant Attorney General

ANTHONY NICASTRO
Acting Director

CATHERINE M. RENO
Acting Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 598-2445
ruth.a.mueller@usdoj.gov

EVAN P. SCHULTZ
JOSHUA CLEM
LARISSA JOHNSON
Trial Attorneys

cc: Class Counsel (via ECF system)

2