**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,         ) | |
|        ) | |
|      Plaintiffs,    ) | |
|        ) | |
|    v.        ) | Case No. 8:19-cv-01944-SAG |
|        ) | |
| U.S. DEPARTMENT OF HOMELAND    ) | |
| SECURITY, *et al.*      ) | |
|        ) | |
|      Defendants.    ) | |
|        ) | |

## <u>DEFENDANTS' MOTION TO SEAL</u>

Pursuant to Local Rule 105.11, Defendants respectfully request that this Court enter an order sealing Defendants' letter (Exhibit A) which contains a report ordered by the Court on March 23, 2026. As good cause therefore, Defendants state:

1.     Local Rule 105.11 requires that "[a]ny motion seeking the sealing of pleadings, motions, exhibits, or other documents to be filed in the Court record shall include (a) proposed reasons supported by specific factual representations to justify the sealing and (b) an explanation why alternative to sealing would not provide sufficient protection." Loc. R. 105.11.

2.     Defendants are mindful that the Court "presumes a right of the public to inspect and copy 'all judicial records and documents.'" *Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004) (quoting *Stone v. Univ. of Md. Med. Sys. Corp.*, 855 F.2d 178, 180 (4th Cir. 1988)). However, the presumptive right of public access to court records "can be rebutted if countervailing interests heavily outweigh the public interests in access." *Va. Dep't of State Police*, 386 F.3d at 575; *Rock v. McHugh*, 819 F. Supp. 2d 456, 475 (D. Md. 2011).

1

"The party seeking to overcome the presumption bears the burden of showing some significant interest that outweighs the presumption." *Rushford v. The New Yorker Magazine, Inc*., 846 F.2d 249, 253 (4th Cir. 1988). Ultimately, the "decision whether to grant or restrict access to judicial records or documents" under the common law is "best left to the sound discretion of the [district] court." *Va. Dep't of State Police*, 386 F.3d at 575 (quoting *Nixon v. Warner Communications, Inc*., 435 U.S. 598-99 (1978)).

3.      During an evidentiary hearing on March 23, 2026, the Court ordered production of reports to be filed Monday, Wednesday, and Friday on topics identified in the Court record. The Court stated at that time that the reports should be filed under seal. Mar. 23, 2026 Hrg. Tr., Vol. III at 104.

Accordingly, Defendants respectfully request that this Court enter an order maintaining under seal the Defendants' reports for March 27, 2026, and March 30, 2026.[1]

DATED: March 30, 2026                           Respectfully submitted,

                                                BRETT A. SHUMATE
                                                Assistant Attorney General
                                                Civil Division

                                                RUTH ANN MUELLER
                                                Senior Litigation Counsel

                                                LARISSA JOHNSON
                                                EVAN P. SCHULTZ
                                                Trial Attorneys

                                                */s/ Joshua Clem*
                                                JOSHUA A. CLEM (AR Bar AR2023202)

---

[1] Defendants were instructed to refile the March 27, 2026, report (ECF No. 503, Attachments) under the correct procedures for filings under seal. Accordingly, Defendants respectfully file the instant motion for both the March 27 and March 30 reports and will resubmit the documents for which Defendants request a seal in a separate filling.

Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
Telephone: (202) 253-6762
Joshua.Clem2@usdoj.gov
*Counsel for Defendants*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 30th day of March, a copy of the foregoing Motion to Seal was electronically filed and served on counsel by ECF. A copy of the sealed March 30, 2026 Report was served by email on March 30.

/s/ Joshua Clem
JOSHUA A. CLEM (AR Bar AR2023202)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
Telephone: (202) 253-6762
Joshua.Clem2@usdoj.gov
Counsel for Defendants

*Counsel for Defendants*

4