**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case No. 8:19-cv-01944-SAG |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 101.2, I seek leave of Court to withdraw my appearance in this case. Withdrawal is permitted where "appearance of other counsel has been entered." *See* L.R. 102.1.b. There are multiple attorneys that have entered their appearance as counsel of record on behalf of all Defendants. As such, withdrawal is proper.

WHEREFORE, I respectfully request that the Court strike the appearance of Richard G. Ingebretsen as counsel for Defendants in this case.

Dated: April 2, 2026

Respectfully submitted,

*/s/Richard Ingebretsen*

RICHARD G. INGEBRETSEN
Trial Attorney
DC Bar No. 1736200
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4848
Fax: (202) 305-7000
richard.ingebretsen@usdoj.gov