**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | ) | Case No. 8:19-cv-01944-SAG |

**ORDER**

Upon consideration of the Motion to Withdraw Appearance, filed by Richard G. Ingebretsen, it is this 2nd day of April, 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED** that the Motion to Withdraw is **GRANTED**; and

**ORDERED** that the Clerk shall **STRIKE** the appearance of Trial Attorney Richard G. Ingebretsen as counsel for the Defendants in this matter.

Dated: April 2, 2026

/s/
HON. STEPHANIE A. GALLAGHER
United States District Judge