**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case No. 8:19-cv-01944-SAG |

**<u>MOTION TO WITHDRAW APPEARANCE</u>**

Pursuant to Local Rule 101.2, I seek leave of Court to withdraw my appearance in this case. Withdrawal is permitted where "appearance of other counsel has been entered." *See* L.R. 102.1.b. There are multiple attorneys that have entered their appearance as counsel of record on behalf of all Defendants. As such, withdrawal is proper.

WHEREFORE, I respectfully request that the Court strike the appearance of Robert O. Lindefjeld as counsel for Defendants in this case.

Dated: April 2, 2026

Respectfully submitted,

*/s/ Robert O. Lindefjeld*
ROBERT O. LINDEFJELD
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202)598-2445
.Email: robert.o.lindefjeld@usdoj.gov
*Attorney for Defendants*