**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 8:19-cv-01944-SAG |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' NOTICE OF CHANGE OF MATERIAL FACTS

Defendants, by and through their undersigned counsel, file this notice of change of material facts regarding the implementation of USCIS Policy Memoranda, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries*, PM-602-0192 (Dec. 2, 2025), and *Hold and Review of USCIS Benefit Applications Filed by Aliens from Additional High-Risk Countries*, PM-602-0194 (Jan. 1, 2026).

On March 30, 2026, USCIS published a public "Update on USCIS' Strengthened Screening and Vetting," available at https://www.uscis.gov/newsroom/alerts/update-on-uscis-strengthened-screening-and-vetting. This update explains that "USCIS established an internal process for lifting holds on individual or group cases" and that "holds have been lifted for … asylum applications from non high-risk countries." Additionally, USCIS will continue to refer decisions on asylum applications filed by aliens regardless of the alien's country of nationality to the immigration court.

The list of forty high-risk countries is provided in Presidential Proclamation 10949, *Restricting the Entry of Foreign Nationals To Protect the United States From Foreign Terrorists*

*and Other National Security and Public Safety Threats* (Jun. 4, 2025), and Presidential Proclamation 10998, *Restricting and Limiting the Entry of Foreign Nationals To Protect the Security of the United States* (Dec. 16, 2025).

Defendants will continue to update this Court and Plaintiffs in a timely manner on any further changes in material facts.

Dated: April 2, 2026                                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Acting Director
Office of Immigration Litigation

CATHERINE RENO
Acting Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
LARISSA JOHNSON
Trial Attorneys

*/s/ Joshua Clem*
JOSHUA A. CLEM
AR Bar No. AR2023202
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box. 868, Washington, DC 20044
Telephone: (202) 253-6762
Email: Joshua.Clem2@usdoj.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Maryland by using the CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system to all counsel of record.


Dated: April 2, 2026                    Respectfully submitted,

*/s/ Joshua Clem*
JOSHUA A. CLEM
AR Bar No. AR2023202
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box. 868, Washington, DC 20044
Telephone: (202) 253-6762
Email: Joshua.Clem2@usdoj.gov

*Attorneys for Defendants*