**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case No. 8:19-cv-01944-SAG |

# ORDER

Upon consideration of the Motion to Withdraw Appearance, filed by Robert O. Lindefjeld, it is this 3rd day of April, 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED** that the Motion to Withdraw is **GRANTED**; and

**ORDERED** that the Clerk shall **STRIKE** the appearance of Trial Attorney Robert O. Lindefjeld as counsel for the Defendants in this matter.

Dated: April 3, 2026

/s/
HON. STEPHANIE A. GALLAGHER
United States District Judge