**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

April 3, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by ECF System*

**Re:** ***J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.*,**
**Case No. 8:19-cv-01944-SAG**
**Notice of Review in Accordance with the March 23, 2026 Court's Order**

Dear Judge Gallagher:

In accordance with the Court's order to provide additional information, I provide this update based on my communications with the U.S. Department of Homeland Security (DHS).

DHS is in the process of internally reviewing information to provide the Court no later than Wednesday of next week regarding the list discussed in Kim Sicard's declaration filed on March 27, 2026. Also, DHS is continuing to assess whether additional aliens are affected.

DOJ is providing a list of narratives for eight class members and potential class members today. Those narratives include substantial information for each class member and potential class member. DHS is also today providing class counsel with another printout from the ICE Office of the Chief Information Officer, in a similar format to the printouts previously provided to this Court and Class Counsel.

Sincerely,

BRETT SHUMATE
Assistant Attorney General

ANTHONY NICASTRO
Acting Director

CATHERINE M. RENO
Acting Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

LARISSA K. JOHNSON
JOSHUA A. CLEM
Trial Attorneys

*/s/ Evan P. Schultz*________
Evan P. Schultz
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 892-0873
Evan.P.Schultz2@usdoj.gov
*Counsel for Defendants*

cc: Class Counsel (via email)