GOODWIN

Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
1900 N Street NW
Washington, D.C. 20036

goodwinlaw.com
+1 202 346 4000

April 13, 2026

**FILED VIA ECF**

The Honorable Stephanie A. Gallagher
District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

**Re: *J.O.P., et al. v. U.S. Department of Homeland Security, et al.,* Civil Action No. 19-cv-01944-SAG**

Dear Judge Gallagher:

On April 10, 2026 Class Counsel filed a Motion for Relief Under Fed. Rule of Civ. Proc. 60(b) to Extend the Termination Date of the Settlement Agreement (ECF No. 535) ("Motion to Extend Termination Date"), seeking to extend the termination date of the Settlement Agreement in view of Defendants' substantial non-compliances with the Agreement.

Class Counsel wish to apprise the Court that they also intend to file a supplemental brief in support of their pending Motion to Enforce the Settlement Agreement and to Find Defendants in Civil Contempt (ECF No. 459) ("Motion to Enforce"), filed on January 22, 2026. The Motion to Enforce seeks relief in view of Defendants' ongoing removal of Class Members, including an order for Defendants to: (1) take all necessary steps to determine whether any individual Defendants seek to remove is a Class Member; (2) provide prompt, individual notice to detained Class Members of their rights under the Agreement; (3) undertake a comprehensive review to identify any other Class Members wrongfully removed; and (4) provide regular status reports regarding compliance with the Court's order. The Motion to Enforce (ECF No. 459) and Motion to Extend the Termination Date (ECF No. 535) work in tandem, seeking to extend the termination date of the Agreement while also seeking to prevent further removal of Class Members.

During the February 18, 2026 hearing on the Motion to Enforce, the Court instructed the parties that more briefing was required "from both sides on Rule 60(b) and the changed circumstances," Feb. 18, 2026 Hearing Tr. at 90, and subsequently ordered an evidentiary hearing to start on March 19, 2026, ECF No. 472. The evidentiary hearing was held on March 19, 20, and 23, 2026. The testimony presented during the evidentiary hearing is highly relevant to Class Counsel's pending Motion to Enforce, including

further evidence of Defendants' contempt in removing over 100 additional Class Members in violation of the Settlement Agreement. Accordingly, Class Counsel intend to file a supplemental brief, by Monday April 20, 2026, in support of the Motion to Enforce in view of the evidence presented at the March 2026 evidentiary hearing.

Sincerely,

*/s/ Brian Burgess*

Brian Burgess

Cc: Counsel of Record via ECF