**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| **J.O.P.,** *et al.,*<br><br>Plaintiffs<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.,*<br><br>Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**CLASS COUNSEL'S MOTION**
**<u>TO COMPEL THE RETURN OF CLASS MEMBER E.M.P.</u>**

Class Counsel files this motion to compel the return of Class Member E.M.P., whom Defendants removed in violation of the Settlement Agreement and the Court's April 23, 2025 Order. Section III.I of the Settlement Agreement, approved by this Court on November 25, 2024, prohibits removal from the United States of any Class Member who has not received an adjudication by Defendant U.S. Citizenship and Immigration Services ("USCIS") on the merits of their asylum application. ECF No. 199-2. The Court's April 23, 2025 Order further prohibits removal of Class Members from the United States. ECF No. 254.

Despite the Settlement Agreement and the Court's April 23, 2025 Order, Defendants removed Class Member E.M.P. on February 4, 2026, without affording him an adjudication by USCIS on the merits of his asylum application, which remains pending with USCIS. E.M.P. is a 23-year-old Class Member from Guatemala with an intellectual disability that renders him unable to read or write. Because Defendants removed E.M.P. in violation of the Agreement and the Court's April 23 Order, Class Counsel asks that the Court compel Defendants to expeditiously

return him to the United States, and to promptly file a status report informing this Court of the timeline for doing so.

In support of this motion, Class Counsel relies on their memorandum of law and supporting declaration and exhibits, filed contemporaneously with this motion.

A proposed order is attached.

Dated: April 14, 2026

Respectfully submitted,

*/s/ Brian T. Burgess*

Brian T. Burgess (Bar No. 19251)
Daniel L. Farraye*
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com
DFarraye@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: 540-907-1761
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project of the National Lawyers Guild
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5494
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
Kjackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Attorneys for Plaintiffs and the Class*
**Admitted pro hac vice*