GOODWIN

Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036

goodwinlaw.com
+1 202 346 4000

April 15, 2026

**FILED VIA CM/ECF**

The Honorable Stephanie A. Gallagher
District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

**Re: *J.O.P., et al. v. U.S. Department of Homeland Security, et al.*, Civil Action No. 19-cv-01944-SAG**

Dear Judge Gallagher:

On March 30, 2026, Class Counsel filed their Second Motion for Attorneys' Fees, Expenses, and Costs for work performed in relation to the First Motion to Enforce and related matters. ECF No. 505. Pursuant to Local Rule 105(2)(a), the deadline for Defendants' opposition was Monday, April 13, 2026. Defendants did not file an opposition.

Accordingly, for the reasons set forth in Class Counsel's brief and in view of Defendants' non-opposition, Class Counsel requests that the Court grant the motion. *See, e.g.*, *Guilkey v. Kijakazi*, No. 1:21-CV-252-MOC, 2022 WL 4001971, at *1 (W.D.N.C. Aug. 31, 2022) (granting request for fees under EAJA where government did not oppose); *Washnieski v. Astrue*, No. 07-CV-598, 2008 WL 5435326, at *1 (E.D. Wis. Dec. 31, 2008) (same); *Kirkland v. Astrue*, No. 3:07-CV-74, 2008 WL 717630, at *1 (E.D. Tenn. Mar. 17, 2008).

Sincerely,

*/s/ Brian Burgess*

Brian Burgess
BB

cc: Counsel of Record (via ECF)