**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

April 15, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by ECF System*

**Re:** ***J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.*,**
**Case No. 8:19-cv-01944-SAG**
**Notice Requesting Additional 14 Days to Respond to Plaintiffs' Second Motion for Fees (ECF No. 505)**

Dear Judge Gallagher:

Having received Plaintiffs' notice regarding their Second Motion for Fees, ECF No. 505, and the now elapsed deadline for response of April 13, 2026, Defendants very respectfully request the Court grant an additional 14 days from today to file their response.

Defendants recognize that the time for filing a response is governed by Local Rule 105(2)(a), which requires a party to respond within 14 days. Defendants sincerely apologize for this significant oversight of their obligations under the Local Rules and to this Court. Notwithstanding that Defendants accept full responsibility for the failure to timely file a response, Defendants, through undersigned counsel, humbly request this Court's grace and consideration in granting additional time to file their response.

Today, April 15, 2026, at 7:09 p.m., Defendants' counsel reached out to Class Counsel to request their views on Defendants' request for additional time to file a response, and Class Counsel indicated that they oppose that request. Defendants, therefore, intend to file an opposed motion for leave to file their response within the next 24 hours.

Again, Defendants' express their sincerest apologies to Plaintiffs, Class Counsel, and this Court.

Sincerely,

BRETT SHUMATE
Assistant Attorney General

ANTHONY NICASTRO
Acting Director

CATHERINE M. RENO
Acting Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
LARISSA JOHNSON
Trial Attorneys

*s/ Joshua Clem*_______
JOSHUA A. CLEM
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 253-6762
Joshua.Clem2@usdoj.gov

cc: Class Counsel (via ECF system)