**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

April 15, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by ECF System*

**Re: *J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.*,**
**Case No. 8:19-cv-01944-SAG**
**Notice in Accordance with the April 13, 2026 Court Order**

Dear Judge Gallagher:

In accordance with the Court's April 13 Order, redacted versions of the declarations of Patrick R. Hopple and Evan Franke are attached to be filed on the public record as of April 15, 2026.

Sincerely,

BRETT SHUMATE
Assistant Attorney General

ANTHONY NICASTRO
Acting Director

CATHERINE M. RENO
Acting Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JOSHUA A. CLEM
Trial Attorneys

*<u>/s/ Larissa K. Johnson</u>*
LARISSA K. JOHNSON
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 598-9126
Larissa.K.Johnson@usdoj.gov

cc: Class Counsel (via ECF system)