**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| **J.O.P.,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*,<br><br>Defendants. | Civil Action No. 8:19-CV-01944-SAG |

**DECLARATION OF EVAN FRANKE**

I, **Evan Franke**, make the following declaration. I am aware that this declaration will be filed in the above-captioned civil action with the United States District Court for the District of Maryland, Southern Division. I hereby declare as follows:

1. I am a **Special Counsel to the Principal Deputy Chief Counsel** within the Office of the Chief Counsel (OCC) of U.S. Citizenship and Immigration Services (USCIS), a component agency within the U.S. Department of Homeland Security (DHS). As Special Counsel to the Principal Deputy Chief Counsel, I manage portfolios related to significant litigation, Congressional Affairs and legislation, and I provide legal advice on significant matters related to the lawful immigration system to the Principal Deputy Chief Counsel and the Chief Counsel. I have held this position since May 2025. I have worked as an attorney for USCIS OCC since July 2005.

2. The statements contained in this declaration are based upon my personal knowledge and review of documents and information provided to me in my official capacity. I make this declaration based on the best of my knowledge as of this day. This declaration includes attorney work product and information protected under the attorney-client privilege. By providing this declaration ex parte and under seal, I do not waive any privilege.

3. I understand that on February 23, 2026, the U.S. Department of Justice's Office of Immigration Litigation informed DHS, USCIS, and U.S. Immigration and Customs Enforcement (ICE) counsel working on the *J.O.P.* litigation that the court had issued an order for an evidentiary hearing to take place on March 19, 2026, and that the order required, among other things, USCIS and ICE to provide witnesses to testify about the facts and circumstances surrounding the removal of eight confirmed and

potential class members and to be prepared to provide information about the removal of a ninth individual whose class status had not been confirmed.

4. I understand that on February 24, 2026, USCIS OCC counsel emailed three employees (including Kimberly Trinh and Kimberly Sicard) of the Asylum Division Headquarters' Operations Branch [redacted]

5. I understand that following this exchange, the same day on February 24, 2026, OCC counsel emailed DHS and ICE attorneys working on the *J.O.P.* litigation [redacted]

6. I understand that on March 3, 2026, the Asylum Division Headquarters Operations Branch forwarded USCIS OCC counsel data reflecting that, at that time, they had identified 131 cases tagged "Removed UAC" hold. The "Removed UAC" hold includes cases that are not subject to the *J.O.P.* litigation.

7. My understanding is that USCIS asylum officers place a tag titled "Removed UAC" when USCIS is taking an action—including, for example when the alien does not appear for a scheduled interview—on a pending application for asylum for cases involving aliens who have previously been identified as UACs, who are not in the United States, and where USCIS does not have a record of the application being withdrawn.

8. My understanding is that the "Removed UAC" tag is not limited to aliens who are removed under an order of removal. It is also applied to cases where the alien departed pursuant to a non-removal order issued by either DHS or the Executive Office for Immigration Review (EOIR), including an alien's request for voluntary departure or to withdraw an application for admission. The "Removed UAC" tag is not applied when USCIS's review of the records indicate the alien has departed without any involvement from EOIR or DHS. Additionally, the tag is a manual tag, so may in some instances be applied incorrectly.

9. I understand that upon receiving the list from the Asylum Division, OCC counsel [redacted]

10. I understand that on March 12, 2026, USCIS OCC counsel [redacted] on the same day, USCIS OCC counsel forwarded to DHS and ICE counsel working on *J.O.P.* data reflecting 91 cases. Of the 91 cases in that data set, 49 were confirmed *J.O.P.* class members and 42 were potential *J.O.P.* class members.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of April, 2026, in Camp Springs, Maryland.

EVAN R FRANKE Digitally signed by EVAN R FRANKE Date: 2026.04.08 21:47:51 -04'00'

Evan Franke
**Special Counsel to the Principal Deputy Chief Counsel**
U.S. Citizenship and Immigration Services
Department of Homeland Security