**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case No. 8:19-cv-01944-SAG |

**DEFENDANTS' OPPOSED OUT-OF-TIME MOTION FOR LEAVE & AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

COMES NOW, Defendants, by and through their undersigned counsel, very respectfully request the Court to grant the instant out-of-time motion by extending the deadline for response to April 29, 2026, and giving leave to file an untimely response to Plaintiffs' Second Motion for Attorney Fees, ECF No. 505.[1] As grounds in support thereof, Defendants aver the following:

1. First, the undersigned sincerely apologizes to this Court and to Plaintiffs for inadvertently missing the deadline to respond to Plaintiffs' Second Motion for Attorney Fees, which was due on Monday, April 13, 2026. *See* L.R. 105.2(a); 109.2(a) ("Any opposition to the motion shall be filed within fourteen (14) days of service of the memorandum.").

2. On March 30, 2026, Plaintiffs filed their Second Motion for Attorney Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. ECF No. 505. A copy of the Motion was served on Defendants' counsel via ECF in accordance with Local Rule 102.1(c).

[1] This date reflects the 14-day extension requested in Defendants' Letter Notice to the Court filed on April 15, 2026, and which Defendants presented to Class Counsel in anticipation of its letter and the instant motion. ECF No. 548.

3. Defendants' counsel subsequently miscalculated the deadline for response as April 29, 2026, based upon an erroneous reading of the EAJA statute, 28 U.S.C. § 2412(d)(1)(B), and the Local Rules. *See* L.R. 105.2(a) (providing a 14-day requirement for response to motion); 109.2(a) (providing the same for response to memorandum in support of a motion for attorney fees).

4. Defendants' counsels' oversight was further exacerbated by focus on what were erroneously concluded to be more immediate deadlines. These included:

1) Defendants' responses to the Court's April 13, 2026 Letter Order, due by April 15, 2026;

2) Defendants' ongoing dual reporting requirements every Monday, Wednesday, and Friday;

3) Defendants' response to Plaintiffs' Motion to Extend the Termination of the Settlement Agreement under Rule 60(b), due by April 24, 2026; and

4) Defendant's response to Plaintiffs' Motion to Compel, due by April 28, 2029.

5. As a result, counsels' erroneous reading of the EAJA statute and local rules led Defendants' counsel to temporarily set aside the EAJA matter to first address and discuss the aforementioned responsive pleadings and reports.

6. On April 15, 2026, Class Counsel filed their letter notice with the Court, indicating that Defendants had failed to file a response to their Second Motion for Attorney Fees. *See* ECF No. 547.

7. Immediately, Defendants' counsel prepared its letter notice for the Court notifying the Court of Defendants' intent to file the instant motion. *See* ECF No. 548.

8. Additionally, pursuant to Local Rule 105.9, Defendants' counsel contacted Class Counsel on Wednesday, April 16, 2026, at 7:09 p.m., via electronic mail, to obtain their position before filing the instant motion. Plaintiffs oppose the relief requested therein.

WHEREFORE, Defendants respectfully request a 13-day extension until April 29, 2026, in which to respond to Plaintiffs' Second Motion for Attorney Fees.

DATED: April 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CATHERINE M. RENO
Acting Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
LARISSA K. JOHNSON
Trial Attorneys

*/s/ Joshua Clem*
JOSHUA A. CLEM
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
Telephone: (202) 253-6762
Joshua.Clem2@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 16th day of April, a copy of the foregoing Motion to Seal was electronically filed and served on counsel by ECF. A copy of the sealed document was served by email on April 16, 2026.

*/s/ Joshua Clem*
JOSHUA A. CLEM
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
Telephone: (202) 253-6762
Joshua.Clem2@usdoj.gov
*Counsel for Defendants*