**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| **J.O.P.**, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, et al.,<br><br>       Defendants. | Civil Action No. 8:19-CV-01944-SAG<br><br>**FILED UNDER SEAL** |

**DECLARATION OF WENDY WYLEGALA IN SUPPORT OF CLASS COUNSEL'S MOTION TO ENFORCE THE COURT-ORDERED SETTLEMENT AGREEMENT AND TO FIND DEFENDANTS IN CIVIL CONTEMPT**

I, Wendy Wylegala, hereby declare as follows:

1.      I am an attorney at law, licensed to practice law by the bar of the State of New York, and admitted *pro hac vice* before this Court. I am part of the Class Counsel team in this case.

2.      I make this declaration based on personal knowledge and based on review of records, including six lists of potential Class Members and disclosures provided to Class Counsel by Defendants between March 18 and April 17, 2026. If called upon to testify, I could and would testify competently to the facts herein.

3.      I make this declaration in support of Class Counsel's Motion to Enforce the Court-Ordered Settlement Agreement and to Find Defendants in Civil Contempt, in order to provide information regarding Class Counsel's ongoing efforts to contact and assess potential Class membership of the large numbers of individuals whose removals Defendants recently disclosed during evidentiary hearings on March 19, March 20, and March 23, 2026.

1

4.     On March 18, 2026, Defendants sent an email to Class Counsel disclosing the names and certain details relating to two removed asylum applicants: one whom Defendants had determined to be a Class Member, and one whom Defendants determined to be a potential Class Member.

5.     In the wake of testimony on March 19, 2026 that Defendants had identified over one hundred removed Class Members and potential Class Members, ECF No. 535-4 (Mar. 19, 2026 Tr.) at 90-91, on March 23, 2026, the Court ordered Defendants to file a report each Monday, Wednesday, and Friday as to Defendants' progress in providing Class Counsel "detailed factual information" about  removed asylum applicants whom Defendants determined are confirmed or potential Class Members.  ECF 535-6 (Mar. 23, 2026 Tr.) at 96, 101-104.

6.     Starting on March 25, 2026, Defendants sent Class Counsel a series of lists of removed individuals identified by name and A-number, with certain facts relevant to Class membership and other details.  ███████████████████████████████ ██████████████████████████████████████████ ████████████████████████████

7.     Class Counsel is seeking to determine whether each person is a Class Member, and is attempting to reach these individuals. The process is resource-intensive, and may include contacting any counsel whom Defendants identify, outreach to persons associated with Class Members during their time in the United States, and preliminary research seeking to supplement limited information produced by Defendants.

8.     None of Defendants' reports include potential Class Members' contact information in the countries to which they were removed.  Class Counsel requested on March 30, April 6, and April 17 that Defendants prospectively and retroactively provide basic information omitted from

their initial disclosures, such as the potential Class Members' dates of birth, last known residential addresses with zip codes, and the attorney contact information typically found in the forms used for entering appearances before immigration agencies, including when available attorneys' email addresses, names, and phone numbers.

9.  In some instances, months passed between the time a potential Class Member filed an asylum application and the time USCIS added the individual to a Class list.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 20, 2026


_____/s/ Wendy Wylegala_____

Wendy Wylegala
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org