**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>        Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**DECLARATION OF DANIEL L. FARRAYE IN SUPPORT OF CLASS COUNSEL'S
SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO ENFORCE THE
COURT-ORDERED SETTLEMENT AGREEMENT AND TO FIND DEFENDANTS IN
<u>CIVIL CONTEMPT</u>**

I, Daniel L. Farraye, hereby declare as follows:

1.      I am an attorney at law, a member of the bar of the District of Columbia, and am an Attorney at the law firm of Goodwin Procter LLP.  I am admitted *pro hac vice* to practice in the U.S. District Court for the District of Maryland.  I am part of the Class Counsel team in this case.

2.      I have personal knowledge of the facts herein.  I make this declaration in support of Class Counsel's Supplemental Brief in Support of Their Motion to Enforce the Court-Ordered Settlement Agreement and to Find Defendants in Civil Contempt.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the transcript of the February 18, 2026 Motions Hearing held before the Court in this case.

1

4.    Attached hereto as **Exhibit 2** is a true and correct copy of a photograph of ICE ERO Unit Chief Daniel Nichols's handwritten notes written on the back of a business card for the March 19-23, 2026, Evidentiary Hearing held before the Court in this case.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of a Department of Homeland Security press release, published on February 23, 2026, titled "DHS Sets the Record Straight About ICE Law Enforcement Training, Debunks Falsehoods" and can be found at https://www.dhs.gov/news/2026/02/23/dhs-sets-record-straight-about-ice-law-enforcement-training-debunks-falsehoods.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 20, 2026

*/s/ Daniel L. Farraye*

Daniel L. Farraye
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
DFarraye@goodwinlaw.com

2