# Exhibit 2

RLT — X

FMDE — X

EGMP — 12/2/24 + 1/26/26

LJOB — 9/26/25

WUP — 4/1/25

BAG — X

WDAMC — NO DATE

CDSB — 11/14/25

EPP — 12/1/24

MAMV — NO DATE