**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| **J.O.P.,** *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*,<br><br>    Defendants. | Civil Action No. 8:19-CV-01944-SAG |

**DECLARATION OF MARGARET MASSEY**

I, **Margaret Massey**, make the following declaration. I am aware that this declaration will be filed in the above-captioned civil action with the United States District Court for the District of Maryland, Southern Division. I hereby declare as follows:

1.    I am a **Management and Program Analyst** within the Asylum Division of U.S. Citizenship and Immigration Services (USCIS), a component agency within the U.S. Department of Homeland Security (DHS).  As Management and Program Analyst, my duties include interacting with the Asylum Division's case management system (Global) and producing reports. I have been a Headquarters Management and Program Analyst since March 12, 2023. I have worked for USCIS since June 15, 2017.

2.    The statements contained in this declaration are based upon my personal knowledge and review of documents and information provided to me in my official capacity. I make this declaration based on the best of my knowledge as of this day.

3.    As part of my official duties, I was asked to provide data on the total number of asylum cases where USCIS made decisions between November 24, 2024 and present day where the applicant has the PRL special group code in Global. I was further asked to provide a breakdown of what type of decisions had been issued. I ran this report on April 17, 2026.

4.    My search showed that 8,489 cases that meet the above search criteria had been served decisions.

5.    Of the 8,489 cases, 296 had been served approvals, 8 had been served denials, and 1,951 had been served notices of non-eligibility under 8 C.F.R. § 208.14(c).

6. The remaining 6,234 cases had been served decisions based upon an administrative reason. This included 2,958 cases that were closed after the applicant became a legal permanent resident, 1,135 cases where the case was closed due to the applicant's failure to comply with biometric capture requirements, 1,212 where the applicant had withdrawn the application, and 827 were closed after failing to appear for a scheduled asylum interview.

7. Additionally, 2 cases were closed for having been issued an administrative removal order as aggravated felons, 95 cases closed for listing an address where mail was not deliverable as their residence, 1 was closed after failing to appear for an ABC Interview, 2 were closed after they were found to be U.S. Citizens, and 2 were closed due to ICE's decision to reinstate a prior removal order.

8. My search also found 1,057 cases that meet the above search criteria where decisions had been entered into Global but not yet served on the applicant. This category includes cases pending supervisory review, cases finalized but awaiting service, cases pending quality assurance review, among others.

9. Of this 1,057 cases, 235 were entered as approvals and 405 were entered for notices of non-eligibility.

10. The remaining 417 had decisions entered because of an administrative reason. This included 221 where the applicant had failed to comply with biometric capture requirements, 123 where the applicant had failed to appear for a scheduled asylum interview, and 70 where the applicant had withdrawn the asylum application.

11. Additionally, 1 case had a decision entered based upon having been issued an administrative removal order as an aggravated felon, 1 case due to the applicant having become a legal permanent resident, and 1 case where ICE had decided to reinstate a prior removal order.

12. Finally, my review showed an additional 412 cases not included in the above totals where decisions have been entered but are currently undergoing additional review by the Asylum Division to ensure the accuracy of those decisions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of May, 2026, in South Burlington, Vermont.

_____

Margaret Massey
**Management and Program Analyst**
U.S. Citizenship and Immigration Services
Department of Homeland Security