**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case No. 8:19-cv-01944-SAG |

**DEFENDANTS' MOTION TO SUBSTITUTE**

Pursuant to Local Rule 105, Defendants respectfully request that this Court enter an order substituting the attached motion to seal for ECF No. 572. The already-filed motion contains a scrivener's error. The sealed documents are the same as those filed with ECF No. 572, and therefore are not submitted here again. Unredacted copies of those sealed documents were served on Class Counsel when ECF 572 was filed.

Accordingly, Defendants respectfully request that this Court enter an order substituting the attached motion to seal for ECF 572.

DATED: May 5, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CATHERINE M. RENO
Acting Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

LARISSA JOHNSON

JOSHUA A. CLEM
Trial Attorneys

*/s/ Evan P. Schultz*
EVAN P. SCHULTZ (DC Bar 461292)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
Telephone: (202) 892-0873
Evan.P.Schultz2@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th day of May, a copy of the foregoing was electronically filed and served on counsel by ECF.

*/s/ Evan P. Schultz*
EVAN P. SCHULTZ (DC Bar 461292)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
Telephone: (202) 892-0873
Evan.P.Schultz2@usdoj.gov

*Counsel for Defendants*