**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 8:19-cv-01944-SAG |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR THE COURT**
**TO HOLD EAJA MOTION (ECF NO. 505) IN ABEYANCE**

Pursuant to Local Rule 105, and with the consent of Class Counsel, Defendants respectfully ask this Court to hold in abeyance any decision related to ECF No. 505, which seeks EAJA fees, costs, and expenses. The parties are in the process of negotiating a settlement, and have reached a possible agreement in principle, subject to further approvals within the DOJ. While that approval process proceeds, the parties request that this Court not rule on ECF No. 505.

The parties also note that, even if the underlying Settlement Agreement expires before the parties' agreement on the EAJA fees, costs, and expenses is finalized, this Court will retain jurisdiction over this EAJA dispute unless and until Plaintiffs withdraw ECF No. 505. *See, e.g., Barrett v. Daly*, 743 F. Supp. 3d 672, 678 (D. Md. 2024) ("'It is well established that under ancillary jurisdiction a federal court may consider collateral issues after an action is no longer pending,' including 'motions for costs or attorney's fees'") (cleaned up), *quoting Butt v. United Bhd. of Carpenters & Joiners of Am.*, 999 F.3d 882, 887-88 (3d Cir. 2021).

Accordingly, Defendants, with the consent of Class Counsel, respectfully request that this

Court hold in abeyance any decision concerning EAJA fees, costs, and expenses.

.

DATED: May 8, 2026                              Respectfully submitted,


                                                BRETT A. SHUMATE
                                                Assistant Attorney General
                                                Civil Division

                                                CATHERINE M. RENO
                                                Acting Assistant Director

                                                RUTH ANN MUELLER
                                                Senior Litigation Counsel

                                                LARISSA JOHNSON
                                                JOSHUA A. CLEM
                                                Trial Attorneys

                                                */s/ Evan P. Schultz*
                                                EVAN P. SCHULTZ (DC Bar 461292)
                                                Trial Attorney
                                                U.S. Department of Justice, Civil Division
                                                Office of Immigration Litigation
                                                P.O. Box 868, Ben Franklin Station
                                                Washington D.C. 20044
                                                Telephone: (202) 892-0873
                                                Evan.P.Schultz2@usdoj.gov

                                                *Counsel for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 8th day of May, a copy of the foregoing was electronically filed and served on counsel by ECF.

<div style="margin-left: 50%;">

*/s/ Evan P. Schultz*
EVAN P. SCHULTZ (DC Bar 461292)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
Telephone: (202) 892-0873
Evan.P.Schultz2@usdoj.gov

*Counsel for Defendants*

</div>