## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Case No. 8:19-cv-01944-SAG |
| | ) |
| U.S. DEPARTMENT OF HOMELAND | ) |
| SECURITY, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Unopposed Motion to Hold EAJA Motion (ECF No.

505) In Abeyance, ECF No. 589, it is ORDERED that:

1. Defendants' Motion is GRANTED.


Dated: _____          _____
                                HON. STEPHANIE A. GALLAGHER
                                United States District Judge