

Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
1900 N Street, NW
Washington, DC  20036

goodwinlaw.com
+1 202 346 4000

May 11, 2026

**FILED VIA CM/ECF**

The Honorable Stephanie A. Gallagher
District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

**Re:**   ***J.O.P., et al. v. U.S. Department of Homeland Security, et al.*, Civil Action No. 19-cv-01944-SAG**

Dear Judge Gallagher:

We write to inform the Court that the briefing is now complete on the following motions:

- **Class Counsel's Motion to Enforce the Settlement Agreement and to Hold Defendants in Civil Contempt (ECF No. 459):**  Original briefing on this motion was completed on February 5, 2026, the Court held oral argument on this Motion on February 18, 2026, and then presided over a 3-day evidentiary hearing that took place on March 19, 20, and 23, 2026.  Class Counsel filed a supplemental brief (ECF No. 558) on April 20, 2026, and Defendants filed their opposition (ECF No. 583) on May 4, 2026.

- **Class Counsel's Motion Under Federal Rule of Civil Procedure 60(b) to Extend the Termination Date of the Settlement Agreement (ECF No. 535):**  Class Counsel filed their opening brief (ECF No. 535-1) on April 10, 2026; Defendants filed their opposition (ECF No. 568) on April 24, 2026; and Class Counsel filed their reply (ECF No. 594) on May 8, 2026.

- **Class Counsel's Motion to Compel the Return of Class Member E.M.P. (ECF No. 544):**  Class Counsel filed their opening brief (ECF No. 544-1) on April 14, 2026; Defendants filed their opposition (ECF No. 571) on April 28, 2026; and Class Counsel filed their reply (ECF No. 594) on May 8, 2026.



The Honorable Stephanie A. Gallagher
May 11, 2026
Page 2


The current termination date of the Settlement Agreement is May 27, 2026.  To the extent that the Court would find oral argument helpful in deciding any or all of these three motions, Class Counsel respectfully requests that the Court schedule oral argument at its earliest convenience.


Sincerely,

*/s/ Brian Burgess*

Brian Burgess
BB

cc: Counsel of Record (via ECF)