**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **J.O.P.**, *et al.*, | * | |
| | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civil No. SAG-19-01944** |
| | * | |
| **U.S. DEPARTMENT OF** | * | |
| **HOMELAND SECURITY**, *et al.*, | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 12th day of May, 2026, ordered that:

1. Defendants' Motions to Seal, ECF 526, ECF 528, ECF 538, ECF 542, ECF 555, ECF 561, ECF 563, ECF 566, ECF 569, ECF 576, ECF 578, ECF 580, ECF 585, ECF 590, and ECF 597 are DENIED;

2. Defendants' Motion to Seal, ECF 551, is GRANTED, with Defendants ordered to publicly docket a version of ECF 552-1 reflecting this Court's forthcoming proposed redactions, by Friday, May 15, 2026;

3. Defendants must, notwithstanding the maintaining of ECF 552-2 under seal, provide that document to Class Counsel by Friday, May 15, 2026;

4. Class Counsel's Motions to Seal, ECF 537, ECF 546, and ECF 560, are GRANTED;

5. Defendants must submit a combined motion to seal providing justification, if any is sought to be asserted, for the permanent sealing of ECF 536, ECF 559-1, and ECF 559-2, no later than Friday, May 15, 2026;

6. Defendants' Motion to Seal, ECF 584-1, is HELD IN ABEYANCE;

7. Class Counsel's Motion to Seal, ECF 593, is HELD IN ABEYANCE;

8. Defendants must submit a filing elaborating on their justification for the sealing of ECF 574, no later than Friday, May 15, 2026;

9. Defendants must complete the "rerunning" of their search into additional potential and actual Class Members who have been removed or voluntarily departed, as well as any "validation" of data returned by that search, by Friday, May 22, 2026, providing regular reports in the interim regarding the status and results of that review on each Monday, Wednesday, and Friday—beginning on Wednesday, May 13, 2026—with corresponding notifications to this Court that these productions have been made;

10. Defendants must, in their Friday, May 15, 2026 report to Class Counsel—and corresponding notification to this Court—provide information regarding (a) how and why Defendants elected to "rerun" their search, and (b) why any newly identified individuals were not previously identified;

11. Class Counsel's Motion to Seal, ECF 588, is DENIED;

12. Defendants' Unopposed Motion for the Court to Hold EAJA Motion (ECF No. 505) in Abeyance, ECF 589, is GRANTED;

13. Defendants' Motion for Extension of Time to File a Responsive Pleading, ECF 553, is HELD IN ABEYANCE.

_____/s/_____

Stephanie A. Gallagher
United States District Judge
