**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812
MDD_SAGchambers@mdd.uscourts.gov

May 14, 2026

LETTER ORDER

Re:  J.O.P., et al. v. U.S. Department of Homeland Security, et al.
     Civil Case No. SAG-19-1944

Dear Counsel:

Having reviewed the parties' briefing of Class Counsel's Motion to Extend the Termination Date (ECF 535, ECF 568, and ECF 594), and in light of the fast-approaching Termination Date of the Settlement Agreement, which, by its terms states that this Court shall retain jurisdiction over claims of noncompliance or express repudiation of any terms by any party only until that date, *see* ECF 199-2 at 13 (Sections IV.H, IV.K, V.A), this Court will hold a hearing on **Tuesday, May 19, 2026, at 10:00 a.m.** to discuss Class Counsel's proposed performance-based alternative to the current Termination Date, as well as to consider, though not among Class Counsel's proposed modifications, the alternative of a defined temporal extension of that date.

Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

Sincerely yours,

_____/s/_____

Stephanie A. Gallagher
United States District Judge