GOODWIN

Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036

goodwinlaw.com
+1 202 346 4000

May 15, 2026

**FILED VIA CM/ECF**

The Honorable Stephanie A. Gallagher
District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

**Re: *J.O.P., et al. v. U.S. Department of Homeland Security, et al.*, Civil Action No. 19-cv-01944-SAG**

Dear Judge Gallagher:

We write in response to the Court's May 14 order scheduling a hearing on May 19, 2026. Michelle Mendez and Wendy Wylegala will be appearing in person on behalf of the Class. Kevin DeJong is unable to attend in-person. Class Counsel respectfully request that leave be given for Mr. DeJong to attend the hearing remotely.

Sincerely,

*/s/ Brian Burgess*

Brian Burgess
BB

cc: Counsel of Record (via ECF)