

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

---

May 15, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by ECF System*

> **Re:**   ***J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.,***
> **Case No. 8:19-cv-01944-SAG**
> **Notice of Review in Accordance with the May 12, 2026 Court Order**

Dear Judge Gallagher:

Pursuant to the Court's May 12, 2026 Order (ECF 603), I provide this update. As mentioned, Defendants have identified an additional 18[1] potential and actual class members who have been removed or voluntarily departed. DOJ is providing to Class Counsel today a list of narratives for 14 class members and potential class members, in addition to the four that were provided on May 15, 2026. Those narratives include substantial information for each class member and potential class member.

In addition, ECF 603, Para. 10 orders that "Defendants must, in their Friday, May 15, 2026, report to Class Counsel and corresponding notification to this Court provide information regarding (a) how and why Defendants elected to rerun their search, and (b) why any newly identified individuals were not previously identified."

The answers to the Court's questions overlap and so Defendants respectfully respond to both questions simultaneously: DHS elected to re-run the search for "Removed UACs." The tag is discussed in Paras. 6-8 of the declaration of Evan Franke (ECF No. 549-1). These newly identified potential class members were not previously identified because the "Removed UAC" tag had not yet been placed in the USCIS system at the time of the last report (March 26, 2026).

---

1       While Defendants originally stated to the Court that a preliminary review identified 19 potential class members, one alien was not a class member because there was no prior UAC determination. A narrative for that alien was accordingly not provided to class counsel.

Additionally, DHS re-ran the same "Removed UAC" search on May 13, 2026, and will provide additional information to the Court and class counsel following DHS's initial internal review.

Sincerely,

BRETT SHUMATE
Assistant Attorney General

ANTHONY NICASTRO
Acting Director

CATHERINE M. RENO
Acting Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

LARISSA K. JOHNSON
JOSHUA A. CLEM
Trial Attorneys

*/s/ Evan P. Schultz*
EVAN P. SCHULTZ
(DC Bar No. 461292)
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 892-0873
Evan.P.Schultz2@usdoj.gov

cc: Class Counsel (via ECF system)