

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

May 18, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by ECF System*

> **Re:** ***J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.*,**
> **Case No. 8:19-cv-01944-SAG**
> **Notice of Review in Accordance with the May 12, 2026 Court Order**

Dear Judge Gallagher:

Pursuant to the Court's May 12, 2026 Order (ECF 603), undersigned counsel provides this update. As mentioned on Friday, May 15, 2026, Defendants identified an additional 18[1] potential and actual class members who have been removed or voluntarily departed. DOJ provided to Class Counsel a list of narratives for those 18 class members and potential class members by last Friday, May 15, 2026.

DOJ counsel also advised the Court and Class Counsel on May 15, 2026, that DHS re-ran the same "Removed UAC" search on May 13, 2026. Defendants have identified 20 additional potential and actual class members who were removed or departed from the United States pursuant to an order of voluntary departure, based off that additional May 13, 2026 re-run. The "Removed UAC" tag was added to the potential class member's file after April 30, 2026. Defendants intend to complete submission of those narratives from the May 13, 2026 re-run no later than Tuesday, May 26, 2026.[2]  Defendants do not have any further narratives to provide to Class Counsel today.

---

1       While Defendants originally stated to the Court that a preliminary review identified 19 potential class members, 1 alien was not a class member because there was no prior UAC determination. A narrative for that alien was accordingly not provided to class counsel.
2       Defendants' Monday, May 25 report will be due on Tuesday, May 26 due to the federal holiday.

Sincerely,

BRETT SHUMATE
Assistant Attorney General

ANTHONY NICASTRO
Acting Director

CATHERINE M. RENO
Acting Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
LARISSA K. JOHNSON
JOSHUA A. CLEM
Trial Attorneys

*/s/ Ruth Ann Mueller*
RUTH ANN MUELLER
(DC Bar No. 1617339)
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 598-2445
ruth.a.mueller@usdoj.gov

cc: Class Counsel (via ECF system)