**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **J.O.P.**, *et al.*, | * | |
| **Plaintiffs,** | * | |
| v. | * | **Civil No. SAG-19-01944** |
| **U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*, | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

During an evidentiary hearing on March 23, 2026, Defendants' counsel represented to this Court that Defendants had identified 90 individuals who had been removed in potential violation of Section III.I of the Settlement Agreement, of whom 49 had been confirmed to be Class Members. ECF 517 (Mar. 23, 2026 Hr'g Tr.) at 91:7–9, 93:1–21.[1] During a motions hearing held this morning, however, Class Counsel asserted that while Defendants have provided Class Counsel with narratives pertaining to removed individuals, Defendants have not identified who, specifically, among those individuals are confirmed Class Members. This Court hereby orders that Defendants identify those confirmed Class Members—and any removed individuals, beyond those 49, that have since been confirmed as Class Members—for Class Counsel, no later than Friday, May 22, 2026, with a corresponding notice to this Court of compliance with this Order.

May 19, 2026

                                          /s/
                              Stephanie A. Gallagher
                              United States District Judge

---

[1] The number of purportedly confirmed Class Members (49) was subsequently attested to in a declaration filed with this Court. *See* ECF 549-1 ¶ 10.