

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

May 20, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by ECF System*

> Re:  ***J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.*,**
>       **Case No. 8:19-cv-01944-SAG**
>       **Notice of Review in Accordance with the May 12, 2026 Court Order**

Dear Judge Gallagher:

Pursuant to the Court's May 12, 2026 Order (ECF 603), undersigned counsel provides this update. DOJ counsel advised the Court and Class Counsel on May 15, 2026, that DHS re-ran the same "Removed UAC" search on May 13, 2026. As noted in their May 18, 2026 Letter Report (ECF 613), Defendants have preliminarily identified 20 additional potential class members who were removed or departed from the United States pursuant to an order of voluntary departure. The "Removed UAC" tag was added to the potential class members' files after April 30, 2026. Defendants intend to complete submission of those narratives from the May 13, 2025 re-run by Tuesday, May 26, 2026.[1]

Finally, pursuant to the Court's May 19, 2026 Order (ECF 616), Defendants will identify confirmed class members from among the previous narratives and provide a list to Class Counsel by Friday, May 22, 2026, and file a concurrent notice of compliance with the Court.

Sincerely,

BRETT SHUMATE
Assistant Attorney General

---

1       Defendants' Monday, May 25 report will be due on Tuesday, May 26 due to the federal holiday.

ANTHONY NICASTRO
Acting Director

CATHERINE M. RENO
Acting Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
LARISSA K. JOHNSON
Trial Attorneys

*/s/ Joshua A. Clem*
JOSHUA A. CLEM
(AR Bar No. AR2023202)
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 253-6762
Joshua.Clem2@usdoj.gov

cc: Class Counsel (via ECF system)