

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

May 22, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by ECF System*

> **Re:**    ***J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.*,**
> **Case No. 8:19-cv-01944-SAG**
> **Notice in Accordance with May 12, 2026 and May 19, 2026 Court Orders**

Dear Judge Gallagher:

Pursuant to the Court's orders to provide additional information, undersigned counsel provides this update.

On May 19, 2026, the Court ordered Defendants to "identify [the 49] confirmed Class Members" attested to during an evidentiary hearing on March 23, 2026, as well as "any removed individuals, beyond those 49, that have since been confirmed Class Members." ECF 615. Pursuant to this Order, Defendants have provided a list to Class Counsel with 71 confirmed Class Members. The list also identifies 57 potential Class Members. And while the Court's Order specifies "any removed individuals," because Defendants have previously provided information for aliens who departed by other means (e.g., voluntary departure), the report to Class Counsel today also includes those aliens. This list is based on information available to USCIS operators during an initial review indicating each alien, prior to February 24, 2025, (1) had a prior UAC determination; (2) filed an asylum application that was pending with USCIS and (3) on the date of filing, was over the age of 18. All narratives provided to date should also contain this information and this list is not a final determination of class membership for any alien. This list is, further, not a conclusion of law, and Defendants reserve all arguments regarding whether any alien is entitled to benefits under the Settlement Agreement or any other provision of law.

Determinations of class membership may change. For example, DHS may discover additional information relevant to class membership, such as information showing an alien lied about his or her age or, potentially, the alien withdrew all applications for relief prior to departure.

1

Another example would be an error in initial data that USCIS would not discover until further review of the file. Finally, because the list is based on information already provided to Class Counsel, it is intended only to synthesize, not change, that data.

Defendants further provide that, in accordance with their May 18, 2026 Letter Report (ECF 613), they intend to complete submission of narratives from the May 13, 2026 re-run by Tuesday, May 26, 2026.

Sincerely,

BRETT SHUMATE
Assistant Attorney General

ANTHONY NICASTRO
Acting Director

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JOSHUA A. CLEM
Trial Attorneys

*/s/ Larissa K. Johnson*
LARISSA K. JOHNSON
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 598-9126
Larissa.K.Johnson@usdoj.gov
*Counsel for Defendants*

cc: Class Counsel (via ECF system)