# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **J.O.P.**, *et al.*, | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civil No. SAG-19-01944** |
| | * | |
| **U.S. DEPARTMENT OF** | * | |
| **HOMELAND SECURITY,** *et al.*, | * | |
| | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 26th day of May, 2026, ordered that:

1. Class Counsel's Motion to Extend the Termination Date of the Settlement Agreement is GRANTED on the terms outlined in this Court's memorandum opinion;

2. Specifically, the "Termination Date" of the Parties' Settlement Agreement approved by this Court on November 25, 2024, as defined in Section II.S and described in Section IV.K of that Agreement, and to the extent otherwise referenced therein, including in Sections IV.H and V.A (with respect to this Court's jurisdiction), is extended for 175 days, to November 18, 2026.[1]

_____/s/_____
Stephanie A. Gallagher
United States District Judge

---

[1] Nothing in this Court's opinion or Order is intended to affect the definition and operation of the "Termination Date – USCIS Memo," defined in Section II.S.1 of the Agreement and referenced elsewhere therein.