

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

May 26, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by ECF System*

> **Re:** ***J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.,***
> **Case No. 8:19-cv-01944-SAG**
> **Notice in Accordance with May 12, 2026 Order**

Dear Judge Gallagher:

Pursuant to the Court's orders to provide additional information, undersigned counsel provides this update. On May 15, 2026, DOJ counsel advised the Court and Class Counsel that Defendants re-ran a search of the "Removed UAC" tag on May 13, 2026, and identified additional Class Members and potential Class Members who were removed or voluntarily departed from the United States based on that query.

In accordance with their May 18, 2026 Letter Report (ECF 613), Defendants provided 17 narratives to Class Counsel relating to potential Class Members identified after the May 13, 2026 re-running and verification of data concerning "Removed UAC" tags added to potential Class Member files after April 30, 2026. Although Defendants previously indicated that 20 individuals were identified as a result of the May 13, 2026, re-run, Defendants' subsequent verification of that information indicated that two of the identified individuals filed their asylum applications after February 24, 2025, and are, thus, not Class Members, and one individual departed the United States on September 29, 2023, prior to this Court's orders granting preliminary and final approval of the Settlement Agreement. *See* ECFs 203, 205. Of the individuals identified, 7 are confirmed to be Class Members under the *J.O.P.* Settlement Agreement.[1]  Defendants also identified 10 potential

---

[1]  As explained in the May 22, 2025, report to this Court, this assessment is based on information available to USCIS operators during an initial review indicating each alien, prior to February 24, 2025, (1) had a prior UAC determination; (2) filed an asylum application that was pending with USCIS and (3) on the date of filing, was over the age of 18. All narratives provided to date should

1

Class Members which are included among the narratives provided to Class Counsel.

Sincerely,

BRETT SHUMATE
Assistant Attorney General

ANTHONY NICASTRO
Acting Director

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
LARISSA K. JOHNSON
Trial Attorneys

*/s/ Joshua Clem*
JOSHUA A. CLEM
AR Bar No. 2023202
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 253-6167
Joshua.Clem2@usdoj.gov
*Counsel for Defendants*

cc: Class Counsel (via ECF system

---

also contain this information and this list is not a final determination of class membership for any alien. This assessment could change upon further review. This assessment is, further, not a conclusion of law, and Defendants reserve all arguments regarding whether any alien is entitled to benefits under the Settlement Agreement or any other provision of law.

2