**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF                                              101 WEST LOMBARD STREET
STEPHANIE A. GALLAGHER                                   BALTIMORE, MARYLAND 21201
UNITED STATES DISTRICT JUDGE                             (410) 962-7780
                                                         Fax (410) 962-1812
                                                         MDD_SAGchambers@mdd.uscourts.gov


June 17, 2026

LETTER ORDER

        Re:  J.O.P., et al. v. U.S. Department of Homeland Security, et al.
             Civil Case No. SAG-19-1944

Dear Counsel:

        Having reviewed Class Counsel's supplemental brief in support of their motion to enforce and for civil contempt, ECF 558, and Defendants' response, ECF 583, this Court will hold a 90-minute motions hearing on **Monday, June 22, 2026, at 10:00 a.m.** In particular, the parties should be prepared to (1) address Defendants' assertion in their response that 8 U.S.C. § 1252(f)(1) bars this Court from ordering some or all of the relief Class Counsel requests, and which, if any, of Class Counsel's proposed actions would have more than collateral effect on the operation of the statutory provisions covered by § 1252(f)(1); and (2) elaborate on whether or not, should this Court assess the application of Rule 60(b), the revised relief sought by Class Counsel is "suitably tailored" to the asserted "changed circumstances."

        Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.


                                        Sincerely yours,


                                        _____/s/_____

                                        Stephanie A. Gallagher
                                        United States District Judge