# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,      ) ) ) | |
| Plaintiffs,      ) ) | |
| v.      ) ) | Case No. 8:19-cv-01944-SAG |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*      ) ) ) | |
| Defendants.      ) ) | |

## DEFENDANTS' NOTICE OF ERRATA TO DEFENDANTS' SUPPLEMENTAL BRIEFING IN RESPONSE TO JUNE 22, 2026 HEARING

Defendants, through their undersigned counsel, respectfully submit this notice of errata to their Supplemental Briefing in Response to June 22, 2026 Hearing, to correct the following inadvertent errors included in Defendants' letter to the Court.

After submission of the Supplemental Brief, Defendants became aware that two individuals were included in reporting to class counsel on both June 26, 2026, and June 18, 2026. Defendants hereby correct their submissions as it pertains to the breakdown of the reported individuals to the Court. Specifically, the total number of aliens reported to the Court and class counsel has been reduced by a total of two (one class member who was granted voluntary departure and one potential class member who was granted voluntary departure). Defendants have no changes to the portions of the Supplemental Brief's letter report not included below.

Dated: July 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANTHONY NICASTRO
Director

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

LARISSA K. JOHNSON
EVAN P. SCHULTZ
JEFFREY ALDERETTE
Trial Attorneys

*/s/ Jaime A. Scott*
JAIME A. SCOTT
Trial Attorney (D.C. Bar No. 90027182)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Telephone: (202) 302-3620
Fax: (202) 305-7000
Jaime.a.scott@usdoj.gov

*Counsel for Defendants*



**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

June 26, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by ECF System*

> **Re:** ***J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.,***
> **Case No. 8:19-cv-01944-SAG**
> **Notice in Accordance with June 22, 2026 Hearing**

**Reporting to Class Counsel**

Defendants have reported on 175 aliens as of June 26, 2026.[1] This includes 9 reported before the March hearing, 126 reported between March 17 and May 27, 27 reported June 18, and 3 reported June 26. The breakdown of the reported individuals is as follows:

Confirmed Class Members
- Removed (8 U.S.C. § 1229a & 8 U.S.C. § 1225(c)[2]): 54
- Voluntary Departure (8 U.S.C. § 1229c): 42
  - Immigration Judge (8 C.F.R. § 1240.26): 32
  - DHS (8 C.F.R. § 240.25): 10

---

[1] A full review of each case is fact intensive and could result in a finding either that a previously identified Class Member was misidentified or has become a non-class member—including where USCIS issues a Final Adjudication on the Class Member's asylum application or where the Class Member withdraws his or her pending applications—or potential Class Members being confirmed as Class Members—such as where DHS discovers or Class Counsel provides sufficient evidence of Class Membership, most likely by providing evidence that there was a "parent or legal guardian in the United States available to provide care and physical custody. Thus, these numbers represent a best estimate based on available information compiled at the time of USCIS's initial review of an alien's case. These numbers are based on the same information provided to Class Counsel.

[2] Defendants' records prepared for this case do not distinguish between orders of removal issued under 8 U.S.C. § 1229a (removal proceedings) and 8 U.S.C. § 1225(c) (expedited removal of inadmissible arriving aliens).

- TOTAL: 96

Potential Class Members
- Removed (8 U.S.C. § 1229a & 8 U.S.C. § 1225(c)): 53
- Voluntary Departure (8 U.S.C. § 1229c): 24
  - Immigration Judge (8 C.F.R. § 1240.26): 19
  - DHS (8 C.F.R. § 240.25): 5
- Other: 2
  - Withdrawal of application (8 U.S.C. § 1225(a)(4)): 1
  - Left with mother: 1
- TOTAL: 79

TOTAL REPORTED: 175