**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

|  |  |
|---|---|
| J.O.P., *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Case No. 8:19-cv-01944-SAG |
|  | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 101.2, I seek leave of the Court to withdraw my appearance in this case. Withdrawal is permitted where "appearance of other counsel has been entered." *See* L.R. 102.1.b. There are several attorneys who have entered their appearance as counsel of record on behalf of all Defendants. Additionally, as good cause for withdrawal, I am departing the U.S. Department of Justice, Civil Division, Office of Immigration Litigation to assume a new role as an Assistant U.S. Attorney in the Western District of Oklahoma. As such, withdrawal is proper.

WHEREFORE, I respectfully request that the Court terminate the appearance of Joshua A. Clem as counsel for Defendants in this case.

DATED: July 6, 2026                    Respectfully Submitted,

*/s/ Joshua A. Clem*
JOSHUA A. CLEM
Trial Attorney
AR Bar AR2023202
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
T: (202) 253-6762
Joshua.Clem2@usdoj.gov