**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | | |
|---|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | ) | Case No. 8:19-cv-01944-SAG |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Withdraw Appearance, filed by Joshua A. Clem, it is this ____ day of __________, 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED** that the Motion to Withdraw is **GRANTED**; and

**ORDERED** that the Clerk shall **STRIKE** the appearance of Trial Attorney Joshua A. Clem as counsel for the Defendants in this matter.

DATED: ______________

____________________________
HON. STEPHANIE A. GALLAGHER
United States District Judge