**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | | |
|---|---|---|
| J.O.P., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 8:19-cv-01944-SAG |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Motion to Withdraw Appearance, filed by Joshua A. Clem, it is this 6th day of July, 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED** that the Motion to Withdraw is **GRANTED**; and

**ORDERED** that the Clerk shall **STRIKE** the appearance of Trial Attorney Joshua A. Clem as counsel for the Defendants in this matter.

DATED: July 6, 2026

/s/
HON. STEPHANIE A. GALLAGHER
United States District Judge