**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case No. 8:19-cv-01944-SAG |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Memorandum Opinion of May 26, 2026 (Dkt. No. 619), and Order of May 26, 2026 (Dkt. No. 620).

Dated: July 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANTHONY NICASTRO
Director

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

JAIME A. SCOTT
EVAN P. SCHULTZ
JEFFREY ALDERETTE
Trial Attorneys

*/s/ Larissa K. Johnson*
Larissa K. Johnson
Trial Attorney (D.C. Bar No. 90034719)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Telephone: (202) 598-9126
Fax: (202) 305-7000
Larissa.K.Johnson@usdoj.gov

*Counsel for Defendants*