# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 07/24/26 | District: Maryland | District Case No.: 8:19-cv-1944-SAG |
|---|---|---|
| ___ First NOA in Case<br>✓ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA ___ Paper Supp.<br>Vols: ___<br>Other: | **Division:** Southern<br>**Caption:** J.O.P., et al v. U.S. Department of Homeland Security, et al | **4CCA No(s). for any prior NOA:** 21-1187, 25-1519, 25-2098<br>**4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other ___

**Confinement-**Criminal Case**:**

___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation

**Defendant Address-**Criminal Case**:**

**District Judge:**

Hon. Stephanie A. Gallagher

**Court Reporter** (list all):

**Coordinator**:

**Fee Status:**

✓ No fee required (USA appeal) ___ Appeal fees paid in full ___ Fee not paid

**Criminal Cases:**

___ District court granted & did not revoke CJA status (continues on appeal)
___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**

___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases**:

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply)**:**

✓ Portions of record under seal
___ Entire record under seal
___ Party names under seal
___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable)**:**

___ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable)**:**

✓ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
✓ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: A. Vincent Phone: (410) 962-0993 Date: 07/27/26