UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

J.O.P., *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

    *Defendants*.

8:19-CV-01944-SAG

**DECLARATION OF** ███████ **OLSON**

I, ███████ Olson, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.    I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), in the ███████████████████████████. I was first employed with the DHS in October 2010, when I was hired by the United States Border Patrol ("USBP"). I have been a DO with ERO since June 2017.

2.    I am currently assigned to the ███████████████████ which oversees the aliens detained at the ███████████████ which is a contract detention facility in ███████████ that is managed by the ████████████. My responsibilities include, but are not limited to, tracking the progression of detained cases through removal proceedings, tracking detained cases with final removal orders, obtaining travel documents for aliens ordered removed, and effectuating the removal of aliens to their home countries.

3.    I am familiar with ICE policies and procedures governing the detention and removal of aliens who come into ICE's custody. I make this declaration based upon my personal and professional

1

knowledge. I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry in the above-captioned case as of today.

4.    I met E.M.P. on or about January 23, 2026, after his request for incentivized voluntary departure was approved. He was transferred from the ███ to the █████████████ to process his approved request for incentivized voluntary departure. Generally, if an alien is eligible for incentivized voluntary departure, ERO approves the alien's request, and then once approved, the assigned DO prints Form I-210, *Voluntary Departure and Verification of Departure* (I-210), and serves it upon the alien.

5.    Incentivized voluntary departure is voluntary departure for aliens who are requesting to return to their home country and then have the option to return to the United States. The amount of money an alien can receive for incentivized voluntary departure varies.

6.    On January 23, 2026, I served Form I-210 on E.M.P.. While serving Form I-210, I spoke to E.M.P. in Spanish and orally translated the form into Spanish. In accordance with the normal course of business, I asked E.M.P. if he was still interested in requesting incentivized voluntary departure, stated that incentivized voluntary departure is not an order of removal, and accepting incentivized voluntary departure means waiving his right to seek any form of relief from removal, waiving any further relief in immigration proceedings, and waiving the right to appeal any issues. I also stated to E.M.P. that there is no reentry bar for receiving incentivized voluntary departure. After communicating all this information in Spanish, E.M.P. indicated that he still wanted to request incentivized voluntary departure.

7.    On January 23, 2026, I requested E.M.P.'s Cedula # from the Guatemalan consulate and it was received on the same day.

8.    A Cedula # is a unique travel document number or unique identifier from an alien's home county.

9.    I do not recall being told E.M.P. had a disability or that he was unable to read and write. I do not recall E.M.P. telling me he had a disability or was unable to read or write. Based on my conversation with E.M.P., I did not observe any impediment to his mental capacity.

10.    The ▮▮▮▮▮▮▮▮▮▮ detention facility hold room has flyers for incentivized voluntary departure posted, in many languages to include English and Spanish, that explain the process for requesting incentivized voluntary departure, inform aliens how much money they receive, and state that voluntary departure is not an order of removal.

11.    It is my understanding that the ▮▮ also has flyers for incentivized voluntary departure posted in English and Spanish in common rooms and dorm rooms where E.M.P. was detained.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 28th day of April 2026.

OLSON

Digitally signed by ▮▮▮▮▮▮ OLSON
Date: 2026.04.28 17:01:42 -07'00'

▮▮▮▮ Olson
Deportation Officer
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

3