# EXHIBIT 1

| | |
|---|---|
| **From:** | Asylum Communications |
| **To:** | ASY-Field Leadership |
| **Cc:** | ASY-District Leadership; ASY-HQ-Supervisors-All; ASY-HQ-Special Assistants; ██████████████ |
| | ██████████████ |
| **Subject:** | RE: Detained Unaccompanied Alien Children (UAC) Exception to the Form I-589 and High-Risk Country Adjudicative Holds |
| **Date:** | Tuesday, March 17, 2026 5:18:09 PM |

**For Internal Use Only**

Asylum Colleagues,

On February 13, 2026, the Asylum Division issued guidance relating to Unaccompanied Alien Children (UACs) (see message below). As a follow up to this email, USCIS may, at ICE's request, except detained UACs who are in **in CBP or ICE custody at the time of service** from both the adjudicative hold on asylum applications and the adjudicative hold on benefit requests filed by aliens from high-risk countries under exception seven ("Benefit requests that are a priority for law enforcement and where ICE has requested USCIS take adjudicative action to uphold public safety or national security") outlined in policy memorandum PM 602-0194. If ICE makes a case-specific request to adjudicate the asylum application of any other alien not in CBP or ICE custody, to uphold public safety or national security, please raise the request through your chain of command to your District Leadership.

Thank you.

**For Internal Use Only**

---

**From:** Asylum Communications
**Sent:** Friday, February 13, 2026 5:01 PM
**To:** ASY-Field Leadership ████████████████████████
**Cc:** ASY-District Leadership ████████████████████████████; ASY-HQ-Supervisors-All ████████████████████████; ASY-HQ-Special Assistants ██████████
██████████████████; ██████████████████████████████; ██████
██████████████████████; ██████████████████
██████████████████████
**Subject:** Detained Unaccompanied Alien Children (UAC) Exception to the Form I-589 and High-Risk Country Adjudicative Holds

**For Internal Use Only**

Asylum Colleagues,

On December 2, 2025, USCIS issued a policy memorandum (PM-602-0192) that placed an adjudicative on hold on all Forms I-589, regardless of the alien's country of nationality, pending a comprehensive review. The memorandum also placed a hold on pending benefit requests for aliens from high-risk countries listed in Presidential Proclamation (PP) 10949.  On January 1, 2026, USCIS issued a subsequent policy memorandum (PM-602-0194) placing an adjudicative hold on all benefit applications for aliens from additional high-risk countries listed in PP 10998, while not superseding the guidance in the December 2, 2025, memorandum except as specified under the "Exceptions to the Adjudication Hold" section.

Effective immediately, at ICE's request, USCIS may except detained unaccompanied alien children (UACs) from both the adjudicative hold on  asylum applications and the adjudicative hold on benefit requests filed by aliens from high-risk countries under exception seven in the January 1, 2026, memorandum. Exception seven excepts from the adjudicative holds "[b]enefit requests that are a priority for law enforcement and where ICE has requested USCIS take adjudicative action to uphold public safety or national security[.]"

If ICE requests that USCIS expedite the adjudication of an asylum application filed by a detained UAC, please expedite the case as requested, to include final decision and service. Please save a record of the expedite request in Global under the Documents tab.  ,ICE has requested expedited adjudication for the cases that are contained in the attached spreadsheet. Each office should prioritize the adjudication of the cases on this sheet.  Your offices are likely to receive additional expedite requests from ICE going forward. All offices have designated personnel who will create decision and SAO review cards in Global, as needed. Please submit any cases involving detained UACs that the asylum officer proposes to grant to the Asylum HQ Quality Assurance Branch for review.

Please direct any questions about these cases through your District leadership. If ICE requests that USCIS expedite the adjudication of an asylum application filed by another category of alien in government custody, such as a UAC in ORR custody or a detained adult, please elevate the request to your District Leadership. Outside of ICE requests, any other request to expedite the adjudication of an asylum application should be directed to your District leadership.

**For Internal Use Only**