FILED:  July 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-2013
(8:19-cv-01944-SAG)

_____

J.O.P.; M.E.R.E.; K.A.R.C.; E.D.G.; L.M.Z., on behalf of themselves as
individuals and on behalf of others similarly situated

       Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED
STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH
BENJAMIN EDLOW, Director, U.S. Citizenship & Immigration Services; U. S.
IMMIGRATION & CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN,
(in his official capacity as Acting Secretary of Homeland Security); JONATHAN
LEO FAHEY, in his official capacity as Senior Official performing the Duties of
the Director of U.S. Immigration & Customs Enforcement

       Defendants - Appellants

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:19-cv-01944-SAG |
| Date notice of appeal filed in originating court: | 07/24/2026 |
| Appellants | US Dept Homeland Security et al |
| Appellate Case Number | 26-2013 |

| Case Manager | J. Neal<br>804-916-2702 |
| --- | --- |