**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812
MDD_SAGchambers@mdd.uscourts.gov

August 6, 2026

LETTER ORDER

Re: J.O.P., *et al.* v. U.S. Department of Homeland Security, *et al.*
Civil Case No. SAG-19-01944

Dear Counsel:

This Court, in its order accompanying its memorandum opinion filed under seal on July 29, 2026, provided the parties with one week to confer and propose redactions to that opinion. ECF 641 (sealed); ECF 642. Yesterday, August 5, 2026, this Court received joint email correspondence from the parties with Defendants' proposed redactions (Class Counsel did not propose any). To assess the necessity and propriety of Defendants' proposed redactions, this Court, notwithstanding Defendants' claim that those redactions are only of information located solely in sealed documents, has undertaken its own review of the docket.

Finding that the information contained in Defendants' proposed redactions either has already been disclosed in the public record—including in hearing transcripts and the parties' briefing of Class Counsel's recent motions—or falls outside of the scope of the bases upon which the parties' requests for sealing of the relevant documents were, in fact, made and granted, this Court declines to implement Defendants' proposed redactions. The full memorandum opinion, which discloses no personal identifying information or other information of the nature ordered to be sealed in this case, will be filed, without redactions, on the public docket today.

Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge