**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

August 13, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by CM/ECF System*

**Re:** ***J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.*,**
**Case No. 8:19-cv-01944-SAG**
**Status Report in Accordance with the Court's July 29, 2026 Order**

Dear Judge Gallagher:

In accordance with Paragraph 5 of the July 29, 2026 Order (Dkt. No. 642), Defendants provide the following:

a. Declaration of Unit Chief Shohel Mollah;

b. A copy of the written guidance issued to ICE personnel; and

c. All identified potential Class Members removed since November 25, 2024, as well as potential Class Members identified through a re-run of the "Removed UACs" tag on July 17, 2026.[1]

Pursuant to Defendants' pending Motion to Seal, this letter and Attachments A and B are provided to class counsel via CM/ECF, and Attachment C has been filed under seal via CM/ECF

[1] Defendants' counsel previously informed class counsel that they would provide the data of this re-run via email on August 6, 2026. After the Court's July 29, 2026 Order, Defendants' counsel informed class counsel that they would provide the data in the August 13, 2026 Status Report. Further, Defendants' counsel informed class counsel that the data from the August 12, 2026 re-run will be provided in the August 27, 2026 status report, and Defendants will continue this pattern moving forward.

and provided to class counsel via email.[2]

Sincerely,

BRETT SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

CATHERINE M. RENO
Acting Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JEFFREY ALDERETTE
LARISSA JOHNSON
Trial Attorneys

*/s/ Jaime A. Scott*
JAIME A. SCOTT (DC No. 90027182)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 305-3620
Jaime.A.Scott@usdoj.gov

2 In accordance with past practice, additional information regarding each of the identified potential Class Members was also separately provided to class counsel via email.