GOODWIN

Brian Burgess
+1 202 346 4215
BBurgess@goodwinlaw.com

Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036

goodwinlaw.com
+1 202 346 4000

August 31, 2026

**FILED VIA CM/ECF**

The Honorable Stephanie A. Gallagher
District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

**Re:** ***J.O.P., et al. v. U.S. Department of Homeland Security, et al.*, Civil Action No. 19-cv-01944-SAG**

Dear Judge Gallagher:

We write in regard to Class Counsel's pending Second Motion for Attorneys' Fees, Expenses, and Costs (ECF No. 505) ("EAJA Motion"). Briefing on the EAJA Motion was completed on May 4, 2026. On May 8, 2026, Defendants filed an unopposed Motion for the Court to Hold EAJA Motion (ECF No. 505) in Abeyance, notifying the Court that the parties were in the process of negotiating a settlement, and requesting that the Court hold a decision on the EAJA Motion in abeyance. ECF No. 589. The Court has not yet ruled on the motion requesting an abeyance.

The parties have reached an impasse, and are not able to settle the fees, expenses, and costs subject to the EAJA Motion. Accordingly, Class Counsel respectfully request that the Court issue a decision on the EAJA Motion, and deny Defendants' abeyance motion as moot.

Sincerely,

*/s/ Brian Burgess*

Brian Burgess
BB

cc: Counsel of Record (via ECF)