**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case No. 8:19-cv-01944-SAG |

**DEFENDANTS' NOTICE**

Defendants, by and through their undersigned counsel, file this notice regarding class member E.L.A.

On the evening of September 1, 2026, via email correspondence from Class Counsel, counsel for Defendants learned that E.L.A. had been removed to El Salvador.

U.S. Immigration and Customs Enforcement has since confirmed that E.L.A. was listed on a flight manifest, and that flight landed in El Salvador on the afternoon of September 1, 2026. Defendants' counsel are providing updates to Class Counsel as they receive them in this developing situation.

Defendants will continue to update this Court and Plaintiffs in a timely manner on any further changes.

Dated: September 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

CATHERINE RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

JEFFREY ALDERETTE
LARISSA JOHNSON
Trial Attorneys

/s/ *Jaime A. Scott*
JAIME A. SCOTT
Bar No. 90027182
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box. 868, Washington, DC 20044
Telephone: (202) 305-2620
Email: jaime.a.scott@usdoj.gov

*Attorneys for Defendants*