**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **J.O.P., *et al.*,** | * | |
| **Plaintiffs,** | * | **Civil Case No.: SAG-19-01944** |
| **v.** | * | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,** | * | |
| **Defendants.** | * | |

* * * * * * * * * *

**ORDER**

It is this 2nd day of September, 2026, ordered that Defendants must answer the following questions on or before September 3, 2026, at 12:00 p.m. Eastern Time:

1. At what time did Defendants move ELA from the Louisiana detention center where ICE had been holding him since August 8, 2026?
2. Who was responsible for the decision to move ELA from the detention center?
3. At what time did the plane carrying ELA take off for San Salvador?
4. Who was responsible for the decision to place ELA on a plane to San Salvador?
5. After receiving Class Counsel's 11:22 a.m. email, marked urgent and seeking "immediate information about ELA's location," what action, if any, did Defendants' counsel take to ascertain ELA's location?
6. Did ICE fail to provide any of the personnel who carried out these decisions with the revised ICE guidance issued August 13, 2026?
7. Do ICE systems contain an alert that ELA was identified as a potential J.O.P. Class Member?
8. What is the plan for promptly rectifying this error?

/s/
Stephanie A. Gallagher
United States District Judge