**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

September 3, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by CM/ECF System*

**Re:** ***J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.*,**
**Case No. 8:19-cv-01944-SAG**
**Status Report in Accordance with the Court's September 2, 2026 Order**

Dear Judge Gallagher:

Defendants provide the following report in compliance with the Court's September 2, 2026 Order (ECF No. 666) for Defendants to provide answers to the eight questions provided by the Court therein.

Defendants provide the following in response to Questions 1-4 and 6-8:

a. Declaration of Supervisory Detention Deportation Officer Bennethum, executed September 3, 2026 (forthcoming); and

b. Declaration of Supervisory Management and Program Analyst Fajardo, executed September 3, 2026 (forthcoming).

In response to Question 5 posed by the Court ("After receiving Class Counsel's 11:22 a.m. email, marked urgent and seeking 'immediate information about ELA's location,' what action, if any, did Defendants' counsel take to ascertain ELA's location?"), Defendants' Counsel provides the following response:

Defendants' Counsel, including undersigned counsel, received an email from Class Counsel on September 1, 2026 at 11:22 a.m. EDT "seek[ing] urgent corrective action, today, for the cancellation of a professional evaluation for ELA scheduled for 10am-12 noon CT today." Attachment A at 1. In that email, Class Counsel "request[ed] immediate information about ELA's

location so that his counsel can attempt to salvage part of the scheduled meeting, and/or your cooperation in ensuring that the appointment can be rescheduled." *Id*. Class Counsel's email did not allege a violation of the *J.O.P.* Settlement Agreement or this Court's orders, nor did it mention removal or deportation in any way, much less suggest or affirmatively state that ELA had been or was at imminent risk of being removed from the United States. *See id.* Defendants' Counsel note for the Court's awareness that the email subject line "Return of wrongfully removed Class Member ELA, A#[redacted]" has been the subject line for this email chain between Defendants' Counsel and Class Counsel dating from June 15, 2026. Undersigned counsel sent the email containing Class Counsel's inquiry at 12:13 p.m. EDT to as an attachment to Department of Homeland Security (DHS) Office of General Counsel (OGC) attorneys, Immigration and Customs Enforcement (ICE) attorneys, and U.S. Citizenship and Immigration Services (USCIS) attorneys. This email contained legal advice to DHS regarding how to respond to Class Counsel's email.

At 5:36 p.m. EDT Defendants' Counsel, including undersigned counsel, received an email from Class Counsel stating that ELA had been removed to El Salvador. Attachment B[1] at 4. Defendants' Counsel, including undersigned counsel, only became aware of the possibility that ELA was removed or scheduled to be removed when Class Counsel emailed at 5:36 p.m. EDT. At 5:37 p.m. EDT, undersigned counsel and Defendants' Counsel Jaime Scott called DHS OGC to, in part, ascertain ELA's location, based on Class Counsel's 5:36 p.m. EDT email stating ELA had been removed to El Salvador.

On a second call with DHS OGC that lasted from 6:49 p.m. EDT to 6:55 p.m. EDT, undersigned counsel learned that ELA had been placed on a flight manifest and that flight had landed in El Salvador the afternoon of September 1. Undersigned counsel sent the information learned during the 6:49 p.m. EDT phone call about ELA's location to Class Counsel via email at 7:07 p.m. EDT. *Id*. at 2.

The aforementioned phone call at approximately 6:49 p.m. EDT was the first time Defendants' Counsel, including undersigned counsel, received information regarding ELA's location after Class Counsel's 11:22 a.m. EDT email, other than Class Counsel's 5:36 p.m. EDT email.

Defendants further proffer that they are considering appropriate steps to rectify the communication errors that led to ELA's erroneous removal and intend to update the Court on these steps no later than their next Status Report due September 10, 2026.

Sincerely,

BRETT SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

[1] Attachment B includes the entirety of communications between Class Counsel and Defendants' Counsel on September 1, 2026.

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JEFFREY ALDERETTE
JAIME A. SCOTT
Trial Attorneys

*/s/ Larissa K. Johnson*
LARISSA K. JOHNSON
Trial Attorney (DC No. 90034719)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 598-9126
Larissa.K.Johnson@usdoj.gov