**From:** Wendy Wylegala
**To:** Johnson, Larissa K. (CIV)
**Cc:** Michelle Mendez; Rebecca Scholtz; Scott, Jaime A (CIV); Alderette, Jeffrey (CIV); Latimer, Maria N. (CIV); Kristen Jackson; Reno, Catherine M (CIV); DeJong, Kevin J; Schultz, Evan P. (CIV); Mueller, Ruth A. (CIV)
**Subject:** [EXTERNAL] RE: [Urgent corrective action needed] Return of wrongfully removed Class Member ELA, A#[redacted]
**Date:** Tuesday, September 1, 2026 11:23:49 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
2026.9.1 11am locator.pdf

---

Counsel,

We write to seek urgent corrective action, today, for the cancellation of a professional evaluation for ELA scheduled for 10am-12 noon CT today. As you know, ICE has held ELA at Jackson Parish Correctional Facility since August 8, the day after his return to the U.S. On August 18, after scheduling two sessions with a mental health professional and interpreter, ELA's immigration counsel exchanged emails with the Jackson Parish facility's scheduling inbox to confirm the timing for the two sessions. Yesterday's session proceeded successfully, but today, just a few hours before the session was to begin, ELA's immigration counsel received a "DFAS Appointment Cancellation" email with the stated reason "No longer at this facility." We initially thought the notice was erroneous, as on one earlier occasion (noted below) Jackson Parish cancelled a legal visit on short notice for that reason, even though ELA remained at the facility. Today, however, the facility then wrote to immigration counsel to confirm that ELA had been moved but has not responded to a request for his location. The attached locator printout reflects no record for ELA.

The evaluation is central to ELA's due process rights, and the professional fees are a significant expense. Accordingly, ELA's counsel confirmed the appointments with Jackson Parish two weeks in advance. Since your client has not responded to G-28 counsel, we request immediate information about ELA's location so that his counsel can attempt to salvage part of the scheduled meeting, and/or your cooperation in ensuring that the appointment can be rescheduled. Thank you.

Sincerely,

Wendy

**Wendy Wylegala**
Senior Director, Legal Strategy
Kids in Need of Defense (KIND)
252 West 37th Street, Floor 15
New York, NY 10018
Work mobile 718-685-9084
Office 646-970-2913
wwylegala@supportkind.org
www.supportkind.org

KIND
KIDS IN NEED OF DEFENSE

***Confidentiality Notice:*** *The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.*