**From:** Mueller, Ruth A. (CIV)
**To:** DeJong, Kevin J; Johnson, Larissa K. (CIV); Wendy Wylegala
**Cc:** Michelle Mendez; Rebecca Scholtz; Scott, Jaime A (CIV); Alderette, Jeffrey (CIV); Latimer, Maria N. (CIV); Kristin Jackson; Reno, Catherine M (CIV); Schultz, Evan P. (CIV)
**Subject:** Re: [Urgent corrective action needed] Return of wrongfully removed Class Member ELA, A#[redacted]
**Date:** Tuesday, September 1, 2026 7:23:56 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png

---

Kevin,

DOJ counsel became aware via Wendy's email at 5:36pm today.

Ruth Ann

Ruth Ann Mueller
Senior Litigation Counsel
DOJ/Office of Immigration Litigation
202-598-2445

---

**From:** DeJong, Kevin J <KDeJong@goodwinlaw.com>
**Sent:** Tuesday, September 1, 2026 7:21 PM
**To:** Johnson, Larissa K. (CIV) <Larissa.K.Johnson@usdoj.gov>; Wendy Wylegala <WWylegala@supportkind.org>
**Cc:** Michelle Mendez <michelle@nipnlg.org>; Rebecca Scholtz <rebecca@nipnlg.org>; Scott, Jaime A (CIV) <Jaime.A.Scott@usdoj.gov>; Alderette, Jeffrey (CIV) <Jeffrey.Alderette@usdoj.gov>; Latimer, Maria N. (CIV) <Maria.N.Latimer@usdoj.gov>; Kristin Jackson <kjackson@publiccounsel.org>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Schultz, Evan P. (CIV) <Evan.P.Schultz2@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] Re: [Urgent corrective action needed] Return of wrongfully removed Class Member ELA, A#[redacted]

Larissa,

Please also explain when DOJ counsel first became aware of ELA's re-removal, or your clients' intentions to re-remove ELA.

-Kevin

---

**From:** Johnson, Larissa K. (CIV) <Larissa.K.Johnson@usdoj.gov>

**Sent:** Tuesday, 01 September 2026 19:07:24
**To:** DeJong, Kevin J <KDeJong@goodwinlaw.com>; Wendy Wylegala <WWylegala@supportkind.org>
**Cc:** Michelle Mendez <michelle@nipnlg.org>; Rebecca Scholtz <rebecca@nipnlg.org>; Scott, Jaime A (CIV) <Jaime.A.Scott@usdoj.gov>; Alderette, Jeffrey (CIV) <Jeffrey.Alderette@usdoj.gov>; Latimer, Maria N. (CIV) <Maria.N.Latimer@usdoj.gov>; Kristin Jackson <kjackson@publiccounsel.org>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Schultz, Evan P. (CIV) <Evan.P.Schultz2@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: [Urgent corrective action needed] Return of wrongfully removed Class Member ELA, A#[redacted]

***EXTERNAL***
Counsel,

ICE has confirmed that ELA was listed on a flight manifest and that flight landed in El Salvador this afternoon. Defendants are continuing to look into what happened but have nothing further at this time.

We understand that Class Counsel is likely to go to the Court tomorrow on this issue.

**Larissa Johnson**
Trial Attorney
Office of Immigration Litigation
United States Department of Justice
(202) 598-9126
Larissa.K.Johnson@usdoj.gov

---

**From:** Johnson, Larissa K. (CIV)
**Sent:** Tuesday, September 1, 2026 6:29 PM
**To:** 'DeJong, Kevin J' <KDeJong@goodwinlaw.com>; Wendy Wylegala <WWylegala@supportkind.org>
**Cc:** Michelle Mendez <michelle@nipnlg.org>; Rebecca Scholtz <rebecca@nipnlg.org>; Scott, Jaime A (CIV) <Jaime.A.Scott@usdoj.gov>; Alderette, Jeffrey (CIV) <Jeffrey.Alderette@usdoj.gov>; Latimer, Maria N. (CIV) <Maria.N.Latimer@usdoj.gov>; Kristin Jackson <kjackson@publiccounsel.org>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Schultz, Evan P. (CIV) <Evan.P.Schultz2@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: [Urgent corrective action needed] Return of wrongfully removed Class Member ELA, A#[redacted]

Counsel,

Acknowledging receipt. Litigation counsel is in active communication with Defendants and we will provide any updates we receive to you.

