**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

September 3, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by CM/ECF System*

**Re:** ***J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.*,**
**Case No. 8:19-cv-01944-SAG**
**Status Report in Accordance with the Court's September 2, 2026 Order**

Dear Judge Gallagher:

Defendants provide the following in response to Questions 1-4 and 6-8:

a. Declaration of Supervisory Detention Deportation Officer Bennethum, executed September 3, 2026; and

b. Declaration of Supervisory Management and Program Analyst Fajardo, executed September 3, 2026.

Sincerely,

BRETT SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER

Senior Litigation Counsel

EVAN P. SCHULTZ
JEFFREY ALDERETTE
JAIME A. SCOTT
Trial Attorneys

*/s/ Larissa K. Johnson*
LARISSA K. JOHNSON
Trial Attorney (DC No. 90034719)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 598-9126
Larissa.K.Johnson@usdoj.gov