UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | 8:19-CV-01944-SAG<br>Declaration of<br>Supervisory Detention<br>Deportation Officer<br>Brandon J. Bennethum |

**DECLARATION OF BRANDON J. BENNETHUM**

I, Brandon J. Bennethum, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a Supervisory Detention Deportation Officer ("SDDO") with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), in the Winnfield Sub-Office of the New Orleans Field Office. I was first employed with DHS in September 2011. I have been a Supervisory Detention Deportation Officer with ERO since January 2023.

2. I am currently assigned to the ERO Winnfield Sub-Office's Detained Unit, which oversees the aliens detained at the Jackson Parish Correctional Center ("JPCC"), which is a contract detention facility in Jonesboro, Louisiana, that is managed by the LaSalle Management Company, LLC. My responsibilities include, but are not limited to, tracking the progression of detained cases through removal proceedings, tracking detained cases with final removal orders, obtaining travel documents for aliens ordered removed, and effectuating the removal of aliens to their home countries.

3. I am familiar with ICE policies and procedures governing the detention and removal of aliens who come into ICE's custody. I make this declaration based upon my personal and professional knowledge, as well as knowledge obtained from various records and systems maintained by ICE in the regular course of business, including but not limited to the alien registration file (A-file), DHS databases, and notes from the previous and current officers in charge of the case relating to [redacted] (ELA). I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry in the above-captioned case as of today.

4. On September 2, 2026, the Court ordered Defendants to answer the following questions[1] on or before September 3, 2026, at 12:00 p.m. Eastern Time, and my responses are as follows:

**(1)** At what time did Defendants move ELA from the Louisiana detention center where ICE had been holding him since August 8, 2026?

- On September 1, 2026, at approximately 2:21 a.m. ET, ELA was moved from JPCC, the Louisiana detention center where ICE had been holding him since August 8, 2026.

**(2)** Who was responsible for the decision to move ELA from the detention center?

- The Detention and Operations Coordination Center (DOCC) scheduled the flight and Alexandria Staging Facility scheduled the movement from the facility to the flightline.

**(3)** At what time did the plane carrying ELA take off for San Salvador?

- On September 1, 2026, at approximately 9:45 a.m. ET, the plane carrying ELA took off for San Salvador.

**(4)** Who was responsible for the decision to place ELA on a plane to San Salvador?

- On August 11, 2026, ICE contacted USCIS to request the status of ELA's asylum application.
- On August 12, 2026, United States Citizenship and Immigration Services (USCIS) responded that it was closing the asylum case due to failure to attend biometrics appointments.
- To my knowledge ICE never received a request from ELA or his attorney regarding the scheduling of a biometric appointment.
- On August 16, 2026, ERO SDDO Williams requested to have the JOP banner removed by the National Case Management Unit (NCMU) due to case closure as per the JOP Settlement Agreement. On the same day, NCMU removed the JOP banner from EARM.

[1] No response is included to question #5 as that question is not directed at ICE.

- Based on this information, ICE understood there to be no pending asylum application for adjudication on the merits pending before USCIS at the time of removal.
- ICE therefore believed there to be no impediments to removal.

**(6)** Did ICE fail to provide any of the personnel who carried out these decisions with the revised ICE guidance issued August 13, 2026?

- I understand that the revised ICE guidance issued on August 13, 2026, was disseminated to all ICE personnel.

**(7)** Do ICE systems contain an alert that ELA was identified as a potential J.O.P. Class Member?

- ICE systems did contain an alert that ELA was identified as a potential J.O.P. Class Member. ICE systems also noted that USCIS was closing ELA's asylum case and that there was a request to have the J.O.P. banner removed.

**(8)** What is the plan for promptly rectifying this error?

- ICE is facilitating ELA's return and is in the process of looking at all available flight options.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 3rd day of September 2026.

BRANDON J BENNETHUM

Digitally signed by BRANDON J BENNETHUM
Date: 2026.09.03 10:51:51 -05'00'

Brandon J. Bennethum
Supervisory Detention Deportation Officer
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security