**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **J.O.P., *et al.*,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Civil No. SAG-19-01944** |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * *

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 8th day of September, 2026, hereby ORDERED:

(1) Plaintiffs' motion for attorneys' fees and costs, ECF 505, is GRANTED IN PART and DENIED IN PART;

(2) The Court awards attorneys' fees to Plaintiffs in the amount of $160,823.09 and expenses in the amount of $3,704.61.

/s/

Stephanie A. Gallagher
United States District Judge