UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

$3.72 0
US POSTAGE IMI
FIRST-CLASS
063S0001443286
FROM 20770
S98611.114

NLL
1C
8.3 3697

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

SEP 0 8 2026

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

Michelle N Mendez
National Immigration Project
1201 Connecticut Ave. NW Suite 531
Ste Pmb 896645
Washington, DC 20036

-R-T-S- 200362056-1N 09/01/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER