FILED ENTERED
LOGGED RECEIVED
SEP 08 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**J.O.P., *et al.*,**

**Plaintiffs,**

**v.** **Civil No. SAG-19-01944**

**U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,**

**Defendants.**

* * * * * * * * * * * * * *

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 29th day of July, 2026, ordered that:

1. Class Counsel's Motion to Compel the Return of Class Member E.M.P., ECF 544, is DENIED.
2. Class Counsel's Emergency Motion to Enforce the Court-Ordered Settlement Agreement and Find Defendants in Civil Contempt, ECF 459, is GRANTED IN PART and DENIED IN PART.
3. To ensure compliance with the Settlement Agreement and this Court's November 25, 2024 and April 23, 2025 orders:
   a. If any system alerts signifying an individual's potential *J.O.P.* Class membership are present in an individual's records in ICE's systems, or if an individual is identified to ICE as a potential *J.O.P.* Class Member by any other means (including, but not limited to, USCIS's compiled lists of potential Class Members, self-identification, or identification by counsel), ICE must refrain from removing the individual unless and until USCIS adjudicates their asylum application on the merits or the USCIS Asylum Office confirms the individual is not a Class Member.