**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

September 10, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by CM/ECF System*

**Re:** ***J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.*,**
**Case No. 8:19-cv-01944-SAG**
**Status Report in Accordance with the Court's July 29, 2026 Order**

Dear Judge Gallagher:

In accordance with Paragraph 5 of the July 29, 2026 Order (Dkt. No. 642), Defendants provide the following:

a. Declaration of Unit Chief Shohel Mollah, executed September 10, 2026;

b. A copy of the written guidance issued to ICE personnel on August 13, 2026; and

c. All identified potential Class Members removed since November 25, 2024, as well as potential Class Members identified through a re-run of the "Removed UACs" tag on August 27, 2026. New potential Class Members identified in the August 27, 2026, re-run are highlighted. Defendants note for the Court's awareness that the potential Class Member with initials MMV was removed after the July 29, 2026 order, but before ICE guidance was issued pursuant to the Court's order.

Pursuant to Defendants' Motion to Seal (Dkt. No. 648) and the Court's Order granting Defendants' Motion to Seal (Dkt. No. 658), this letter and Attachments A and B are provided to class counsel via CM/ECF, and Attachment C has been filed under seal via CM/ECF and provided to class counsel via email.[1]

[1] In accordance with past practice, additional information regarding each of the identified potential Class Members was also separately provided to class counsel via email.

Pursuant to their September 3, 2026 status report, Dkt No. 667, Defendants provide the following updates to the Court relating to ELA's erroneous removal: Defendants have provided an agency point of contact for facilitation of ELA's return to Class Counsel. Defendants have reviewed the circumstances of ELA's removal and proffer that all communications between ICE and USCIS employees discussed in the declarations filed September 3, 2026, took place before the initial circulation of guidance to all ICE employees on August 13, 2026, pursuant to this Court's July 29 order. Further, Defendants note that the USCIS declarant is not one of the USCIS POCs identified in an attachment to the ICE guidance. Those USCIS POCs have greater familiarity with Defendants' obligations under the *J.O.P.* settlement agreement. Last, ICE guidance will be reissued on a monthly basis pursuant to the Court's Order, Dkt. No. 642.

Sincerely,

BRETT SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JAIME SCOTT
LARISSA JOHNSON
Trial Attorneys

*/s/ Jeffrey Alderette*
JEFFREY ALDERETTE (DC No. 1738711)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 860-9941
Jeffrey.Alderette@usdoj.gov