# Attachment A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | 8:19-CV-01944-SAG<br>Declaration of<br>Unit Chief Shohel Mollah |

DECLARATION OF SHOHEL MOLLAH

I, Shohel Mollah, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a Unit Chief for Field Operations Southeast, with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), in the Field Operations Division of ERO. I have been employed with DHS since 2008. I have been a Unit Chief with ERO Field Operations since January 2026.

2. I am currently assigned to the ERO Field Operations Division, which oversees the interior enforcement of immigration law. My responsibilities include, but are not limited to, managing employees, assigning and reviewing taskings, and requesting information from ERO Field Locations.

3. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from other DHS employees as of today.

4. I am familiar with ICE policies and procedures governing the detention and removal of aliens who come into ICE's custody, including the use of the ICE system of records. I am also familiar with the *J.O.P.* litigation, and I understand the court issued an order on July 29, 2026.

5. In compliance with the court's order, I am aware ERO issued guidance in an email Broadcast message, which was distributed to all ERO personnel on August 12, 2026. I am further aware that ERO recirculated this guidance on September 10, 2026. The ERO guidance summarizes the court's order, highlighting relevant changes to current practice. The settlement agreement, court's order, and a list of U.S. Citizenship and Immigration Services (USCIS) points of contact were included as attachments to the ERO guidance. The ERO guidance also contained email contact information for ICE personnel who are available to answer questions about the settlement terms and the orders issued by this Court. I have been advised the ERO guidance will be redistributed monthly as required by the Court.

6. It is my understanding that ERO receives class lists from USCIS every two weeks. I have been advised that ICE last received a list from USCIS on September 1, 2026, and updated EARM on September 3, 2026. It is my understanding that, once a new list is received from USCIS, ICE intends to update its records within two business days.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 10th day of September 2026.

SHOHEL MOLLAH

Digitally signed by SHOHEL MOLLAH
Date: 2026.09.10 15:45:39 -04'00'

Shohel Mollah
Unit Chief, Field Operations Southeast
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security