**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| J.O.P., et al. **Plaintiff,** | * | |
| **v.** | * | **Case No.** 8:19-cv-0 1944-SAG |
| DHS, et al. **Defendant.** | * * | |

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Check one.**

☒ Exhibit C which is an attachment to September 10, 2026 Status Report

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐ ______________________
(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by email to class counsel..

09/10/2026
Date

/s/ Jeffrey Alderette
Signature

Jeffrey Alderette (DC # 1738711)
Printed Name and Bar Number

P.O. Box 868, Ben Franklin Station, Washington, D.C. 20044
Address

Jeffrey.Alderette@usdoj.gov
Email Address

202-860-9941
Telephone Number

202-305-7000
Fax Number