**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**CLASS COUNSEL'S MOTION TO REMEDY DEFENDANTS' CONTEMPT AND ENFORCE THE SETTLEMENT AGREEMENT AS TO CLASS MEMBER E.L.A.**

Class Counsel files this motion to remedy Defendants' contempt as to Class Member E.L.A., whom Defendants removed for a second time in violation of the Settlement Agreement and this Court's November 25, 2024, April 23, 2025, and July 29, 2026 orders. Section III.I of the Settlement Agreement, approved by this Court on November 25, 2024, prohibits removal from the United States of any Class Member who has not received an adjudication by Defendant U.S. Citizenship and Immigration Services ("USCIS") on the merits of their asylum application. ECF No. 199-2. The Court's April 23, 2025 Order further prohibits removal of Class Members from the United States. ECF No. 254. Likewise, the Court's July 29, 2026 Order states that "if an individual is identified to ICE as a potential J.O.P. Class Member by any means . . . ICE must refrain from removing the individual unless and until USCIS adjudicates their asylum application on the merits or the USCIS Asylum Office confirms the individual is not a Class Member." ECF No. 642.

Despite the Settlement Agreement and the Court's orders, E.L.A. was removed in March 2026. After being returned to the United States in August 2026 due to the advocacy of Class Counsel, Defendants yet again removed E.L.A. from this country on September 1, 2026. Because E.L.A. is a Class Member who has been removed to El Salvador, the country from which he fears persecution, in violation of the Settlement Agreement and this Court's orders, Class Counsel asks that the Court hold Defendants in civil contempt of the Court's November 25, 2024, April 23, 2025, and July 29, 2026 orders. Further, Class Counsel asks that the Court order Defendants to: 1) the return of Class Member E.L.A. to the United States for an adjudication of his asylum application on the merits by USCIS under the terms of the Settlement Agreement; 2) provide E.LA., E.L.A.'s immigration counsel, and Class Counsel at least 3 business days' advance notice of the time and place of his arrival in the United States, and upon his arrival, immediately release E.L.A.; 3) return to E.L.A. all his property and documents Defendants took from him, including his identity card, cell phones, clothing, and money; 4) provide E.L.A., E.L.A.'s immigration counsel, and Class Counsel with copies of his entry and release paperwork and at least three weeks' advance notice of his scheduled asylum interview; and 5) provide E.L.A., E.L.A.'s immigration counsel, and Class Counsel with at least 5 business days' advance notice of any attempt to re-remove E.L.A., as well as the legal authority they assert authorizes such re-removal. Finally, Class Counsel asks that the Court order Defendants to provide status reports regarding their compliance with this order.

In support of this motion, Class Counsel rely on their memorandum and supporting declaration, filed contemporaneously with this motion.

A proposed order is attached.

Respectfully submitted, Dated: September 11, 2026

/s/ *Brian T. Burgess*

Brian T. Burgess (Bar No. 19251)
Daniel L. Farraye*
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Adam J. Horowitz*
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: 212-813-8800
Fax: 212-355-3333
AHorowitz@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1201 Conecticut Ave. NW, Suite 531
PMB 89645
Washinton, DC 20036
Phone: 540-907-1761
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project of the
National Lawyers Guild
30 S. 10th Street (c/o University of St.
Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5495
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Attorneys for Plaintiffs and the Class*
**Admitted pro hac vice*