**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**DECLARATION OF KEVIN J. DEJONG IN SUPPORT OF CLASS COUNSEL'S MOTION TO REMEDY DEFENDANTS' CONTEMPT AND ENFORCE THE SETTLEMENT AGREEMENT AS TO CLASS MEMBER ELA**

I, Kevin J. DeJong, hereby declare as follows:

1. I am an attorney at law, a member of the bars of the Commonwealth of Massachusetts and the State of New Hampshire, and am Counsel at the law firm of Goodwin Procter LLP. I am admitted *pro hac vice* to practice in the U.S. District Court for the District of Maryland. I am part of the Class Counsel team in this case.

2. I have personal knowledge of the facts herein. I make this declaration in support of Class Counsel's Motion to Remedy Defendants' Contempt and Enforce the Settlement Agreement as to Class Member ELA.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of USCIS's Affirmative Asylum Procedures Manual (Last Updated February 2025), available at https://www.theadvocatesforhumanrights.org/r/74317/AAPM%2013.pdf, with pgs.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript from the June 23, 2026 hearing in this matter.

5. Attached hereto as **Exhibit 3** is a true and correct copy of e-mail correspondence from Defendants' counsel to Class Counsel, dated September 11, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2026

*/s/ Kevin J. DeJong*

Kevin J. DeJong
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231