**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**CLASS COUNSEL'S MOTION FOR EXPEDITED BRIEFING**

Class Counsel has filed a Motion to Remedy Defendants' Contempt and Enforce the Settlement Agreement as to Class Member E.L.A. Class Counsel seek an expedited briefing schedule, with the Government's Opposition due in seven (7) days and a reply brief due seven (7) days later, as opposed to the standard fourteen (14) days and fourteen (14) days, respectively, pursuant to the Local Rules. Expedited briefing is warranted here because Defendants removed Class Member E.L.A. to El Salvador a second time on September 1, 2026 in violation of the Settlement Agreement and this Court's orders. E.L.A. was returned to the United States just one month prior to this second removal and was preparing for his asylum interview with counsel when Defendants again violated his rights. E.L.A. is currently in El Salvador, the country from which he fears persecution.

Class Counsel has made numerous requests to Defendants that they remedy this violation of the Settlement Agreement and the Court's orders and promptly return E.L.A. to the United States so that he may receive his asylum determination on the merits from USCIS. Class Counsel provided Defendants with notice of the violation on September 1, 2026, and Defendants confirmed

the improper removal that very day. Class Counsel notified the Court of this violation on September 2, 2026. ECF No. 665. Following an order from this Court (ECF No. 666), on September 3, 2026 Defendants filed a letter and two declarations indicating their intention to close E.L.A.'s asylum application prior to E.L.A.'s receipt of his asylum adjudication before USCIS on the merits. ECF No. 667; ECF No. 668-1; ECF No. 668.2.

Expedited briefing is warranted because E.L.A. should not be left to languish in El Salvador, the country from which he fears persecution. There is no dispute regarding E.L.A.'s Class membership and E.L.A.'s asylum application remains pending. Yet Defendants refuse to confirm they will permit E.L.A. to have his asylum adjudication on the merits, and have implied through their filings their intent to deny E.L.A.'s asylum application without a merits adjudication leading to his immediate deportation upon return. As laid forth in Class Counsel's motion, such actions violate the Settlement Agreement and may further endanger E.L.A.'s safety. Expedited resolution of this matter is therefore necessary.

Dated: September 11, 2026

Respectfully submitted,

*<u>/s/ Brian T. Burgess</u>*

Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Adam J. Horowitz*
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Phone: (212) 813-8800
Fax: (212) 355-3333
AHorowitz@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5495
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publicccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Attorneys for Plaintiffs and the Class*

*Admitted *pro hac vice*