**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

**J.O.P.**, **M.A.L.C.**, **M.E.R.E.**, **K.A.R.C.,** and **E.D.G.,** on behalf of themselves as individuals and on behalf of others similarly situated,

Plaintiffs,

v.

**U.S. DEPARTMENT OF HOMELAND SECURITY,** et al.

Defendants.

Civil Action No. 8:19-CV-01944-SAG

**DECLARATION OF KEVIN J. DEJONG IN SUPPORT OF CLASS COUNSEL'S MOTION TO ENFORCE SECTION III.H OF THE SETTLEMENT AGREEMENT**

I, Kevin J. DeJong, hereby declare as follows

1. I am an attorney at law, a member of the bars of the Commonwealth of Massachusetts, the State of New Hampshire and the U.S. Patent and Trademark Office, and Counsel at the law firm of Goodwin Procter LLP. I am admitted *pro hac vice* to practice in the U.S. District Court for the District of Maryland.

2. I have personal knowledge of the facts herein. I make this declaration in support of Class Counsel's Motion to Enforce Section III.H of the Settlement Agreement.

3. **Exhibits A-H** were previously filed on August 18, 2026 with Class Counsel's Opening Brief. ECF No. 650.

4. Attached hereto as **Exhibit I** is a true and correct copy of a Memorandum in Support of Movant-Intervenors' Emergency Motion to Intervene, filed on August 7, 2026 in *State of Texas v. U.S. Department of Justice et al*, C.A. 7:26-cv-00070-0 (N.D. Tex.).

5. Attached hereto as **Exhibit J** is a true and correct copy of a Notice of Appeal, filed on August 21, 2026 in *State of Texas v. U.S. Department of Justice et al*, C.A. 7:26-cv-00070-0 (N.D. Tex.).

6. Attached hereto as **Exhibit K** is a true and correct copy of a redacted Order of the Immigration Judge, dated August 13, 2026, granting a motion for administrative closure.

7. Attached hereto as **Exhibit L** is a true and correct copy of a redacted Order of the Immigration Judge, dated July 19, 2026, denying a motion to recalendar a case that was previously administratively closed on July 18, 2025.

Dated: September 15, 2026

*/s/ Kevin J. DeJong*
Kevin J. DeJong
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
KDejong@goodwinlaw.com

Attorney *for Plaintiffs and the Class*
Admitted *pro hac vice*