**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, et al.,<br>Defendants. | Case No. 8:19-CV-01944-SAG<br><br>Hon. Stephanie A. Gallagher |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 101.2, Class Counsel respectfully moves for leave of court to withdraw the appearance of Daniel Farraye, only, as counsel for Plaintiffs J.O.P., M.E.R.E., K.A.R.C., E.D.G., and L.M.Z. Withdrawal is permitted because Plaintiffs have other counsel in this matter. Counsel who have previously entered appearances will continue to represent Plaintiffs in this case.

WHEREFORE, Class Counsel respectfully request that the appearance of Daniel Farraye be withdrawn from this matter.

Dated: September 16, 2026

Respectfully submitted,

/s/ Daniel Farraye
Daniel Farraye (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
Tel: (202) 346-4000
Fax: (202) 346-4444
DFarraye@goodwinlaw.com

*Attorney for Plaintiffs and the Class*

.

**CERTIFICATE OF SERVICE**

I, Daniel Farraye, hereby certify that I served a copy of the foregoing document on counsel of record on September 16, 2026 by electronic means via the CM/ECF system.

/s/ Daniel Farraye
Daniel Farraye