**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

J.O.P., et al.,

Plaintiffs,

v.

U.S. Department of Homeland Security, et al.,

Defendants.

Case No. 8:19-CV-01944-SAG

Hon. Stephanie A. Gallagher

## ORDER

Upon consideration of the Class Counsel's Motion to Withdraw as Counsel, it is hereby ORDERED, that the Motion to Withdraw Daniel Farraye as counsel for the Plaintiffs is GRANTED.

Dated: September 16, 2026

/s/
Stephanie A. Gallagher
United States District Judge