IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J.O.P., et al. *

**Plaintiff,**

*

**v.** **Case No.** 8:19-cv-01944-SAG

DHS, et al. *

**Defendant.** *

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Check one.**

[x] Exhibit A which is an attachment to Defs.' Opposition to Class Counsel's Motion to Remedy Defendants' Contempt and Enforce the Settlement Agreement as to Class Member E.L.A. (Dkt. No. 676)

will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ] ______________________________

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by email to class counsel.

9/21/2026

Date

/s/*Larissa K. Johnson*

Signature

Larissa K. Johnson (D.C. Bar No. 90034719)

Printed Name and Bar Number

P.O. Box 868, Ben Franklin Station, Washington, D.C. 20044

Address

larissa.k.johnson@usdoj.gov

Email Address

202-5989126

Telephone Number

202-305-7000

Fax Number