**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DIVISION , FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**[PROPOSED] ORDER ON CLASS COUNSEL'S MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(B)**
**TO EXTEND THE TERMINATION DATE OF THE SETTLEMENT AGREEMENT**

For the reasons stated in the [accompanying/forthcoming] memorandum opinion, Class Counsel's Motion Under Federal Rule of Civil Procedure 60(b) to Extend the Termination Date of the Settlement Agreement is **GRANTED** and the Settlement Agreement, ECF No. 199-2, is hereby modified as follows:

1. Section II.S is amended to read as follows: **"Termination Date"** means November 27, 2026.

2. Section II.S.1 is amended to read as follows: **"Termination Date – USCIS Memorandum & Removed Class Members"** means the date that is three years after the superseding memorandum's effective date as set forth in paragraph III.A of the Settlement Agreement.

3. Section IV.K is amended to read as follows: **Termination.** This Settlement Agreement shall terminate on November 27, 2026, except that the Court shall have jurisdiction to

enforce Paragraph III.A of this Agreement, as well as the entire Agreement for those Class Members removed between November 25, 2024 and November 27, 2026 in violation of Paragraph III.I, until three years after the superseding memorandum's effective date.

4. Section V.A is amended to read as follows: **Retention of Jurisdiction.** This Court shall retain exclusive jurisdiction to supervise the implementation of this Settlement Agreement and to enforce its provisions and terms until the Termination Date, except that the Court shall retain jurisdiction over Paragraph III.A (USCIS superseding memorandum), as well as over the entire Agreement for Class Members removed between November 25, 2024 and November 27, 2026 in violation of Paragraph III.I, until the Termination Date – USCIS Memorandum & Removed Class Members, and the terms of this Agreement shall be incorporated into the order of the Court approving the Agreement.

Dated: _______________

_______________________________
HON. STEPHANIE A. GALLAGHER
United States District Judge