**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

J.O.P., et al., *
**Plaintiff,**
*
**v.** **Case No.** 8:19-CV-01944-SAG
*
U.S. Department of Homeland Security, et al.,
**Defendant.** *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐ Exhibit _________ which is an attachment to ________________________________

________________________________________________

will be electronically filed under seal within 24 hours of the filing of this Notice.

☒ Declaration of Rebecca Scholtz
(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail to counsel of record.

September 21, 2026
Date

/s/ Brian T. Burgess
Signature

Brian T. Burgess (Bar No. 19251)
Printed Name and Bar Number

1900 N Street, NW, Washington, DC 20036
Address

BBurgess@goodwinlaw.com
Email Address

202-346-4000
Telephone Number

202-346-4444
Fax Number