**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Civil Action No.<br>8:19-CV-01944-SAG |

**CLASS COUNSEL'S MOTION TO SEAL**

Pursuant to Local Rule 105.11, Class Counsel respectfully request that this Court enter an order sealing Class Counsel's Brief in Support of their Motion Under Federal Rule of Civil Procedure 60(b) to Extend the Termination Date of the Settlement Agreement (the "Brief") and the Declaration of Rebecca Scholtz, which both contain information sourced from documents produced by Defendants and designated by Defendants as "Confidential – Subject to Protective Order."

Under Local Rule 105.11, courts may grant a motion to seal if the moving party includes "(a) proposed reasons supported by specific factual representations to justify the sealing and (b) an explanation why alternatives to sealing would not provide sufficient protection." The decision to seal is "best left to the sound discretion of the [district] court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case." *Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004) (citation omitted).

In support of this motion to seal, Class Counsel states as follows:

1. The Brief and Declaration of Rebecca Scholtz contain information that has been designated by Defendants as "Confidential – Subject to Protective Order." While Class Counsel does not believe any protected information is included in these filings, out of an abundance of caution, Class Counsel seek a provisional order sealing the Brief and Declaration of Rebecca Scholtz, and to the extent these documents should be permanently sealed, Defendants should file a subsequent motion to seal justifying sealing of these documents. Class Counsel has contemporaneously filed a redacted copy of the Brief.

2. Class Counsel will serve the sealed versions of the Brief and Declaration of Rebecca Scholtz upon Defendants' counsel.

Accordingly, Class Counsel respectfully request that this Court enter an order sealing their Brief in Support of their Motion Under Federal Rule of Civil Procedure 60(b) to Extend the Termination Date of the Settlement Agreement and the Declaration of Rebecca Scholtz.

Dated: September 21, 2026

Respectfully submitted,

*/s/ Brian T. Burgess*

Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Adam J. Horowitz*
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Phone: (212) 813-8800
Fax: (212) 355-3333
AHorowitz@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5495
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506

Fax: 213-471-4568
MRoss@betzedek.org

*Attorneys for Plaintiffs and the Class*

*Admitted *pro hac vice*