FILED: September 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2013
(8:19-cv-01944-SAG)

---

J.O.P.; M.E.R.E.; K.A.R.C.; E.D.G.; L.M.Z., on behalf of themselves as individuals and on behalf of others similarly situated

Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH BENJAMIN EDLOW, Director, U.S. Citizenship & Immigration Services; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security;U. S. IMMIGRATION & CUSTOMS ENFORCEMENT; JONATHAN LEO FAHEY, in his official capacity as Senior Official performing the Duties of the Director of U.S. Immigration & Customs Enforcement

Defendants - Appellants

---

O R D E R

---

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk