**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case No. 8:19-cv-01944-SAG |

**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S SEPTEMBER 14, 2026 ORDER**

On September 14, 2026, the Court issued an order directing the parties to confer daily and file a status report each day by 7 pm detailing steps taken that day to facilitate ELA's return to the United States. ECF No. 681. The parties conferred via videoconference on September 24, 2026.

**Defendants' Position**

Defendants understand that the Court intends for these daily status reports to continue until the issues surrounding ELA's property are resolved. Defendants are actively working to provide the Court and Class Counsel with updates but have not yet concluded looking into ELA's missing property. Defendants do not concede that they failed to return ELA's property. Defendants have taken numerous steps toward locating the property, but at this point there is no indication the property is in the U.S. government's possession. Defendants understand from Class Counsel's motion that ELA's possessions include his "El Salvador identity card, three cell phones, clothing, and money." Dkt. No. 676 at 26. This list of possessions is different from a list included in an email sent by Class Counsel on September 4, which included ELA's passport. Class Counsel's motion also stated that "Class Counsel is prepared to provide Defendants additional details so that

they may identify and retrieve his bag of belongings." *Id*. On September 24 at 4:30 p.m., Defendants followed up by emailing Class Counsel the below series of questions regarding the property to both help clarify what property ELA is alleging he did not receive, as well as to assist ICE in further steps to locate the property.

- Can you confirm that ELA's passport is not one of the missing items? Passengers are permitted to travel with their passports on ICE AIR flights departing ASF for El Salvador.
- Can you provide descriptions (e.g., black iPhone 16) and telephone numbers for the three cell phones?
- Can you provide an estimated value of ELA's missing property?
- Can you confirm whether ELA has any form of ID and if so, what?

**<u>Class Counsel's Position</u>**

Class Counsel's position remains that returning ELA to the United States is not a sufficient remedy for Defendants' two unlawful removals of ELA absent an assurance that USCIS will provide ELA an adjudication on the merits of his asylum application by rendering a decision on the substance of his asylum claim by either granting an approval or issuing a determination of non-eligibility. See ECF No. 254 at 2; ECF No. 199-2 at 3, II.B. Return to the United States at the earliest possible time, coupled with assurances of the full protections of the Settlement Agreement and release from custody to avoid a third removal, remains ELA's interest.

Defendants reported no progress in locating and securing ELA's documents and personal property that ICE did not return when they removed him. Defendants' counsel could not report on any steps taken toward locating and securing ELA's documents and personal property. Class Counsel asked on September 21, 22, and 24 whether the Alexandria Staging Facility follows the ICE National Detention Standards, and Defendants' counsel does not know. Defendants' counsel

does not know whether the Alexandria Staging Facility has any procedures in place for safeguarding the property of persons detained there. Reiterating concerns that locating and securing the documents and personal property may become more difficult with the passage of time, Class Counsel asked that Defendants work urgently to locate, safeguard, and ultimately return ELA's documents and personal property.

DATED: September 24, 2026

BRETT SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JEFFREY ALDERETTE
JAIME A. SCOTT
Trial Attorneys

*/s/ Larissa K. Johnson*
LARISSA K. JOHNSON
Trial Attorney (D.C. Bar No. 90034719)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Telephone: (202) 598-9126
Fax: (202) 305-7000
Larissa.K.Johnson@usdoj.gov
*Counsel for Defendants*

Respectfully Submitted,

*/s/ Brian T. Burgess*
*Attorneys for Plaintiffs and the Class*
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Adam J. Horowitz*
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: 212-813-8800
Fax: 212-355-3333
AHorowitz@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036

Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of
St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5495
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publicccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, I served an electronic copy of the foregoing on counsel for the Plaintiffs via the Court's CM/ECF system.

*/s/ Larissa K. Johnson*

LARISSA K. JOHNSON
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Telephone: (202) 598-9126
Fax: (202) 305-7000
Larissa.K.Johnson@usdoj.gov