**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **J.O.P., *et al.*,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Civil No. SAG-19-01944** |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * * *

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is, this 25th day of September, 2026, ORDERED that:

(1) Class Counsel's Motion to Remedy Defendants' Contempt and to Enforce the Settlement Agreement as to Class Member E.L.A., ECF 676, is GRANTED IN PART and DENIED IN PART;

(2) Defendants are hereby found to be in contempt of this Court's November 25, 2024, April 23, 2025, and July 29, 2026, orders as a result of their removal of E.L.A. to El Salvador in violation of this Court's orders;

(3) Defendants are ORDERED to:

(a) Return E.L.A. to the United States and refrain from executing any final removal order against him until (i) USCIS issues a Final Determination on one properly filed asylum application under the terms of the Settlement Agreement or (ii) the Settlement Agreement expires;

(b) Provide E.L.A., his immigration counsel, and Class Counsel with three (3) days advance notice of the time and place of E.L.A.'s planned arrival in the United States;

(c) Return to E.L.A. all of his property and documents that were removed from his person at the time of his wrongful removal; and

(d) If Defendants intend to remove E.L.A. for any reason, provide E.L.A., his immigration counsel, Class Counsel, and the Court with at least five (5) business days of advance notice and the legal authority authorizing the intended removal.

(e) All other requested relief is denied.

(4) The Parties are directed to confer and advise this Court on or before October 2, 2026, regarding the status of E.L.A.'s return to the United States (including his decision about whether to pursue return and, if he so chooses, the plans to effect his return).

(5) The Clerk is directed to file the accompanying Memorandum Opinion under seal, and the parties are afforded one week to confer and advise this Court of any proposed redactions to be made to a publicly filed version. Should this Court not receive proposed redactions within one week, it will file the opinion publicly in full.

/s/
Stephanie A. Gallagher
United States District Judge