**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case No. 8:19-cv-01944-SAG |

**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S SEPTEMBER 14, 2026 ORDER**

On September 14, 2026, the Court issued an order directing the parties to confer daily and file a status report each day by 7 pm detailing steps taken that day to facilitate ELA's return to the United States. ECF No. 681. On September 23, the Court orally directed the parties to continue to meet and confer daily on Defendants' progress in returning to ELA the personal property and documents that he had with him when he entered ICE custody. The parties conferred by teleconference on September 25, 2026.

**Defendants' Position**

Defendants understand that the Court intends for daily meet and confers and status reports to continue until the issues surrounding ELA's property are resolved. Defendants are actively working to provide the Court and Class Counsel with updates but have not yet concluded their review of ELA's missing property. Defendants do not concede that they failed to return ELA's property. Defendants have taken numerous steps toward locating the property. Notwithstanding, there is currently no indication ELA's property is in the U.S. government's possession.

On September 24 at 4:30 p.m., Defendants continued to investigate this issue by emailing Class Counsel a list of questions to help clarify what property ELA is alleging is missing. Class Counsel responded to this list of questions at 1:58pm on September 25, 2026. Class Counsel also posed follow-up questions that Defendants are currently investigating. Finally, on the parties' 2:00 pm meet and confer, Class Counsel revealed new information regarding certain identity documents in ELA's possession. Defendants' counsel conveyed that information to the agency to further assist in investigating ELA's missing property.

Defendants also proffer that they have no further updates to share with the Court regarding "the status of E.L.A.'s return to the United States (including his decision about whether to pursue return and, if he so chooses, the plans to effect his return)." *See* Dkt. No. 715. Defendants remain ready to facilitate ELA's return if and when he chooses to do so. Multiple flights depart from El Salvador weekly and can accommodate ELA's return to the United States. Class Counsel added to their position at 6:09 pm and Defendants have not had adequate time to review and respond before today's filing.

**Class Counsel's Position**

Defendants did not report any progress in or steps taken toward locating and securing ELA's documents and personal property that ICE did not return when they removed him. Defendants' counsel could not say whether the ICE National Detention Standards are in effect at the Alexandria Staging Facility, or whether the Alexandria Staging Facility has any procedures in place for safeguarding the property of persons detained there.

At approximately 2:00pm today, Class Counsel responded via email to the comments and questions Defendants emailed to Class Counsel yesterday at 4:30pm, and asked two questions of Defendants: Did ICE maintain a reliable inventory of the property ELA had with him when he

arrived on August 7? And, was the property consistently stored in a way that identified it as ELA's property? During today's call, Defendants did not have a response to those questions, and the parties discussed additional details relating to the questions Defendants posed yesterday. Class Counsel responded to Defendants' question about identity documents in ELA's possession, but the information was not newly revealed in that ICE had provided the document to ELA.

Respectfully Submitted,

DATED: September 25, 2026

BRETT SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

CATHERINE M. RENO
Acting Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JEFFREY ALDERETTE
LARISSA JOHNSON
Trial Attorneys

_/s/ Jaime A. Scott_
JAIME A. SCOTT (DC No. 90027182)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
T: (202) 305-3620
Jaime.A.Scott@usdoj.gov
*Counsel for Defendants*
Washington, DC 20044

_/s/ Brian T. Burgess_
*Attorneys for Plaintiffs and the Class*
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Adam J. Horowitz*
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: 212-813-8800
Fax: 212-355-3333
AHorowitz@goodwinlaw.com

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of
St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5495
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publicccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I served an electronic copy of the foregoing on counsel for the Defendants via the Court's CM/ECF system.

*/s/ Brian T. Burgess*