**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

J.O.P., *et al.*,

Plaintiffs,

v.

U.S. Department of Homeland Security, *et al.*,

Defendants.

Civil Action No.
8:19-CV-01944-SAG

**CLASS COUNSEL'S MOTION TO SEAL**

Pursuant to Local Rule 105.11, Class Counsel respectfully request that this Court enter an order sealing redacted portions of today's joint status report of the parties, which contains information that would identify the Class Member referred to as E.L.A.

Under Local Rule 105.11, courts may grant a motion to seal if the moving party includes "(a) proposed reasons supported by specific factual representations to justify the sealing and (b) an explanation why alternatives to sealing would not provide sufficient protection." The decision to seal is "best left to the sound discretion of the [district] court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case." *Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004) (citation omitted).

In support of this motion to seal, Class Counsel states as follows:

1. The redacted portions of the parties' September 29, 2026 status report contain information that would allow a Class Member to be identified by name. Specifically, the information provides details unique to Class Member E.L.A.

2. There is a "strong public interest in restricting asylum seekers' identities from the public." *A.B.T. v. U.S. Citizenship & Immigr. Servs.*, 2012 WL 2995064, at *5 (W.D. Wash. 2012). By federal regulation, a person seeking asylum has the right to keep confidential any information contained in or relating to their asylum application. *See* 8 CFR §§ 208.6, 1208.6.

3. Sealing the redacted portions of the parties' September 29, 2026 status report is the only available method to protect the Class Member from needless disclosure of the underlying information.

4. This Court previously granted motions to seal information relating to Class Members' confidential information to protect their privacy interests. *See, e.g.*, ECF No. 181; ECF No. 116; ECF No. 114; ECF No. 233; ECF No. 378; ECF No. 433.

5. Class Counsel will serve the sealed version of the redacted portions of the parties' September 29, 2026 status report upon Defendants' counsel.

Accordingly, Class Counsel respectfully requests that this Court enter an order sealing the redacted portions of the parties' September 29, 2026 status report.

Dated: September 29, 2026

Respectfully submitted,

*/s/ Brian T. Burgess*

Brian T. Burgess (Bar No. 19251)
Daniel L. Farraye*
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com
DFarraye@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Adam J. Horowitz*
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Phone: (212) 813-8800
Fax: (212) 355-3333
AHorowitz@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5495
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publiccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Attorneys for Plaintiffs and the Class*

*Admitted *pro hac vice*