**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

J.O.P., *et al.*,

Plaintiffs,

v.

U.S. Department of Homeland Security, *et al.*,

Defendants.

Civil Action No.
8:19-CV-01944-SAG

**[PROPOSED] ORDER**

UPON CONSIDERATION of Class Counsel's motion to seal, it is this day ___ of September 2026, **ORDERED** that:

1. Class Counsel's motion is **GRANTED.**

Dated: _______________

_______________________________
HON. STEPHANIE A. GALLAGHER
United States District Judge