**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

J.O.P., *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*

Defendants.

Case No. 8:19-cv-01944-SAG

**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S SEPTEMBER 14, 2026 ORDER**

On September 14, 2026, the Court issued an order directing the parties to confer daily and file a status report each day by 7 pm detailing steps taken that day to facilitate ELA's return to the United States. ECF No. 681. On September 23, the Court orally directed the parties to continue to meet and confer daily on Defendants' progress in returning to ELA the personal property and documents that he had with him when he entered ICE custody. The parties conferred by teleconference on October 1, 2026.

**Defendants' Position**

Today, October 2, 2026, Defendants learned from Class Counsel on the daily meet & confer that ELA is in possession of a valid passport. Since September 4, 2026, Class Counsel's position was that such valid passport was in ICE's possession, not ELA's. Last week at the September 25, 2026 meet & confer, Class Counsel represented that ICE had in fact returned a passport to ELA on September 1 that ELA still had in his possession, but that it was an earlier, potentially invalid passport. *See* Joint Status Report, Dkt. No. 716 ("Finally, on the parties' 2:00 pm meet and confer, Class Counsel revealed new information regarding certain identity documents

in ELA's possession."). Up until September 25, Defendants had understood Class Counsel's position to be that Defendants had possession of all of ELA's identification documents and that he had no valid ID. And, between September 25, 2026 and October 2, 2026, Defendants had understood Class Counsel's position to be ELA had an earlier, potentially invalid passport. Over the past four weeks, Defendants have expended time and resources to locate ELA's property and to be in compliance with this Court's orders to do so.

Defendants have serious concerns about the accuracy of information shared with them concerning ELA's property and about the delays in receiving that information from ELA through his counsel over the past month since ELA's removal. Defendants also have concerns where the day after ELA has advised he wishes to return, it is communicated that ELA now has a valid passport. Defendants have exhausted all reasonable efforts to locate ELA's property and reiterate their understanding shared on September 29, 2026, that ELA's property is outside U.S. government control. Joint Status Report, Dkt. No. 720 (filed under seal).

As Defendants' positions have communicated since September 3, 2026, Dkt. No. 668, they remain ready to facilitate ELA's return. After receiving notice yesterday that ELA wishes to return, ICE ERO today requested contact information and identification documents for ELA through his counsel to facilitate his return. ICE ERO will handle the logistical side of facilitation of his return. Multiple flights depart from El Salvador weekly and can accommodate ELA's return to the United States.

**<u>Class Counsel's Position</u>**

As directed by Defendants' Counsel, Class Counsel has initiated an email exchange with the point of contact whom Defendants have designated for facilitating ELA's return.

In response to the question Class Counsel posed of whether ICE's reasonable efforts to locate ELA's property included a review of security camera footage in relevant areas, Defendants declined to answer the specific question and responded only by restating that they have exhausted all reasonable efforts to locate ELA's property. Class Counsel clarified that our position is that reasonable efforts to locate the property must include a review of available security camera footage, and asked for a response to the question.

Class Counsel informed Defendants that ELA located one of the travel documents he previously believed Defendants had retained, and therefore there is no longer a burden on Defendants to locate that travel document. During the parties' discussion today, Defendants raised no concerns about the accuracy or timing of the information they received regarding ELA's missing documents and property, and by providing their position at 5:35pm, did not provide Class Counsel with sufficient time to review their assertions or an opportunity to respond to any concerns they may have.

***

DATED: October 2, 2026

BRETT SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JEFFREY ALDERETTE
JAIME A. SCOTT
Trial Attorneys

*/s/ Larissa K. Johnson*
LARISSA K. JOHNSON
Trial Attorney (D.C. Bar No. 90034719)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Telephone: (202) 598-9126
Fax: (202) 305-7000
Larissa.K.Johnson@usdoj.gov
*Counsel for Defendants*

Respectfully Submitted,

*/s/ Brian T. Burgess*
*Attorneys for Plaintiffs and the Class*
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Adam J. Horowitz*
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: 212-813-8800
Fax: 212-355-3333
AHorowitz@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036

Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of
St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5495
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publicccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2026, I served an electronic copy of the foregoing on counsel for the Plaintiffs via the Court's CM/ECF system.

*/s/ Larissa K. Johnson*
LARISSA K. JOHNSON
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

*Attorney for Defendants*