**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

J.O.P., *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*

Defendants.

Case No. 8:19-cv-01944-SAG

**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S SEPTEMBER 14, 2026 ORDER**

On September 14, 2026, the Court issued an order directing the parties to confer daily and file a status report each day by 7 pm detailing steps taken that day to facilitate ELA's return to the United States. ECF No. 681. On September 23, the Court orally directed the parties to continue to meet and confer daily on Defendants' progress in returning to ELA the personal property and documents that he had with him when he entered ICE custody. The parties conferred by teleconference on October 9, 2026.

The parties understand the Court's oral amendment staying the meetings and status reports on weekends (Sept. 23 Tr. at 40-41) to include federal holidays including Monday, October 12, and will file the next status report on October 13.

**Defendants' Position**

Defendants maintain their position provided in the October 7, 2026 status report and maintain that the Court should halt the parties' daily meet and confers and joint status reports. Joint Status Report, Dkt. No. 729.

**Class Counsel's Position**

As Defendants have reported to the Court, communications about the facilitation of ELA's return "are taking place directly between ICE ERO and ELA's immigration counsel," ECF No. 729, which is done via email, copying counsel to the parties. As part of these communications, ELA's counsel asked to be included on any messages from ICE ERO to ELA, and to have advance notice of any phone calls from ICE ERO to ELA. Class Counsel noted to Defendants that ICE ERO has not responded to ELA's counsel's request, although ICE ERO acknowledged receipt of the contact information ELA's counsel provided on October 5. Defendants' counsel offered to again relay counsel's request to Defendants, and suggested also restating the request to ICE ERO via the standing email thread. Class Counsel also asked about the state of planning for ELA's safety in connection with his return to the United States. Defendants' counsel did not have that information and referred the question to ICE ERO. Class Counsel agreed with presenting both questions to ICE ERO, and reverting to Defendants' counsel if oversight is needed.

Class Counsel continues to see value in a daily and direct line of communication with Defendants.

***

DATED: October 9, 2026

Respectfully Submitted,

BRETT SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JEFFREY ALDERETTE
LARISSA K. JOHNSON
Trial Attorneys

*/s/ Jamie A. Scott*
JAIME A. SCOTT
Trial Attorney (D.C. Bar # 90027182)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Telephone: (202) 305-3620
Jaime.A.Scott@usdoj.gov

*Counsel for Defendants*

*/s/ Brian T. Burgess*
*Attorneys for Plaintiffs and the Class*
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Adam J. Horowitz*
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: 212-813-8800
Fax: 212-355-3333
AHorowitz@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036

Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of
St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5495
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publicccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, I served an electronic copy of the foregoing on counsel for the Defendants via the Court's CM/ECF system.

*/s/ Brian T. Burgess*
Brian T. Burgess