**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

October 13, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by ECF System*

**Re: *J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.*,**
**Case No. 8:19-cv-01944-SAG**
**Notice of Withdrawal of Arguments with Respect to JOP Class Member Removals After Issuance of August ICE Guidance**

Dear Judge Gallagher:

On October 13, 2026, the Department of Justice Litigation Team on the *JOP v. DHS* matter received confirmation from Defendants that two Class Members were removed following the August 13, 2026 distribution of guidance to ICE, other than E.L.A.

In light of DOJ's representation in Defendants' Opposition to Class Counsel's 60(b) Motion, Dkt. No. 727, undersigned counsel respectfully withdraws those arguments and references citing that no additional removals occurred following the August ICE guidance. Undersigned counsel hopes that this letter and the withdrawal of arguments serve to correct the record and assist the court.

Sincerely,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANTHONY NICASTRO
Director

CATHERINE M. RENO

Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JAIME A. SCOTT
JEFFREY ALDERETTE
MIA S. BONADIES
Trial Attorneys

ANDREA GARCIA
Law Clerk

*/s/ Larissa K. Johnson*
LARISSA K. JOHNSON
Trial Attorney (D.C. Bar No. 90034719)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Telephone: (202) 598-9126
Fax: (202) 305-7000
Larissa.K.Johnson@usdoj.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I served an electronic copy of the foregoing on counsel for the Plaintiffs via the Court's CM/ECF system.

*/s/ Larissa K. Johnson*
LARISSA K. JOHNSON
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation

cc: Class Counsel (via ECF system)