**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

October 22, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by CM/ECF System*

**Re: *J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.*,**
**Case No. 8:19-cv-01944-SAG**
**Status Report in Accordance with the Court's July 29, 2026 Order**

Dear Judge Gallagher:

In accordance with Paragraph 5 of the July 29, 2026 Order (Dkt. No. 642), Defendants provide the following:

a. Declaration of Unit Chief Shohel Mollah, executed October 22, 2026;

b. A copy of the written guidance issued to ICE personnel on September 16, 2026; and

c. All identified potential Class Members removed since November 25, 2024, as well as potential Class Members identified through a re-run of the "Removed UACs" tag on October 8, 2026. New potential Class Members identified in the October 8, 2026, re-run are highlighted. Defendants notes for the Court's awareness that the potential Class Members with the initials ZCR and ECV were removed after ICE guidance was issued pursuant to the Court's July 29, 2026 order.

Pursuant to Defendants' Motion to Seal (Dkt. No. 648) and the Court's Order granting Defendants' Motion to Seal (Dkt. No. 658), this letter and Attachments A and B are provided to class counsel via CM/ECF, and Attachment C has been filed under seal via CM/ECF and provided to class counsel via email.[1]

[1] In accordance with past practice, additional information regarding each of the identified potential Class Members was also separately provided to class counsel via email.

Sincerely,

BRETT SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JAIME SCOTT
LARISSA JOHNSON
MIA BONADIES
Trial Attorneys

ANDREA GARCIA
Law Clerk

*/s/ Jeffrey Alderette*
Jeffrey Alderette
Trial Attorney (DC Bar No. 1738711)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 860-9941
Jeffrey.Alderette@usdoj.gov