IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case No. 8:19-cv-01944-SAG |

**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S SEPTEMBER 14, 2026 ORDER**

On September 14, 2026, the Court issued an order directing the parties to confer daily and file a status report each day by 7 pm detailing steps taken that day to facilitate ELA's return to the United States. ECF No. 681. On September 23, the Court orally directed the parties to continue to meet and confer daily on Defendants' progress in returning to ELA the personal property and documents that he had with him when he entered ICE custody. The parties conferred by teleconference on October 26, 2026.

**Defendants' Position**

Defendants maintain their position provided in the October 7, 2026 status report and maintain that the Court should halt the parties' daily meet and confers and joint status reports. Joint Status Report, Dkt. No. 729. Their efforts to locate ELA's property are exhausted and his possessions do not appear to be in U.S. government control. Further, in light of ELA's decision not to return to the United States, the original purpose of the status reports—to inform the Court of progress on facilitation of ELA's return—has ended.

Defendants are afforded an opportunity to reply in writing in support of their Motion to Amend the Court's September 25, 2026 Order Pursuant to Federal Rule of Civil Procedure 59(e) no later than November 6, 2026, and do not agree to narrow or resolve the issues before the Court before such filing. Defendants disagree with Class Counsel's characterization of positions conveyed during past meet and confers. Defendants' current positions on ELA's property are in their 59(e) motion and Defendants' forthcoming reply.

**Class Counsel's Position**

The Court's October 16 order "suspend[ed] the requirement for daily calls and daily status reports regarding E.L.A. until this Court receives Class Counsel's response to Defendants' pending motion, ECF 736." ECF No. 746. The Court also stated that "counsel are still expected to meet and confer when appropriate to make good faith efforts to resolve outstanding issues," *id.* On October 23, Class Counsel filed a response opposing Defendants' motion for relief from the Court's September 25 order (ECF No. 755).

As Class Counsel previously stated to Defendants and the Court, resuming the parties' daily calls and status reports furnishes an opportunity for the parties to narrow or resolve issues relating to ELA's unreturned property. *See* ECF No. 746. Class Counsel attended today's call with that aim. However, Defendants stated they do not agree to narrow or resolve the issues presented.

In view of the positions presented to date by both parties on Defendants' motion, ECF No. 736, Class Counsel proposed that Defendants agree to either take further steps that result in finding the unreturned property or agree to fairly compensate ELA for it. Class Counsel also reminded Defendants of their expressed intention to make E.L.A. whole for his loss, *see* ECF Nos. 729, 732. Defendants' counsel agreed to take Class Counsel's position to the Defendant agencies before the parties meet tomorrow.

DATED: October 26, 2026

BRETT SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JEFFREY ALDERETTE
LARISSA K. JOHNSON
MIA S. BONADIES
Trial Attorneys

*/s/ Jaime A. Scott*
JAIME A. SCOTT
Trial Attorney (D.C. Bar No. 90027182)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
Telephone: (202) 305-3620
Jaime.A.Scott@usdoj.gov

*Counsel for Defendants*

Respectfully Submitted,

*/s/Brian T. Burgess*
*Attorneys for Plaintiffs and the Class*
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Adam J. Horowitz*
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: 212-813-8800
Fax: 212-355-3333
AHorowitz@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036

Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of
St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5495
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publicccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I served an electronic copy of the foregoing on counsel for the Defendants via the Court's CM/ECF system.

*/s/ Brian T. Burgess*
Brian T. Burgess