**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case No. 8:19-cv-01944-SAG |

**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S SEPTEMBER 14, 2026 ORDER**

On September 14, 2026, the Court issued an order directing the parties to confer daily and file a status report each day by 7 pm detailing steps taken that day to facilitate ELA's return to the United States. ECF No. 681. On September 23, the Court orally directed the parties to continue to meet and confer daily on Defendants' progress in returning to ELA the personal property and documents that he had with him when he entered ICE custody. The parties conferred by teleconference on October 27, 2026.

Jointly, the parties respectfully request that the Court suspend the requirement to file a status report on October 29 to accommodate counsel's travel from that day's hearing.

**Defendants' Position**

Defendants maintain their position provided in the October 7, 2026 status report and maintain that the Court should halt the parties' daily meet and confers and joint status reports. Joint Status Report, Dkt. No. 729. Their efforts to locate ELA's property are exhausted and his possessions do not appear to be in U.S. government control. Further, in light of ELA's decision

not to return to the United States, the original purpose of the status reports—to inform the Court of progress on facilitation of ELA's return—has ended.

Defendants are afforded an opportunity to reply in writing in support of their Motion to Amend the Court's September 25, 2026 Order Pursuant to Federal Rule of Civil Procedure 59(e) no later than November 6, 2026, and do not agree to narrow or resolve the issues before the Court before such filing. Defendants' current positions on ELA's property are in their 59(e) motion and Defendants' forthcoming reply.

**Class Counsel's Position**

The Court's October 16 order stated that "counsel are still expected to meet and confer when appropriate to make good faith efforts to resolve outstanding issues," ECF No. 747. As Class Counsel previously stated to Defendants and the Court, resuming the parties' daily calls and status reports following the filing of Class Counsel's response (ECF No. 755) to Defendants' motion (ECF No. 736) furnishes an opportunity for the parties to narrow or resolve issues relating to ELA's unreturned property. *See* ECF No. 746. Class Counsel again attended today's call with that aim. However, Defendants again stated they do not agree to try to narrow or resolve the issues presented.

Defendants also clarified that on October 7, when they expressed the intention to make E.L.A. whole, *see* ECF No. 729, they did not have settlement authority, did not believe the parties were in settlement discussions, and did not intend to give the impression that Defendants were willing to compensate E.L.A. for his unreturned property. Class Counsel stated that our position remains that Defendants should either take steps that result in finding the unreturned property or agree to fairly compensate E.L.A. for it.

DATED: October 27, 2026

BRETT SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

JAIME A. SCOTT
EVAN P. SCHULTZ
JEFFREY ALDERETTE
MIA S. BONADIES
Trial Attorneys

*/s/ Larissa K. Johnson*
LARISSA K. JOHNSON
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-9126
Email: Larissa.K.Johnson@usdoj.gov

*Counsel for Defendants*

Respectfully Submitted,

*/s/Brian T. Burgess*
*Attorneys for Plaintiffs and the Class*
Brian T. Burgess (Bar No. 19251)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4000
Fax: 202-346-4444
BBurgess@goodwinlaw.com

Elaine Herrmann Blais*
Kevin J. DeJong*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
EBlais@goodwinlaw.com
KDeJong@goodwinlaw.com

Adam J. Horowitz*
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: 212-813-8800
Fax: 212-355-3333
AHorowitz@goodwinlaw.com

Wendy Wylegala*
Kids in Need of Defense
252 West 37th Street, Suite 1500W
New York, NY 10018
Phone: 646-970-2913
Fax: 202-824-0702
WWylegala@supportkind.org

Michelle N. Mendez (Bar No. 20062)
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20036

Phone: 410-929-4720
Fax: 617-227-5495
Michelle@nipnlg.org

Rebecca Scholtz*
National Immigration Project
30 S. 10th Street (c/o University of
St. Thomas Legal Services Clinic)
Minneapolis, MN 55403
Phone: 202-742-4423
Fax: 617-227-5495
Rebecca@nipnlg.org

Kristen Jackson*
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
Phone: 213-385-2977
Fax: 213-201-4727
KJackson@publicccounsel.org

Mary Tanagho Ross*
Bet Tzedek Legal Services
3250 Wilshire Blvd., #1300
Los Angeles, CA 90010
Phone: 323-939-0506
Fax: 213-471-4568
MRoss@betzedek.org

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, I served an electronic copy of the foregoing on counsel for the Defendants via the Court's CM/ECF system.

s/ *Larissa K. Johnson*
LARISSA K. JOHNSON
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

*Attorney for Defendants*