**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **J.O.P.,** ***et al.*****,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Civil No. SAG-19-01944** |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** ***et al.*****,** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * *

**ORDER**

For the reasons stated on the record at today's motions hearing, it is, this 29th day of October, 2026, ORDERED that:

1) ECF 745, Defendants' Motion to Clarify Court's July 29, 2026 Order, is DENIED;

2) This Court's order at ECF 681 (as clarified during the September 23, 2026 hearing) is temporarily SUSPENDED IN PART in that the parties are not required, until further order of this Court, to file daily status reports regarding their efforts to meet and confer about E.L.A. or his property;

3) Class Counsel's Motion Under Federal Rule of Civil Procedure 60(b) to Extend the Termination Date of the Settlement Agreement, ECF 701, is GRANTED IN PART in that the "Termination Date" of the Parties' Settlement Agreement approved by this Court on November 25, 2024, as defined in Section II.S and described in Section IV.K of that Agreement, and to the extent otherwise referenced therein, including in Sections IV.H and V.A (with respect to this Court's jurisdiction), and as initially modified in ECF

620, is extended for 9 days, to November 27, 2026. The remainder of the relief requested in ECF 701 is DEFERRED for resolution in a separate written opinion.

/s/

Stephanie A. Gallagher
United States District Judge