**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**J.O.P., *et al.*,**

**Plaintiffs,**

**v.** **Civil No. SAG-19-01944**

**U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,**

**Defendants.**

* * * * * * * * * * * * * *

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is this 3rd day of November, 2026, ordered that:

1. Class Counsel's Motion Under Federal Rule of Civil Procedure 60(b) to Extend the Termination Date of the Settlement Agreement, ECF 701, is GRANTED on the terms outlined in this Court's memorandum opinion;
2. Specifically, Sections IV.K and V.A of the Settlement Agreement are modified by adding the following language at the end of each provision: ", and except that the Court shall retain jurisdiction until May 27, 2027, to enforce all provisions and terms of the Settlement Agreement as to Class Members wrongly removed by Defendants in violation of Section III.I on or before November 27, 2026."

/s/

Stephanie A. Gallagher
United States District Judge