**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | | |
|---|---|---|
| J.O.P., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 8:19-cv-01944-SAG |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S THIRD AND FOURTH EAJA MOTIONS**

On October 23, 2026, Plaintiffs moved for an award of attorneys' fees, expenses, and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. On October 28, 2026, Plaintiffs again moved for an award of attorneys' fees, expenses, and costs pursuant to EAJA. Defendants respectfully request a 14-day extension to file an Opposition to Plaintiffs' third

EAJA motion, Dkt. No. 754, from November 6, 2026, to November 20, 2026. Additionally, Defendants respectfully request a 14-day extension to file an Opposition to Plaintiffs' fourth EAJA motion, Dkt. No. 763, from November 11, 2026, to November 25, 2026.

Good cause exists to grant this Motion extending both deadlines. Both EAJA motions were filed in short succession of one another, and total over 400 pages of briefing between the two motions. As the Court is aware, undersigned counsel was present for a hearing in this case last week and is currently working on a reply to their pending 59(e) Motion due Friday. Over the next two weeks, undersigned counsel also has a D.C. Circuit argument in *Afghan & Iraqi Allies v. Rubio*, No. 25-5279, an opening brief due in *Global Nurse Force v. Trump*, No. 26-6667 (9th Cir.), and upcoming discovery deadlines *Al Khateeb v. DHS*, No. 2:26-cv-02097 (W.D. Wash.).

Pursuant to Local Rule 105.2.9., Defendants have been engaging in discussions with Class Counsel to attempt to obtain their consent for a Joint Motion since October 27, 2026. The Parties could ultimately not agree on language before the Court regarding its jurisdiction over the above referenced pending motions. On November 3, 2026, Class Counsel informed undersigned counsel that they do not oppose the requested extensions, but do oppose any suggestion "that the Court may not have jurisdiction to resolve any forthcoming EAJA motion." Defendants do not object that this Court has jurisdiction to decide the above referenced pending motions even after the underlying Settlement Agreement expires, and do not believe any discussion on any forthcoming EAJA motion is relevant to the presently filed EAJA motions. Defendants also do not object to the extension of Class Counsel to file a reply if they seek one, as conveyed during the past week's communications. Defendants maintain that a 14-day extension will not prejudice Plaintiffs, as Defendants agree that this Court has jurisdiction to decide the pending EAJA motions even if the Settlement Agreement sunsets before it rules.

For the foregoing reasons, Defendants' request the Court extend their deadline to file the Opposition to Plaintiffs' Third EAJA Motion to November 20, 2026, and Defendants' deadline to file the Opposition to Plaintiffs' Fourth EAJA Motion to November 25, 2026.

DATED: November 3, 2026

Respectfully Submitted,

BRETT SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

LARISSA K. JOHNSON
EVAN P. SCHULTZ
JEFFREY ALDERETTE
MIA S. BONADIES
Trial Attorneys

ANDREA GARCIA
Law Clerk

*/s/ Jaime A. Scott*
JAIME A. SCOTT
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2026, I served an electronic copy of the foregoing on counsel for the Defendants via the Court's CM/ECF system.

/s/ *Larissa K. Johnson*
LARISSA K. JOHNSON
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

*Attorney for Defendants*