**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| J.O.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case No. 8:19-cv-01944-SAG |

**ORDER**

UPON CONSIDERATION of Defendants' Motion for Extension of Time to File Defendants' Opposition to Plaintiffs' Third and Fourth EAJA Motions, Dkt. Nos. 754 and 763, it is hereby:

ORDERED that the Motion is granted.

Defendants' deadline to file the Opposition to Plaintiffs' Third EAJA Motion is due November 20, 2026, and Defendants' deadline to file the Opposition to Plaintiffs' Fourth EAJA Motion is due November 25, 2026.

DATED: November 3, 2026

/s/
Hon. Stephanie A. Gallagher
United States District Judge