**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | | |
|---|---|---|
| J.O.P., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 8:19-cv-01944-SAG |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) | |
| Defendants. | ) | |

**ORDER**

Having considered Defendants' Motion for Relief from the Court's September 14, 2026 Order Pursuant to Federal Rule of Civil Procedure 60(b), it is hereby **ORDERED** that:

1. Defendants' motion is **GRANTED** as unopposed;

2. The Court's September 14, 2026 Order, Dkt. No 681, is **VACATED**.

DATED: November 12, 2026

/s/
Hon. Stephanie A. Gallagher
United States District Judge