**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

**J.O.P.,** *et al.*,

Plaintiffs,

v.

**U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*,

Defendants.

Civil Action No. 8:19-CV-01944-SAG

**DEFENDANTS' EIGHTH COMPLIANCE REPORT**

Pursuant to the settlement agreed to by the Parties and approved by the Court (ECF. No. 199-2), Defendants respectfully submit the following Compliance Report. For their eight Compliance Report, Defendants report the following steps taken pursuant to Section III.E.1 of the Settlement Agreement between the date of issuance of the USCIS memo (January 30, 2025) and November 9, 2026:

**A.** [Relating to Paragraph III.A] On January 30, 2025 USCIS issued a superseding memorandum in accordance with Paragraph III.A of the Settlement Agreement. After consulting with Plaintiffs regarding several allegations that this memorandum violated the Settlement Agreement, USCIS published a revised memorandum on October 30, 2025. The public may find this memorandum online under the related links tab at https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/minor-children-applying-for-asylum-by-themselves.

**B.** [Relating to Paragraph III.B] USCIS has complied with Paragraph III.B of the Settlement Agreement in determining jurisdiction over Class Members'

asylum applications.

**C.** [Relating to Paragraph III.C] As of November 9, 2026 USCIS has issued Adverse Jurisdictional Determinations to 52 Class Members based on USCIS determination that EOIR has jurisdiction because the Class Member did not meet the statutory UAC definition (found at 6 U.S.C. § 279(g)(2)) at the time of filing their asylum application. USCIS certifies that all of those determinations were issued pursuant to Paragraph III.C of the Settlement Agreement, in that the basis for each Adverse Jurisdictional Determination was the Class Member's placement in adult immigration detention after a Prior UAC Determination but before filing their asylum application.

**D.** [Relating to Paragraph III.D] USCIS has complied with Paragraph III.D of the Settlement Agreement in determining its jurisdiction over Class Members' asylum applications.

**E.** [Relating to Paragraph III.E]

1. [Relating to Paragraph III.E.1] As of November 9, 2026, USCIS has retracted Adverse Jurisdictional Determinations in the cases of 68 Class Members, as required by Paragraph III.C.2 of the Settlement Agreement. As of November 9, 2026, USCIS has fully complied with Paragraph III.E.1 of the Settlement Agreement.
2. [Relating to Paragraph III.E.2] As of November 9, 2026, USCIS has retracted Adverse Jurisdictional Determinations in the cases of 300 Class Members, as required by Paragraphs III.B and/or III.D of the Settlement Agreement. As of November 9, 2026, USCIS has fully complied with

Paragraph III.E.2 of the Settlement Agreement.

3. [Relating to Paragraph III.E.3] As of November 9, 2026, USCIS has mailed notices of re-examination of jurisdictional determinations to 996 Class Members. As of November 9 , 2026, USCIS has fully complied with Paragraph III.E.3 of the Settlement Agreement.

**F.** [Relating to Paragraph III.F] As of November 9, 2026, USCIS has mailed notices to 1871 Class Members notifying them that USCIS has released a hold placed on the application in or after March 2021. As of November 9, 2026, USCIS has fully complied with Paragraph III.F of the Settlement Agreement.

**G.** [Relating to Paragraph III.G] As of February 25, 2025, USCIS has adopted procedures for expediting Class Members' cases as provided under Paragraph III.G of the Settlement Agreement. The public may find those procedures online under the related links tab at https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/minor-children-applying-for-asylum-by-themselves.

Dated: November 18, 2026

**Jonathan D. Guynn**
Acting Assistant Attorney General
Civil Division

**Ruth Ann Mueller**
Senior Litigation Counsel

**Larissa Johnson**
**Jamie Scott**
**Evan P. Schultz**
Trial Attorneys

By: */s/ Jeffrey Alderette*
**Jeffrey Alderette**
Trial Attorney (D.C. No. 1738711)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 860-9941
Jeffrey.Alderette@usdoj.gov
*Counsel for Defendants*

**Certificate of Service**

I hereby certify that on November 18, 2026, I served an electronic copy of the foregoing on counsel for the Plaintiffs via the Court's CM/ECF system.

By: *<u>/s/ Jeffrey Alderette</u>*
**Jeffrey Alderette**
Trial Attorney (D.C. No. 1738711)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 860-9941
Jeffrey.Alderette@usdoj.gov