**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

November 19, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201
*Sent by CM/ECF System*

**Re:** ***J.O.P., et al. v. U.S. Dep't of Homeland Security, et al.*,**
**Case No. 8:19-cv-01944-SAG**
**Status Report in Accordance with the Court's July 29, 2026 Order**

Dear Judge Gallagher:

In accordance with Paragraph 5 of the July 29, 2026 Order (Dkt. No. 642), Defendants provide the following:

a. Declaration of Unit Chief Shohel Mollah, executed November 19, 2026;

b. A copy of the written guidance issued to ICE personnel on October 30, 2026; and

c. All identified potential Class Members removed since November 25, 2024, as well as potential Class Members identified through a re-run of the "Removed UACs" tag on November 4, 2026. New potential Class Members identified in the November 4, 2026, re-run are highlighted.

Pursuant to Defendants' Motion to Seal (Dkt. No. 648) and the Court's Order granting Defendants' Motion to Seal (Dkt. No. 658), this letter and Attachments A and B are provided to class counsel via CM/ECF, and Attachment C has been filed under seal via CM/ECF and provided to class counsel via email.[1]

[1] In accordance with past practice, additional information regarding each of the identified potential Class Members was also separately provided to class counsel via email.

Sincerely,

JONATHAN D. GUYNN
Acting Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

CAROLINE MCGUIRE
Acting Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

EVAN P. SCHULTZ
JAIME A. SCOTT
LARISSA JOHNSON
Trial Attorneys

ANDREA GARCIA
Law Clerk

*/s/ Jeffrey Alderette*
Jeffrey Alderette
Trial Attorney (DC Bar No. 1738711)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 860-9941
Jeffrey.Alderette@usdoj.gov
*Counsel for Defendants*