**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

J.O.P., et al. *
**Plaintiff,**
*
**v.** **Case No.** 8:19-cv-01944-SAG
*
DHS, et al.
**Defendant.** *

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Check one.**

☒ Exhibit C which is an attachment to November 19, 2026 Status Report

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐ ______________________________
(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by email to class counsel.

11/19/2026
Date

/s/ Jeffrey Alderette
Signature

Jeffrey Alderette (DC Bar 1738711)
Printed Name and Bar Number

US Department of Justice, Civil Division Office of Immigration Litigation, Denaturalization Unit PO Box 878, Ben Franklin S
Address

Jeffrey.Alderette@usdoj.gov
Email Address

202-860-9941
Telephone Number

202-305-7000
Fax Number