**Larissa Johnson**
Trial Attorney
Office of Immigration Litigation
United States Department of Justice

(202) 598-9126
Larissa.K.Johnson@usdoj.gov

---

**From:** DeJong, Kevin J <KDeJong@goodwinlaw.com>
**Sent:** Tuesday, September 1, 2026 6:18 PM
**To:** Johnson, Larissa K. (CIV) <Larissa.K.Johnson@usdoj.gov>; Wendy Wylegala <WWylegala@supportkind.org>
**Cc:** Michelle Mendez <michelle@nipnlg.org>; Rebecca Scholtz <rebecca@nipnlg.org>; Scott, Jaime A (CIV) <Jaime.A.Scott@usdoj.gov>; Alderette, Jeffrey (CIV) <Jeffrey.Alderette@usdoj.gov>; Latimer, Maria N. (CIV) <Maria.N.Latimer@usdoj.gov>; Kristin Jackson <kjackson@publiccounsel.org>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Schultz, Evan P. (CIV) <Evan.P.Schultz2@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] RE: [Urgent corrective action needed] Return of wrongfully removed Class Member ELA, A#[redacted]
**Importance:** High

Larissa,

Please provide all information as to the circumstances of this removal **tonight**. We intend to notify the Court tomorrow of this egregious violation.

ELA has not received an adjudication on the merits of his asylum application. As such, his removal for the second time is yet another violation of the Settlement Agreement and the Court's April 23, 2025 Order, and also a violation of the Court's July 29, 2026 Order. Moreover, Defendants have already been found to be in contempt of the Court's orders, and instead of seeking to purge their contempt of the Court's orders, Defendants are continuing to violate the Court's orders. Defendants' violation here is all the more egregious because there is no question that Defendants knew that ELA is a Class Member.

We also note that Defendants have not treated ELA with any semblance of dignity. ICE cancelled a scheduled mental health evaluation, took away his belongings, and removed him for the second time to the country from which he fled persecution.

-Kevin

---

**From:** Johnson, Larissa K. (CIV) <Larissa.K.Johnson@usdoj.gov>
**Sent:** Tuesday, September 1, 2026 5:42 PM
**To:** Wendy Wylegala <WWylegala@supportkind.org>
**Cc:** Michelle Mendez <michelle@nipnlg.org>; Rebecca Scholtz <rebecca@nipnlg.org>; Scott, Jaime A

(CIV) <Jaime.A.Scott@usdoj.gov>; Alderette, Jeffrey (CIV) <Jeffrey.Alderette@usdoj.gov>; Latimer, Maria N. (CIV) <Maria.N.Latimer@usdoj.gov>; Kristin Jackson <kjackson@publiccounsel.org>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; DeJong, Kevin J <KDeJong@goodwinlaw.com>; Schultz, Evan P. (CIV) <Evan.P.Schultz2@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: [Urgent corrective action needed] Return of wrongfully removed Class Member ELA, A#[redacted]

***EXTERNAL***
Counsel,

Acknowledging receipt. We will follow up as soon as we have additional information.

**Larissa Johnson**
Trial Attorney
Office of Immigration Litigation
United States Department of Justice
(202) 598-9126
Larissa.K.Johnson@usdoj.gov

---

**From:** Wendy Wylegala <WWylegala@supportkind.org>
**Sent:** Tuesday, September 1, 2026 5:36 PM
**To:** Johnson, Larissa K. (CIV) <Larissa.K.Johnson@usdoj.gov>
**Cc:** Michelle Mendez <Michelle@nipnlg.org>; Rebecca Scholtz <rebecca@nipnlg.org>; Scott, Jaime A (CIV) <Jaime.A.Scott@usdoj.gov>; Alderette, Jeffrey (CIV) <Jeffrey.Alderette@usdoj.gov>; Latimer, Maria N. (CIV) <Maria.N.Latimer@usdoj.gov>; Kristen Jackson <kjackson@publiccounsel.org>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; DeJong, Kevin J <kdejong@goodwinlaw.com>; Schultz, Evan P. (CIV) <Evan.P.Schultz2@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] RE: [Urgent corrective action needed] Return of wrongfully removed Class Member ELA, A#[redacted]
**Importance:** High

Counsel,
We were told moments ago that ELA was told he would be transferred to another detention center and has instead been deported to El Salvador.

**Wendy Wylegala**
Senior Director, Legal Strategy
Kids in Need of Defense (KIND)
252 West 37th Street, Floor 15
New York, NY 10018
Work mobile 718-685-9084
Office 646-970-2913
wwylegala@supportkind.org
www.supportkind.org

KIDS IN NEED OF DEFENSE

***Confidentiality Notice:*** *The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.*

---

**From:** Wendy Wylegala
**Sent:** Tuesday, September 1, 2026 11:22 AM
**To:** 'Johnson, Larissa K. (CIV)' <Larissa.K.Johnson@usdoj.gov>
**Cc:** Michelle Mendez <Michelle@nipnlg.org>; Rebecca Scholtz <rebecca@nipnlg.org>; 'Scott, Jaime A (CIV)' <Jaime.A.Scott@usdoj.gov>; 'Alderette, Jeffrey (CIV)' <Jeffrey.Alderette@usdoj.gov>; 'Latimer, Maria N. (CIV)' <Maria.N.Latimer@usdoj.gov>; Kristen Jackson <kjackson@publiccounsel.org>; 'Reno, Catherine M (CIV)' <Catherine.M.Reno@usdoj.gov>; DeJong, Kevin J <kdejong@goodwinlaw.com>; 'Schultz, Evan P. (CIV)' <Evan.P.Schultz2@usdoj.gov>; 'Mueller, Ruth A. (CIV)' <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: [Urgent corrective action needed] Return of wrongfully removed Class Member ELA, A#[redacted]

Counsel,

We write to seek urgent corrective action, today, for the cancellation of a professional evaluation for ELA scheduled for 10am-12 noon CT today. As you know, ICE has held ELA at Jackson Parish Correctional Facility since August 8, the day after his return to the U.S. On August 18, after scheduling two sessions with a mental health professional and interpreter, ELA's immigration counsel exchanged emails with the Jackson Parish facility's scheduling inbox to confirm the timing for the two sessions. Yesterday's session proceeded successfully, but today, just a few hours before the session was to begin, ELA's immigration counsel received a "DFAS Appointment Cancellation" email with the stated reason "No longer at this facility." We initially thought the notice was erroneous, as on one earlier occasion (noted below) Jackson Parish cancelled a legal visit on short notice for that reason, even though ELA remained at the facility. Today, however, the facility then wrote to immigration counsel to confirm that ELA had been moved but has not responded to a request for his location. The attached locator printout reflects no record for ELA.

The evaluation is central to ELA's due process rights, and the professional fees are a significant expense. Accordingly, ELA's counsel confirmed the appointments with Jackson Parish two weeks in advance. Since your client has not responded to G-28 counsel, we request immediate information about ELA's location so that his counsel can attempt to salvage part of the scheduled meeting, and/or your cooperation in ensuring

that the appointment can be rescheduled. Thank you.

Sincerely,

Wendy

**Wendy Wylegala**
Senior Director, Legal Strategy
Kids in Need of Defense (KIND)
252 West 37th Street, Floor 15
New York, NY 10018
Work mobile 718-685-9084
Office 646-970-2913
wwylegala@supportkind.org
www.supportkind.org

KIND
KIDS IN NEED OF DEFENSE

***Confidentiality Notice:*** *The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.*